EXHIBIT "1"

Attorneys for Defendants, DR. MEHMET C. OZ, M.D.; ZOCO PRODUCTIONS, LLC; HARPO PRODUCTIONS, INC., and SONY TELEVISION PICTURES INC.

William C. Haggerty, Esq., Bar No. 76652
bill@fwhb.com
Katherine M. Harwood, Esq., Bar No. 225202
kharwood@fwhb.com
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center, Twenty-Seventh Fl.
Long Beach, California 90831-2700
Tel. (562) 983-2500; Fax (562) 590-3546

Charles L. Babcock, IV, Esq., Bar No. 01479500
Cbabcock@jw.com
Edwin M. Buffmire, Esq. Bar No. 24078283
(Pro Hac Vice Pending)
Ebuffmire@jw.com
JACKSON WALKER, L.L.P.
1401 McKinney Avenue, Suite 1900
Houston, Texas 77010
Tel. (713) 752-4200; Fax (713) 752-4221



EXHIBIT "1"