(Pages 1 to 4)  1

AUDIO TRANSCRIPTION
10/23/2012

---

Page 1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

```
VEDA WOODARD on behalf of herself,)
all others similarly situated,   )
and the general public,          )
                                 )
        Plaintiff,               )
                                 )
v.                               ) Case No.
                                 ) 2:16-cv-00717
                                 )
LEE LABRADA; LABRADA BODYBUILDING)
NUTRITION, INC.; LABRADA         )
NUTRITIONAL SYSTEMS, INC.;       )
DR. MEHMET C. OZ, M.D.;          )
ENTERTAINMENT MEDIA VENTURES,    )
INC., d/b/a OZ MEDIA; ZOCO       )
PRODUCTIONS, LLC; HARPO          )
PRODUCTIONS, INC.; SONY PICTURES )
TELEVISION, INC.; NATUREX, INC.; )
and INTERHEALTH NUTRACEUTICALS,  )
INC.,                            )
                                 )
        Defendants.              )
```

_____

AUDIO TRANSCRIPTION OF THE DR. OZ SHOW

OCTOBER 23, 2012

_____

---

Page 2

(Beginning of program:)

ANNOUNCER:  Today on the Dr. Oz show, all new, bust your fat forever.

DR. MEHMET OZ:  You're hearing it here first.

ANNOUNCER:  Five newest, fastest fat busters.

DR. MEHMET OZ:  In many ways it's the Holy Grail.  They change the appetite.

ANNOUNCER:  Dr. Oz's secret formula to drop three pounds in just three days.  And the revolutionary treatment to blast your fat instantly.

DR. SHARON GIESE:  It melts a layer of fat through the skin.

ANNOUNCER:  It's painless and permanent.

DR. MEHMET OZ:  I never see results like this.

ANNOUNCER:  Next.

(Music playing)

DR. MEHMET OZ:  All right.  Thank you.  From African mango to green coffee, it's the most talked about topic.  Everybody wants to know, what's the newest, fastest fat buster?  People have been stopping me on the street, e-mailing me.  Even my family is asking the same question:  How can I burn fat

---

Page 3

without spending every waking moment exercising and dieting?  I just don't have any time to put in more effort.  Well, thanks to brand-new scientific research, I can tell you about a revolutionary fat buster.  You're hearing it here first.

(Begin video clip:)

DR. MEHMET OZ:  It's called garcinia cambogia, a pumpkin-shaped fruit that grows in Southeast Asia and India, and it just might be the most exciting breakthrough in natural weight loss to date.

Revolutionary new research says it could be the magic ingredient that lets you lose weight without diet or exercise.  Dr. Harry Preuss is at the forefront of the research.

DR. HARRY PREUSS:  The ideal weight loss program is one in which you lose fat and you retain your muscle or even build it.  With garcinia, we can make that happen.  I tell women, "Look at your dress size.  If your figure is getting much smaller, that's exactly what you want."

DR. RICH SCHECKENBACH:  Garcinia is an exceptionally effective fat buster.  It inhibits the production of fat in the body, and when the body is not making fat, it's burning fat.

DR. MEHMET OZ:  Could garcinia cambogia

---

Page 4

```
 1  be the fat-busting breakthrough you've been waiting
 2  for?
 3               (End of video clip)
 4           DR. MEHMET OZ:  The newest, fastest fat
 5  buster and one of the least expensive, too, is garcinia
 6  cambogia extract.  I know it's a mouthful.  I want you
 7  to write it down, "garcinia cambogia," because it may
 8  be the simple solution you've been looking for to bust
 9  your body fat for good.
10           Dr. Julie Chen, a California internist
11  with a fellowship training in integrative medicine, is
12  here with more on this discovery.
13           So educate us a bit about the garcinia
14  cambogia.  What makes it so special?
15           DR. JULIE CHEN:  Well, you know, there's
16  a lot of expensive supplements out there for weight
17  loss, and what I love about this product is once --
18  it's one of the most least expensive out there for
19  people to use, and it's actually been seen in studies
20  to help increase weight loss by two to three times what
21  people would naturally lose with just diet and exercise
22  alone.  And they've been able to isolate this compound
23  from the rind of the fruit --
24           DR. MEHMET OZ:  Uh-huh.
25           DR. JULIE CHEN:  -- and made it into a
```

---

---

Page 5

1 capsule for people to take more easily.
2                 DR. MEHMET OZ:  Yeah, I'm stunned
3 that -- that I hadn't heard of it earlier.  But let me
4 educate you all over -- about what I do know about it.
5 So it comes from a fruit.
6                 DR. JULIE CHEN:  Yes.
7                 DR. MEHMET OZ:  Dr. Chen mentioned it's
8 the tamarind fruit.  You've probably heard of the
9 tamarind fruit.  It's a pumpkin-shaped fruit used in
10 cooking.  It's used -- you know, you find it in chutney
11 sauces and soup preparation, a lot of traditional
12 medicinal uses for it.  The sour flavors are said to
13 aid in digestion.  So it's been around for a long time,
14 which makes me comfortable -- a little bit more
15 comfortable, anyway, in safety.
16                 Go through the research for me a little
17 bit on -- about -- on -- on this.  How much weight
18 would the average woman expect to lose if she were to
19 use this for a month, for example?
20                 DR. JULIE CHEN:  On average, about four
21 pounds.  But, you know, I'm a big proponent of healthy
22 lifestyle, so I always recommend diet and exercise with
23 it.  And if people take the supplements with it, they
24 actually will lose about two to three times what they
25 normally would lose with just the diet and exercise.

---

Page 6

1                 DR. MEHMET OZ:  And walk me through how
2 it works.
3                 DR. JULIE CHEN:  So it actually is great
4 not just for weight loss, which is important, but it's
5 also great for emotional eaters because there's an
6 increase in serotonin in the studies for patients, so
7 their sleep and mood is better.  It helps to suppress
8 the appetite and it helps to block fat from being made
9 and it helps to kind of manage the stress hormone
10 called cortisol.  So a lot of the times the patients
11 will notice that there's a decrease in the belly fat.
12                 DR. MEHMET OZ:  All right.  So listen,
13 anytime I see a scientist excited about this, and I
14 looked through some of this research, called these
15 scientists myself, I get excited.  That's why garcinia
16 cambogia makes sense to me, fascinates me.  But I'm
17 going to say something for everyone to hear.  Please
18 listen carefully.  I don't sell this stuff.  I'm not
19 making any money on this.  I'm not going to mention any
20 brands to you either.  I don't want you conned.  I'm
21 going to walk you through, over the course of today's
22 show, with exactly how you'd find this.  But I've got
23 to say, I am intrigued by how this stuff works.
24                 Explain to me how it's different from
25 all of the other weight loss supplements that I've

---

Page 7

1 heard of in the past, the ones that most of our
2 audience knows about.
3                 DR. JULIE CHEN:  Well, I think it's
4 great because it's like the dual-action fat buster
5 because it suppresses appetite.
6                 DR. MEHMET OZ:  Uh-huh.
7                 DR. JULIE CHEN:  And it helps to prevent
8 fat from being made in the body and moves it towards
9 glycogen, which is actually an energy source for the
10 muscles to burn when you exercise.
11                 DR. MEHMET OZ:  So Dr. Chen and I
12 prepared a little demonstration for you to show you how
13 this fat buster is going to help you shed pounds.
14                 So let's walk over here.
15                 DR. JULIE CHEN:  Okay.
16                 DR. MEHMET OZ:  And the first big point
17 that Dr. Chen mentioned was that it helps block the
18 formation of fat.
19                 All right.  So this is your liver.
20 Folks, this is where all the action is with fat
21 creation.  You could eat whatever you want, but when
22 your liver gets ahold of it, it knows exactly what it
23 wants to do with it, and oftentimes that's to create
24 fat.  These are specialized enzymes in the liver that
25 will take sugar and carbohydrates that you've eaten --

---

Page 8

1 that extra donut, that little bit of -- of extra white
2 bread -- and convert it to the fat in your body.
3                 So go ahead, pour in that sugar and
4 carbohydrates.  This is the sugar and carbs up here.
5 All right.  Dr. Chen is pouring this in.  Pour that
6 into your liver.  And when you do that, not
7 surprisingly, it can flow into the liver.  As it flows
8 into the liver, it will selectively begin to fill up
9 your fat cells, and your fat cells, watch them get
10 larger and larger and begin to swell up.  And as you
11 get more and more materials pushed in through the body
12 liver, the liver will soak up some of it, but it will
13 continue to make those fat cells as big and as robust
14 as they can.
15                 Are you all seeing this happen?
16                 Now, hold it for one second.  That's
17 this current state of a lot of us.  Garcinia cambogia
18 blocks that enzyme that converts the sugar that
19 Dr. Chen was pouring in into the fat, that your fat
20 cells will absorb.  So what does it do?  Effectively,
21 it uncorks the pathway that allows you to turn that
22 sugar into energy.  And by doing that -- one sec.  By
23 doing that, your fat cells can begin to shrink out
24 their material, convert it into energy.  Go ahead, now
25 pour that in.

---

Exhibit 4
002

Page 9

1    Now, even if you eat sugar, you'll cap
2  this off, so you are unable because of the garcinia to
3  make more of that fat cell, and so you end up with this
4  scenario.  That's why this research is so superb and
5  interesting to me, because it makes me think
6  differently about how your liver converts sugar into
7  fat and how it can now convert it into energy.
8    Why is this so special for you?
9    DR. JULIE CHEN:  Well, it's really
10 important because a lot of patients early on want to
11 just see the numbers go down on the scale, but that's
12 not necessarily what's important at the beginning
13 because there's a body composition change.
14    DR. MEHMET OZ:  Yeah.
15    DR. JULIE CHEN:  There's a recent study
16 that actually looks at patients where they took the
17 garcinia cambogia and they saw an increase in the
18 actual lean muscle mass and decrease in fat, and that's
19 important because muscle burns about 30 to 50 calories
20 per day; and fat, only about three.  And so if you're
21 actually getting more of the lean muscle mass built and
22 less of the fat, you're more of a fat-busting machine
23 yourself.
24    DR. MEHMET OZ:  Right.  Think about
25 that, folks.  Instead of focusing on the weight, you

Page 10

1  can now focus on your dress size, you can focus on your
2  waist size, the things that we actually should be
3  caring about.  You'll look better --
4    DR. JULIE CHEN:  Right.
5    DR. MEHMET OZ:  -- because you've got
6  more of that muscle mass because your energy's being
7  used to build muscle rather than build fat.
8    Now, that's the part one of the story.
9  If you were listening carefully, Dr. Chen said there's
10 two ways it works.  One is the mechanism we talked
11 about here by changing how you use energy in your
12 liver, you make less fat; the other is by dealing with
13 emotional eating, and this seems to work as an appetite
14 suppressant.  Let me walk you through how this seems to
15 happen.
16    So as you take the pill that has this
17 extract from the tamarind rind, the -- the garcinia
18 cambogia, it goes into your stomach.  It changes the
19 way the stomach empties out the food.  There are
20 chemicals released from your intestines that go into
21 the bloodstream.  They percolate from there up into
22 your brain.  As they float up to your brain, they
23 change the appetite, and as this energy changes in the
24 brain, you make more of that serotonin, the nerve cells
25 sense things differently.  You don't get the emotional

Page 11

1  drive.  So your fat cells, because they are not full of
2  fat anymore, will begin to release fat, and without
3  that stressful, inflamed environment, the fat cells
4  will naturally take you back to your playing weight.
5  Plus, you'll stay fuller for longer.
6    So, Dr. Chen, the big question I'll ask
7  you as an internist who takes care of patients --
8    DR. JULIE CHEN:  Yes.
9    DR. MEHMET OZ:  -- do you recommend this
10 to your patients?
11    DR. JULIE CHEN:  I do primarily because
12 it's got other health benefits.  That's extremely
13 important to me because we're not looking at just
14 weight loss, but overall health improvement.  And they
15 saw in the studies that patients had actually a
16 decrease in total cholesterol, triglycerides, LDL,
17 somewhere between 10 to 30 percent --
18    DR. MEHMET OZ:  Uh-huh.
19    DR. JULIE CHEN:  -- and an improvement
20 in HDL, which is the good cholesterol, and they thought
21 that, potentially, patients who are obese had some
22 improvement in insulin resistance and leptin
23 resistance, which are hormones that actually help us to
24 eat less and be more at a normal weight.
25    DR. MEHMET OZ:  In many ways, it's the

Page 12

1  Holy Grail.
2    DR. JULIE CHEN:  Yeah.
3    DR. MEHMET OZ:  If we can get folks --
4  and, you know, it's not just a pill.  Please don't go
5  home thinking it's just a pill, but together with the
6  normal natural things we tell you to do, with the foods
7  you eat especially --
8    DR. JULIE CHEN:  Healthy lifestyle,
9  right.
10    DR. MEHMET OZ:  -- this becomes a very
11 important tool for us to use.
12    Are you guys interested in learning more
13 about it?
14    AUDIENCE:  Yes (in unison).
15    DR. MEHMET OZ:  I thought you might.
16 Their jaws are dropping.
17    So is garcinia right for you?  I'm going
18 to tell you everything you need to know about taking
19 this newest, fastest fat buster when we return.
20    (Applause)
21    (Begin video clip:)
22    ANNOUNCER:  Up next, is this fat buster
23 right for you?
24    DR. MEHMET OZ:  How long did it take
25 before you began seeing weight loss?

---

Page 13

1      ANNOUNCER: Her surprising results.
2      ANGELA: Going down from a dress size 10
3 to an 8.
4      ANNOUNCER: Ready to buy it?
5      DR. MEHMET OZ: I do want to go through
6 exactly what I would look for.
7      ANNOUNCER: And later --
8      DR. MEHMET OZ: I'd keep this around me
9 all the time. Cheers.
10      ANNOUNCER: -- the ultimate skinny shot
11 that Dr. Oz swears by.
12      All new on Dr. Oz, the November to
13 remember. Exclusive, Dr. Oz's very own secret recipe.
14      DR. MEHMET OZ: It's very good.
15      ANNOUNCER: His ultimate cleanse
16 revealed. An entire month of shows you can't afford to
17 miss: Fat burners, energy boosters, cheat your age,
18 holistic secrets, life-saving information, tips,
19 takeaways, and the cancer warning signs you need to
20 know. Our biggest November ever. Don't miss it.
21      (End of video clip)
22      (Commercial break)
23      DR. MEHMET OZ: We're back talking about
24 the newest, fastest fat buster, garcinia cambogia
25 extract. Want to know how well it works? Well, meet

---

Page 14

1 Missy. This is what she looked like before she began
2 taking garcinia cambogia. While she was taking it, she
3 lost 10 pounds in less than four months. Here's what
4 she looks like now.
5      You look really good.
6      MISSY: Thank you.
7      (Applause)
8      DR. MEHMET OZ: I don't think -- you
9 don't even have a waist anymore.
10      MISSY: A little bit.
11      DR. MEHMET OZ: Does it -- come have a
12 seat.
13      MISSY: Sure.
14      DR. MEHMET OZ: You look wonderful.
15 What -- what -- when you first started taking the
16 garcinia cambogia, how long did it take before you
17 began seeing weight loss?
18      MISSY: After I was on it about a week
19 to ten days, I noticed results and I, um, continued on
20 taking it for a couple more months until I ended up
21 going down from a dress size 10 to an 8.
22      DR. JULIE CHEN: And that's great, and
23 that's what we were talking about is that initially
24 you're going to have that body composition change, so
25 the lean muscle mass comes in. So even if the scale

---

Page 15

1 doesn't change -- it did for her -- but even if it
2 didn't, the fact is that you're going to look leaner in
3 your clothes and you'll go down a size because your
4 body is more compact.
5      DR. MEHMET OZ: Did you notice any
6 changes in your appetite?
7      MISSY: Yes, I -- I noticed instantly a
8 decrease in the appetite, but more so with the sugar.
9 Um, before I had such cravings, such as the sugar or
10 the carbs, and I noticed a decrease in those, and I
11 also saw a big difference in the increase of energy.
12      DR. JULIE CHEN: And that's, I think, a
13 great example of the effect of the serotonin. So the
14 mood is better, maybe a little --
15      MISSY: Right.
16      DR. JULIE CHEN: -- less sugar cravings
17 that way. But also when your body is using the sugar
18 you're eating and making it into glycogen which is
19 utilized instead of stored as fat, you actually have
20 less sugar cravings, and they saw that in some of the
21 studies. And so that's really important because she's
22 actually a great example of that, and the kind of
23 emotional eating with the serotonin and sleep and all
24 that, that usually will improve.
25      DR. MEHMET OZ: And any side effects we

---

Page 16

1 should be warned about?
2      MISSY: I had no negative side effects
3 at all. Um, basically I just wanted to take something
4 that was going to jumpstart me. Um, I -- I found that
5 I was kind of at a plateau --
6      DR. MEHMET OZ: Uh-huh.
7      MISSY: -- and I wasn't losing, I was
8 simply maintaining. And then once I started taking the
9 supplement, that's when the weight actually started
10 going off.
11      DR. MEHMET OZ: So you can buy garcinia
12 cambogia extract at health food stores. You can buy it
13 online. But I do want to go through the guidelines for
14 how to buy it wisely.
15      So, Dr. Chen, what do we look for on the
16 bottle so people don't get taken advantage of?
17      DR. JULIE CHEN: So it's really
18 important to look for the words "garcinia cambogia" or
19 "GCE," which is garcinia cambogia extract.
20      DR. MEHMET OZ: Okay.
21      DR. JULIE CHEN: You're looking for a
22 percentage of this HCA, which is that ingredient in the
23 rind, of at least 50 percent.
24      DR. MEHMET OZ: Uh-huh.
25      DR. JULIE CHEN: And because it actually

---

Exhibit 4
004

Page 17

1  is absorbed better with mineral salts like potassium or
2  potassium and calcium, you want to make sure that
3  that's included.
4          DR. MEHMET OZ:  All right.  So you want
5  to have it say "K" or say "potassium" next to it.
6          How much should folks take?
7          DR. JULIE CHEN:  Well, in the studies it
8  was about 1,500 to 3,000 milligrams.  Some of the
9  studies went up to 5- to 6,000, but it is a
10 dose-dependent effect so that the more you take, the
11 more the weight loss comes into effect.
12         DR. MEHMET OZ:  Uh-huh.
13         DR. JULIE CHEN:  But I would probably
14 say that if you're going to use higher dosages than the
15 3,000 to make sure that you clear that with your
16 physician.
17         DR. MEHMET OZ:  And what time of day
18 should folks take the pill?
19         DR. JULIE CHEN:  So they should take it
20 on an empty stomach.  That's extremely important.  It's
21 empty stomach.  You want to take it about 30 minutes to
22 60 minutes before the meals, um, because there's a lot
23 of food products in the foods themselves that bind to
24 the components of the ingredients in the supplement and
25 that actually make the efficacy lower.  So you want to

Page 18

1  make sure it's empty stomach.  And the highest effect
2  that they saw on the studies was for about two hours
3  after you eat it.  So about 30 to 60 minutes before
4  allows you to have the highest dosage while you're
5  processing the food.
6          DR. MEHMET OZ:  All right.  So I've
7  warned everybody that I'm not going to mention specific
8  brands, but I do want to go through exactly what I
9  would look for.  So you want to look on that list of
10 ingredients, see there should be zero fillers.
11         DR. JULIE CHEN:  Uh-huh.
12         DR. MEHMET OZ:  There should be zero
13 binders, zero artificial ingredients, all right?
14         And remember, because -- you know, you
15 should never see my picture next to it because I never
16 sell it.  If you see my picture next to it, that means
17 they're stealing from you.  And I guarantee you as soon
18 as this show airs, there are going to be thousands of
19 fake ads out there, so don't go for those.  I don't
20 want you to be confused, so I do want to answer
21 questions from the audience just to make sure you're
22 all on the same page with me.
23         So who's got a question?  I've got a
24 couple over here.  All right.  How are you?
25         LOURDES:  I'm good,

Page 19

1  Dr. Oz.
2          DR. MEHMET OZ:  How are you?  You can
3  stand.  What's your name?
4          LOURDES:  Um, Lourdes.
5          DR. MEHMET OZ:  Lourdes.  And what's
6  your question, Lourdes?
7          LOURDES:  Um, who shouldn't take this
8  supplement?
9          DR. MEHMET OZ:  So, a -- a couple of
10 things.  If -- if you're pregnant or breast feeding, I
11 would never take an herbal supplement unless we knew a
12 ton about it.  And these are -- almost by definition,
13 because they've been used for thousands of years in
14 other parts of the world, they're evaluated but not the
15 way we normally evaluate a medication.  But the bigger
16 issue for me, actually, is there may be
17 contraindications of using this supplement with other
18 supplements or even prescription pharmaceuticals.  We
19 just don't know a lot about that.
20         LOURDES:  Uh-huh.  Okay.
21         DR. MEHMET OZ:  I would caution you
22 about diabetes.
23         LOURDES:  Okay.
24         DR. MEHMET OZ:  And the reason is, this
25 is going to lower your blood sugar.

Page 20

1          LOURDES:  Right.
2          DR. MEHMET OZ:  So if you're on a
3  diabetic medication, you want to make sure you -- that
4  you're talking to someone, like a doctor, otherwise
5  your blood sugar will go too low.
6          LOURDES:  Okay.
7          DR. MEHMET OZ:  I hope that's helpful.
8          Now, who's going to take garcinia?  Put
9  your hands up if you're thinking about it.  All right.
10 Now, here's the thing, if you're going to take this
11 stuff, go to DrOz.com and tell us how it did for you so
12 we can educate everybody else and spread the word.  All
13 right.
14         Coming up, the skinny shot.  Curb your
15 cravings with this ultimate fat buster.  I'll tell you
16 what is in it.  That's next.
17         (Music playing)
18         ANNOUNCER: Coming up.
19         (Begin video clip:)
20         DR. MEHMET OZ:  The newest, fastest
21 fat-busting food.
22         ANNOUNCER:  Curb cravings and shrink
23 your fat for good.
24         DR. MEHMET OZ:  Any time of day that you
25 desire.

Exhibit 4
005

## Page 21

1       ANNOUNCER:  Three ways to add it to your
2  meals.
3       DR. MEHMET OZ:  Cheers.
4       AUDIENCE:  Cheers.
5       ANNOUNCER:  And later, shrink belly fat
6  in minutes.  The stunning results.
7       DR. MEHMET OZ:  Okay, I'm next.
8       ANNOUNCER:  Stay with us.
9       (End of video clip)
10      (Commercial break)
11      DR. MEHMET OZ:  All right.  Who's
12  feeling hungry?  Anyone hungry?
13      AUDIENCE:  Yes (in unison).
14      DR. MEHMET OZ:  Well, I've got the
15  ultimate cure for you.  What you've got in your hands
16  is the ultimate skinny shot.  The contents of this
17  glass can curb your cravings and shrink your fat for
18  good.  That's right.  Science has discovered the
19  newest, fastest fat-busting food.  Cheers.
20      AUDIENCE:  Cheers.
21      (Begin video clip:)
22      DR. MEHMET OZ:  It's a little seed, but
23  researchers are calling it a giant fat buster: pine
24  nuts.
25      Now commonly used in culinary dishes,

## Page 22

1  pine nuts were used centuries ago in Siberia to curb
2  appetites during times of low food supply.  Now modern
3  science reveals that ancient practice had merit.  Pine
4  nuts, harvested from the cones of pine trees, packed
5  the same heart healthy fatty acids that subdue hunger
6  hormones and burn belly fat.  These tiny bites contain
7  high-quality proteins.  Pine nuts make you feel full
8  faster by stimulating powerful hunger-suppressing
9  signals to the brain, slowing digestion, and curbing
10  appetites.
11      Curb hunger, burn belly fat, all without
12  diet and exercise?  Pine nuts may be the simple way to
13  shrink your fat for good.
14      (End of video clip)
15      DR. MEHMET OZ:  The newest, fastest
16  fat-busting food is: pine nuts.  This little nut has
17  some giant fat-busting properties.  Now, here's what
18  you need to know:  You need enough to fill a shot glass
19  daily.  That's only about 60 calories.  And you can eat
20  this any time of day that you desire.  Pine nuts are
21  fat busters.  They're high in protein to help curb your
22  appetite and they will help control cravings as well.
23  The secret ingredient is something called pinolenic
24  acid.  It's a naturally occurring fat that's in these
25  pine nuts that stimulates these powerful

## Page 23

1  hunger-suppressing hormones.  And in studies,
2  participants who consumed an extract of this pinolenic
3  acid reduced their food intake by 36 percent.  That is
4  a whopping opportunity if we take advantage of it.
5       So Christy is here to find out more
6  about this.
7       How are you, Christy?
8       CHRISTY:  Good.  How are you?  It's a
9  pleasure to meet you.
10      DR. MEHMET OZ:  So when do you get your
11  worst hunger cravings?
12      CHRISTY:  I normally get my worst hunger
13  cravings at night.
14      DR. MEHMET OZ:  At nighttime?
15      CHRISTY:  Yeah.
16      DR. MEHMET OZ:  When everyone's sort of
17  gone and you're by yourself and --
18      CHRISTY:  My son is asleep, yes.
19      DR. MEHMET OZ:  And what do you usually
20  reach for?
21      CHRISTY:  Nothing good.
22      DR. MEHMET OZ:  Yeah.
23      CHRISTY:  Nothing good.  Popcorn, chips,
24  peppermint patty.  She's my friend.
25      DR. MEHMET OZ:  She's your friend.  Yes,

## Page 24

1  she's a wonderful person.
2       All right.  The next thing about pine
3  nuts is you can eat them all day long, any time of the
4  day that you want, and they will work to control your
5  cravings.  There are three ways you can try them.  I
6  love them raw.
7       CHRISTY:  Uh-huh.
8       DR. MEHMET OZ:  And I love them in the
9  morning --
10      CHRISTY:  Okay.
11      DR. MEHMET OZ:  -- because they help me
12  with my cravings all day long.
13      CHRISTY:  Okay.  The second way that I
14  think people can get pine nuts is to grind them up.
15      CHRISTY:  Okay.
16      DR. MEHMET OZ:  You can use them to
17  create sort of a pesto-like sauce.  So go ahead and
18  taste that pasta that we prepared that way.  When you
19  grind up these nuts, they release more of their oil,
20  and because the oil is released -- are you hungry?
21      CHRISTY:  Uh-huh.
22      DR. MEHMET OZ:  You can have more at
23  the -- in the break if you want.  Here, let -- let me
24  help, please, if you don't mind.  All right.
25      CHRISTY:  Mmm.

Page 25

1    DR. MEHMET OZ:  So -- don't speak
2  because your mouth's full, and then come over here.
3  It's readily absorbed.  And the last way is you can
4  drizzle a little of the pine nut oil on salads.  You
5  can use it for -- you know, in your soups.  And I'll
6  tell you, this is a fabulous way of diversifying the
7  dressings you make for your salad.
8    CHRISTY:  That's great.  I'd have both
9  of them at dinnertime.
10    DR. MEHMET OZ:  You'd have both?  Here.
11  A toast to you.  I love you.  Take care.
12    All right.  Coming up, the newest,
13  fastest fat-busting procedure and it melts away your
14  fat for good.  Find out here.
15    (Begin video clip:)
16    ANNOUNCER:  Up next, it looks and feels
17  like a massage, but this new fat buster is so
18  amazing --
19    FAHIMA:  Wow.
20    ANNOUNCER:  -- you won't believe it.
21    DR. MEHMET OZ:  We do these shows all
22  the time and I never see results like this.
23    ANNOUNCER:  Results over your lunch
24  hour.
25    FAHIMA:  My pants are looser.

Page 26

1    ANNOUNCER:  Coming up.
2    (End of video clip)
3    (Commercial break)
4    (Applause)
5    DR. MEHMET OZ:  For the first time on
6  this show, I'm revealing a new fat-busting procedure
7  that shrinks your belly fat.  Plastic surgeons swear by
8  it and absolutely no needles or scalpels are required.
9    (Begin video clip:)
10    DR. MEHMET OZ:  Are you still struggling
11  to get rid of your bulging belly or lose the extra
12  padding around your butt and thighs?  You may think you
13  need to endure painful liposuction, tummy tucks, or
14  other invasive procedures.  But now there's a
15  revolutionary fat-busting procedure that literally
16  melts your fat away without ever having to go under the
17  knife.  Called VASER Shape, it's a dual-action fat
18  buster which uses the high-tech power of ultrasound to
19  melt fat, combined with lymphatic massage, to drain it
20  from your problem areas.
21    Dr. Sharon Giese is a top plastic
22  surgeon who says it's a game changer.
23    DR. SHARON GIESE:  The VASER Shape is a
24  noninvasive body-contouring device that gets rid of
25  that stubborn fat without a single incision.  I can

Page 27

1  treat fat deposits that are really difficult for me to
2  reach with traditional liposuction.  I've had patients
3  tell me it feels like a hot stone massage.  This
4  treatment is so great that I've had it myself and the
5  results are just phenomenal.
6    (End of video clip)
7    DR. MEHMET OZ:  Dr. Sharon Giese is
8  here.
9    Now, you say that VASER Shape is
10  changing the way we bust our fat.  Why is that?
11    DR. SHARON GIESE:  Yes, absolutely.
12  It's noninvasive body contouring.  That means there's
13  no needles, no cannulas, and no medicines, and you can
14  actually see, feel, and measure results immediately.
15  And prior to VASER Shape coming around, women were
16  having to pay upwards of 3-, 4-, $5,000 to have their
17  fat removed, and now we have an effective, affordable
18  way of doing that.  In fact, it can be as little as
19  $450 a treatment session.
20    DR. MEHMET OZ:  Yeah, it's very
21  affordable at that price.
22    Well, how does it differ, if we can go
23  back a second, to the other noninvasive devices that
24  I've seen?  There are freezing devices, the ultrasound
25  devices.

Page 28

1    DR. SHARON GIESE:  Well, what's really
2  different about this one is that it feels great because
3  there's an element of heat from the ultrasound, so it
4  almost feels like a hot stone massage, and you can see
5  some immediate results from this and there's absolutely
6  no downtime.  Women can get it at their lunchtime or
7  even when their kids are at school.
8    DR. MEHMET OZ:  And explain to all of us
9  exactly how it works.
10    DR. SHARON GIESE:  This works by a
11  two-part process.  It combines some ultrasound
12  technology with the lymphatic drainage.
13    Now, I have been a big proponent of
14  internal ultrasound for about 15 years and using it in
15  body contouring in my practice for about that long.  So
16  VASER came to me and they said, you know, we have some
17  new noninvasive technology that we would like to put
18  into your office for you to demo and give us an
19  opinion.  And this is, in fact, external ultrasound, so
20  it melts a layer of fat through the skin, totally
21  noninvasive, and this is followed by the lymphatic
22  massage that then brings away that liquefied fat and
23  the toxins out from -- away from the area.
24    DR. MEHMET OZ:  So we did a little bit
25  of homework and credit -- and created an animation that

Exhibit 4
007

Page 29

1 might be helpful to help explain how this treatment
2 works.
3          So the therapy, if it's used
4 appropriately, targets specific areas, in particular
5 fat cells right beneath the skin.  So first off, here's
6 the skin, you go just beneath there.  There is the fat
7 cells.  The ultrasound hits the fat cells and it begins
8 to wiggle them and change them and they begin to poke
9 little holes in them, and as that happens, they begin
10 to ooze out little bits of fat.  This is a lymphatic
11 material, channel, the green, it absorbs those fat
12 waste products and then carries them away.  And
13 secondly, ultimately, the massager starts to irritate
14 the area, making it easier to milk this material, this
15 fat out of the area of the lymphatics; thus taking
16 tissue that looks mottled and making it very smooth no
17 matter what part of the body is being treated.
18          Now, before the show, Dr. Giese started
19 a treatment on one of her own patients, Fahima, and
20 she's going to finish it off live for us in the studio
21 right now.
22          So please join me, if you don't mind.
23 Welcome to the show, Fahima.
24          FAHIMA:  Hi, Dr. Oz.  How are you?
25          DR. MEHMET OZ:  How are you?

Page 30

1          FAHIMA:  I'm doing good.  Nice to meet
2 you.
3          DR. MEHMET OZ:  So why did you decide --
4 nice to meet you as well.
5          What bothers you about your belly?
6 That's the area we're going to work on.
7          FAHIMA:  Yeah, it's actually the -- the
8 pouch I have here, the way it sits over my pants, I
9 just can't stand it.
10          DR. MEHMET OZ:  And, Dr. Giese, who is
11 this procedure right for?  Why is -- why is Fahima a
12 good candidate for it?
13          DR. SHARON GIESE:  She's a normal body
14 weight, she exercises, she does all the right things,
15 and she just wants to melt a little layer of fat and
16 have some skin tightening.
17          DR. MEHMET OZ:  All right.  Well, can we
18 work on you a little bit?
19          FAHIMA:  Absolutely.
20          DR. MEHMET OZ:  Dr. Giese is going to
21 show us how it works.
22          DR. SHARON GIESE:  Lay back here.
23          DR. MEHMET OZ:  And if you can just
24 explain, then -- I'll hold your hand.  I -- I'm told
25 this doesn't hurt, but I'm always incredulous that we

Page 31

1 can melt away fat without causing some discomfort.
2          DR. SHARON GIESE:  Well, you can --
3 well, you have the best hand holder, so I would take
4 advantage of that while it's offered.
5          FAHIMA:  I do.
6          DR. SHARON GIESE:  This is a little bit
7 of oil, so I'm just going to put a little bit onto her
8 skin because the ultrasound device glides over this.
9 So this is --
10          FAHIMA:  Oh, I'm in heaven right now.
11          DR. MEHMET OZ:  We'll see -- let's
12 see -- let's see how this works first.
13          DR. SHARON GIESE:  So you see this is
14 really similar to the hot stone massage and I'm just
15 going to move slowly on her skin.  And why I like this
16 is because you can see, Dr. Oz, I can just glide over
17 all different kinds of contours here.
18          DR. MEHMET OZ:  Uh-huh.
19          DR. SHARON GIESE:  I can focus around a
20 little area in the middle or I can glide around from
21 side to side.
22          So this is really representative of the
23 ultrasound component, which is the heat component of
24 the VASER Shape.  So now I'm going to --
25          DR. MEHMET OZ:  Did you -- did that hurt

Page 32

1 at all?
2          FAHIMA:  Absolutely not.  It --
3 actually, it's very soothing.  It feels like a hot
4 massage, a hot stone massage.
5          DR. MEHMET OZ:  And who is not going to
6 see results here?
7          DR. SHARON GIESE:  People who are not
8 going to see a result from here are the ones who are --
9 have either too little fat or too thick of fat on the
10 body.
11          DR. MEHMET OZ:  Okay.
12          DR. SHARON GIESE:  So if you have
13 between about a half an inch of fat or three or four
14 inches of fat, that would be an ideal candidate.
15          DR. MEHMET OZ:  And why is this better
16 at busting the fat than some of the other technology or
17 the nonsurgical procedures that are, you know, out
18 there all the time now?
19          DR. SHARON GIESE:  Well, why I like this
20 technology is that you treat a thicker area of the fat
21 and the skin, not just a very fine little layer, so
22 it's the thicker layer of fat, and then you see the
23 immediate results from the lymphatic massage component
24 of that also because that's going to sweep away the
25 liquefied fat.

Page 33

1    DR. MEHMET OZ:  Is the lymphatic massage
2  the other part of this?
3    DR. SHARON GIESE:  Yes, yes.
4    DR. MEHMET OZ:  And I'd just point out
5  that I didn't recognize before the show how important
6  the skin element was, but when you can pull the skin
7  taut, make it tight on top of the fat, it's much less
8  apparent -- apparent to the outside viewer, which is,
9  of course, part of the magic.
10    DR. SHARON GIESE:  Okay.  So here you
11  can see the --
12    DR. MEHMET OZ:  And this literally just
13  shakes the area; is that right?
14    DR. SHARON GIESE:  You can see it
15  pulling, actually.
16    DR. MEHMET OZ:  Oh.
17    DR. SHARON GIESE:  You can see how
18  that's actually going to pull away the fat.
19    FAHIMA:  I feel the suction.
20    DR. MEHMET OZ:  Now, you mentioned $450.
21  How many treatments on average does it take to get the
22  results you desire?
23    DR. SHARON GIESE:  Well, with one
24  treatment you can see -- and we'll see when Fahima
25  stands up, you can actually see a really nice result

Page 34

1  with just one treatment, some permanent changes to the
2  body; however, if you want to melt more fat, then you
3  can just have more treatment sessions.  And I recommend
4  you do it about one week apart.
5    DR. MEHMET OZ:  Okay.  Can we look at
6  your belly, see what kind of result we got?
7    FAHIMA:  Absolutely.
8    DR. MEHMET OZ:  So we took a shot
9  earlier of Fahima, this is before she had the one
10  treatment.
11    And the treatment takes, what, half an
12  hour?
13    DR. SHARON GIESE:  About a half an hour,
14  between 15 and 45 minutes.
15    DR. MEHMET OZ:  Okay.  So here's the
16  shot from before.  Let's compare it to now.  Oh, my
17  goodness.
18    DR. SHARON GIESE:  Wow.
19    DR. MEHMET OZ:  Oh, my goodness.
20    FAHIMA:  Oh, my God.
21    DR. MEHMET OZ:  Isn't that pretty cool?
22    (Applause)
23    DR. MEHMET OZ:  That is --
24    FAHIMA:  I'm shocked.  I am so happy.
25  This is unbelievable.

Page 35

1    DR. MEHMET OZ:  We do these shows all
2  the time, but I never see results like this.  This
3  is -- all right, I'm next.
4    FAHIMA:  Oh, my God, I'm so happy.
5    DR. MEHMET OZ:  So not expecting this
6  result.  And sometimes it does take multiple
7  treatments.
8    You can put your shirt down.  Thank you.
9  Maybe you want to keep it up, you look so good.
10    Because you can get multiple treatments
11  and see even more dramatic results, we actually
12  collected some before-and-after photos from Dr. Giese's
13  patients to show you.
14    Dr. Giese, walk us through these.
15    DR. SHARON GIESE:  This is a treatment
16  of an abdomen.  This is actually only after two
17  treatments.  You can see that the belly is not out as
18  much and you can see more muscle definition as we did
19  with Fahima.
20    And this is another area --
21    DR. MEHMET OZ:  Oh my goodness.
22    DR. SHARON GIESE:  -- that my patients
23  love is that back roll that's below the bra fat.  This
24  is actually achieved after three sessions, but a
25  phenomenal result.

Page 36

1    DR. MEHMET OZ:  Is this typical?
2    DR. SHARON GIESE:  Typical.
3    DR. MEHMET OZ:  Do we have a happy
4  customer here?
5    FAHIMA:  I am very happy,
6    DR. MEHMET OZ:  Okay.
7    FAHIMA:  I'm so happy.  My pants are
8  looser.
9    DR. MEHMET OZ:  All right.  Now -- I
10  love it.
11    Coming up, you can lose weight and bust
12  fat just by changing what you drink every day.  That's
13  next.
14    (Applause)
15    (Begin video clip:)
16    ANNOUNCER:  Up next, the incredible fat
17  busting power of tea.
18    DR. MEHMET OZ:  You'll lose an inch off
19  your waist, drop a dress size.
20    CASSANDRA:  Wow.
21    DR. MEHMET OZ:  And you could lose up to
22  five pounds.
23    ANNOUNCER:  Target your belly and
24  overall body fat.
25    And later, just three days.

Exhibit 4
009

(Pages 37 to 40)                                         10

AUDIO TRANSCRIPTION
10/23/2012

---

Page 37

1          DR. MEHMET OZ:  It's a lot of food.
2          ANNOUNCER:  The formula for guaranteed
3    weight loss.
4          DR. MEHMET OZ:  You will still lose
5    three pounds.  That's my commitment to you.
6          Announcer:  Don't go away.
7          (Commercial break)
8          (Applause)
9          DR. MEHMET OZ:  For centuries people all
10   over the world have known about the restorative and
11   healing properties of tea, but did you know that tea
12   can also help you lose weight?  Today I've got teas
13   that will bust your fat for good.  Cassandra is joining
14   us to talk a little bit about this.
15          So what part of your body are you not
16   happy with?
17          CASSANDRA:  My belly, the muffin top
18   that happens when I sit down, when I stand up or
19   whatever, just the belly part.
20          DR. MEHMET OZ:  And what have you done
21   to help get rid of that?
22          CASSANDRA:  I've tried weight loss
23   programs, exercise, everything.
24          DR. MEHMET OZ:  Nothing works?
25          CASSANDRA:  Nothing is working with this

---

Page 38

1    belly fat.
2          DR. MEHMET OZ:  Are you a tea drinker?
3          CASSANDRA:  Um, I drink tea maybe a
4    couple of times a week.  Not coffee, but definitely tea
5    one to two times a week.
6          DR. MEHMET OZ:  All right.  Well, here's
7    the deal:  I'm going to bust the fat, not just for you,
8    but for everyone out there who is watching.  But I hear
9    this all the time --
10          CASSANDRA:  Right.
11          DR. MEHMET OZ:  -- and I know that there
12   are solutions out there that can help nudge you in the
13   right direction, and especially for belly fat --
14          CASSANDRA:  Uh-huh.
15          DR. MEHMET OZ:  -- you've got to get tea
16   into your diet.  So I'm going to walk you through
17   different types of tea and how they can bust your belly
18   fat.
19          The first tea -- let's walk on over
20   here.
21          CASSANDRA:  All right.
22          DR. MEHMET OZ:  -- that will bust your
23   belly fat is white tea.
24          CASSANDRA:  Yes.
25          DR. MEHMET OZ:  Now, white tea is young

---

Page 39

1    tea.
2          CASSANDRA:  Okay.
3          DR. MEHMET OZ:  It hasn't turned, you
4    know, it hasn't been oxidized at all.  It's one of the
5    best teas out there for a bunch of reasons, but I love
6    it because it has a really high concentration of
7    something called EGCG.  That's the antioxidant -- you
8    don't have to do it.  Don't test it.
9          CASSANDRA:  Okay.
10          DR. MEHMET OZ:  That's the chemical in
11   the tea that specifically will stimulate fat cells to
12   stop growing, which is what you want.
13          CASSANDRA:  All right.
14          DR. MEHMET OZ:  And it helps you burn
15   off the ones you already have on you.  Go ahead and
16   take a quick taste of that.
17          CASSANDRA:  Okay.
18          DR. MEHMET OZ:  See if you like the
19   taste before I show you exactly why it works.  But this
20   stuff is really cool because there's so much data on
21   how it works now.
22          CASSANDRA:  Oh, I like that.  That's
23   light, very light.
24          DR. MEHMET OZ:  It's very delicate.
25          CASSANDRA:  Uh-huh.

---

Page 40

1          DR. MEHMET OZ:  So you could -- don't
2    need any sugar with that.
3          CASSANDRA:  Okay.
4          DR. MEHMET OZ:  Let's pretend this is
5    your muffin top, you called it, okay?
6          CASSANDRA:  Yes.
7          DR. MEHMET OZ:  And I know you're
8    speaking for a lot of women out there.
9          CASSANDRA:  Okay.
10          DR. MEHMET OZ:  I get asked this
11   question more than any other.  And all these fat cells
12   in you, they're growing.  Even when you don't think
13   you're doing anything wrong, they seem to be growing --
14          CASSANDRA:  Right.
15          DR. MEHMET OZ:  -- right?  Bigger and
16   bigger, larger.
17          CASSANDRA:  Yep, that's me.
18          DR. MEHMET OZ:  So let's say you're
19   taking that white tea.
20          CASSANDRA:  Uh-huh.
21          DR. MEHMET OZ:  This is the EGCG.
22   That's the stuff I talked about.
23          CASSANDRA:  Okay.
24          DR. MEHMET OZ:  And go ahead and coat
25   the fat cell with that.

---

AUDIO TRANSCRIPTION
10/23/2012

---

Page 41

1          CASSANDRA: Okay.
2          DR. MEHMET OZ: Now, when you do that, a
3  couple of things happen. First off, those fat cells --
4  you can put a -- pour some on there.
5          CASSANDRA: Okay. I'll pour some.
6          DR. MEHMET OZ: You want a lot of that
7  on there.
8          CASSANDRA: Okay.
9          DR. MEHMET OZ: All right. You want to
10 really get some on there.
11         CASSANDRA: All right.
12         DR. MEHMET OZ: All right. Now, the
13 EGCG, that white tea, it allows that fat cell to stop
14 growing.
15         CASSANDRA: Oh.
16         DR. MEHMET OZ: In fact, it will begin
17 to shrink over time and shrivel up because the body's
18 going to be more comfortable letting go of it. The
19 other thing that happens is you'll actually --
20         CASSANDRA: Oh, my.
21         DR. MEHMET OZ: -- release the fat from
22 in there, all right?
23         CASSANDRA: Oh, yes.
24         DR. MEHMET OZ: And as you do that, you
25 will get fat not inside of you --

---

Page 42

1          CASSANDRA: Right.
2          DR. MEHMET OZ: -- the fat that's
3  released goes all over the place and your body will
4  take it away and get rid of it.
5          CASSANDRA: Okay. White tea, I love
6  that.
7          DR. MEHMET OZ: You like that?
8          CASSANDRA: Yes.
9          DR. MEHMET OZ: All right. You're
10 literally going to shrink your fat cells. And you know
11 what? They did a study on this, they looked at folks
12 who were drinking white tea, and over a 12-week period,
13 so over a three-month period, they lost 10 percent of
14 their waist size.
15         CASSANDRA: Oh, my goodness. That's
16 what I need.
17         DR. MEHMET OZ: And so all you've got to
18 do is drink two cups of this a day. And if you drink
19 it hot, it seems to stimulate your ability to take in
20 the things like the EGCG and other antioxidants in
21 there, so these folks can have even smaller waists.
22         CASSANDRA: Oh.
23         DR. MEHMET OZ: So hot white tea.
24         CASSANDRA: Muffin top, disappear.
25         DR. MEHMET OZ: This is gone. All

---

Page 43

1  right. But, you know, there's a competition here.
2          CASSANDRA: Okay.
3          DR. MEHMET OZ: There's two different
4  teas you could use for muffin top belly fat.
5          CASSANDRA: Okay. Okay.
6          DR. MEHMET OZ: The other tea is oolong
7  tea. Now, oolong tea is sort of, you know -- it's in
8  between a green tea and a regular dark tea.
9          CASSANDRA: Okay.
10         DR. MEHMET OZ: So think of it in that
11 context. So most people have never tasted it. Go
12 ahead and give it a shot, see if you like it.
13         CASSANDRA: All right.
14         DR. MEHMET OZ: But it actually helps
15 you by letting fat cells, again, you know, release more
16 of those -- that fat and increases fat metabolism.
17         CASSANDRA: I could drink that.
18         DR. MEHMET OZ: You can do that too.
19         CASSANDRA: Uh-huh.
20         DR. MEHMET OZ: If you do nothing
21 else -- that's what this study argued, if you do
22 nothing else but just drink oolong tea, you know,
23 you'll lose an inch off your waist, you'll drop a dress
24 size --
25         CASSANDRA: Wow.

---

Page 44

1          DR. MEHMET OZ: -- which is a pretty big
2  difference, and you could lose up to five pounds.
3          CASSANDRA: Oh, okay.
4          DR. MEHMET OZ: So now you've got to eat
5  right.
6          CASSANDRA: Right, right.
7          DR. MEHMET OZ: I don't want you, you
8  know, eating a lot of other things.
9          CASSANDRA: Not just tea?
10         DR. MEHMET OZ: Not just tea. But if
11 you drink tea for a month, those are reasonable results
12 they got in that study. I would start to do it.
13         CASSANDRA: Okay.
14         DR. MEHMET OZ: All right. Now, again,
15 this is four cups a day.
16         CASSANDRA: Okay.
17         DR. MEHMET OZ: That's your dose, your
18 prescription. That will be two cups a day. So you
19 drink less as well if you're going to get the white
20 tea.
21         CASSANDRA: Okay.
22         DR. MEHMET OZ: All right. Now, let's
23 just say it's not just your muffin top you're worried
24 about --
25         CASSANDRA: Right.

---

Exhibit 4
011

## Page 45

1      DR. MEHMET OZ:  -- but you're actually
2  concerned about fat all over.
3      CASSANDRA:  Okay.
4      DR. MEHMET OZ:  So I've got a tea that
5  works for that as well.  This is for the fat-all-over
6  issue.  It's yerba mate tea.  Again, it stimulates your
7  metabolism, which is one of the reasons that it works
8  to get rid of fat all over your body.
9      CASSANDRA:  Okay.
10      DR. MEHMET OZ:  Give that a taste, see
11  if you like this.  This is a bit more of an acquired
12  taste.
13      CASSANDRA:  That's very bitter.
14      DR. MEHMET OZ:  Right.  I thought you
15  might say that, so I've got a little stevia here.
16      CASSANDRA:  Okay.
17      DR. MEHMET OZ:  Let's see if this helps
18  you a little bit.
19      CASSANDRA:  All right.
20      DR. MEHMET OZ:  So you usually want to
21  mix your yerba mate with something a little sweeter.
22      CASSANDRA:  Okay.  All right.
23      DR. MEHMET OZ:  And, again, this will
24  also kill your cravings, which helps it as well.  See
25  what you think about that.

## Page 46

1      CASSANDRA:  Oh, that's better.  That
2  does help.
3      DR. MEHMET OZ:  Is that better?
4      CASSANDRA:  Yes.  Yes.
5      DR. MEHMET OZ:  But you're still a white
6  tea lover?
7      CASSANDRA:  I'm still a white tea lover.
8      DR. MEHMET OZ:  I think we have a
9  winner.
10      CASSANDRA:  I'm sold on white tea.
11      DR. MEHMET OZ:  All right.  If you want
12  to get rid of fat all over, for the rest of you out
13  there, once in the morning, the first thing when you
14  get up in the morning within 30 minutes of waking up,
15  and I think it's a reasonable solution.
16      For all of these three examples, don't
17  forget, you're not going to add any dairy to it --
18      CASSANDRA:  Okay.
19      DR. MEHMET OZ:  -- or soy milk --
20      CASSANDRA:  Okay.
21      DR. MEHMET OZ:  -- you know, just lemon
22  is all you get or a little bit of stevia or
23  something --
24      CASSANDRA:  Okay.
25      DR. MEHMET OZ:  -- because it turns out

## Page 47

1  when you add milk, you reduce the power of the
2  antioxidants in these things.
3      CASSANDRA:  Oh, okay.
4      DR. MEHMET OZ:  Okay?
5      CASSANDRA:  All right.  Yes.
6      DR. MEHMET OZ:  Take all that white tea
7  home with you.
8      CASSANDRA:  All right.  Thank you.
9      DR. MEHMET OZ:  All right.  Up next, a
10  secret formula to bust fat and drop three pounds in
11  just three days.  You're going to want to see this.
12      (Commercial break)
13      DR. MEHMET OZ:  Three famous formulas
14  that changed the world: pi equals 3.14; E equals mc
15  squared; two all-beef patties, special sauce, lettuce,
16  cheese, pickles, onions on a sesame seed bun.  You know
17  all of those.  Well, today I've come up with my own
18  formula: three plus three equals three is my formula to
19  bust your fat for good.
20      Now, it sounds like crazy math.  Are you
21  ready to find out what those numbers really mean?  All
22  right.  Well, if you give me three days, I'll give you
23  three fat-busting meals to help you lose three pounds,
24  and here to prove it is Angela, who is going to join me
25  for this.

## Page 48

1      How are you, Angela?
2      ANGELA:  I'm doing good, Dr. Oz.
3      DR. MEHMET OZ:  Welcome to the show.
4      ANGELA:  Nice to meet you.  Thank you.
5      DR. MEHMET OZ:  All right.  So before I
6  get into my -- my three-three-three plan, I'd like to
7  learn a little bit more about you.  So what have you
8  tried to lose weight?
9      ANGELA:  What haven't I tried?  You
10  know, I just recently had a baby, so with that, you
11  know, I'm trying to get rid of those --
12      DR. MEHMET OZ:  Congratulations.
13      ANGELA:  Thank you.
14      DR. MEHMET OZ:  Yeah.
15      ANGELA:  -- last few pounds, and I've
16  fasted, I have taken pills and supplements, so, I mean,
17  you name it, I've tried it.
18      DR. MEHMET OZ:  So how far are you from
19  your weight loss goal?
20      ANGELA:  Oh, you know, it's just like
21  those last few pounds just to get me back into those
22  jeans.
23      DR. MEHMET OZ:  The skinny jeans?
24      ANGELA:  Yes.
25      DR. MEHMET OZ:  All right.  So here's

Exhibit 4
012

AUDIO TRANSCRIPTION
10/23/2012

---

Page 49

1   the deal. Here's how this works: You're going to eat
2   everything on this table right here that you can see.
3              ANGELA: Oh, man. Whew.
4              DR. MEHMET OZ: Everything. It's going
5   to be the same thing for three days in a row. So I'm
6   giving you three days' worth of food right on this
7   table here. You're going to have the exact same
8   breakfast. You're going to have the exact same lunch.
9   You're going to have the exact same dinner.
10             ANGELA: That's a lot of food.
11             DR. MEHMET OZ: Make it real simple.
12  It's a lot of food. You will still lose three pounds
13  at the end of those three days. That's my commitment
14  to you.
15             ANGELA: Okay.
16             DR. MEHMET OZ: Now, the key -- there's
17  a, you know, couple of issues here, but one of them is
18  you've got to eat the same food at the same time. So
19  let me walk you through these things.
20             ANGELA: Okay.
21             DR. MEHMET OZ: You know, in the morning
22  you've got a Tex-Mex egg --
23             ANGELA: Okay.
24             DR. MEHMET OZ: -- and a cheese muffin.
25             ANGELA: Cheese?

---

Page 50

1              DR. MEHMET OZ: So I'm going to walk you
2   over here and show you exactly how you're going to make
3   all three of these.
4              ANGELA: Okay.
5              DR. MEHMET OZ: So this is your
6   breakfast.
7              ANGELA: All right.
8              DR. MEHMET OZ: So you got a ramekin.
9   All right. You put your egg in there, your low fat
10  cheese, mix it up in there, put it in the microwave.
11  It's done. And people who eat eggs for breakfast will
12  lose more weight during the day.
13             ANGELA: Okay.
14             DR. MEHMET OZ: So this is your
15  breakfast.
16             ANGELA: Okay.
17             DR. MEHMET OZ: Anything confusing about
18  that?
19             ANGELA: It seems pretty
20  straightforward.
21             DR. MEHMET OZ: You could eat that three
22  days in a row?
23             ANGELA: Absolutely. That cheese makes
24  it better.
25             DR. MEHMET OZ: Tell you what, give it a

---

Page 51

1   taste here.
2              ANGELA: Okay.
3              DR. MEHMET OZ: I'm going to take the
4   top of that muffin off just so you can get a bite of it
5   in your mouth.
6              ANGELA: Oh.
7              DR. MEHMET OZ: If you don't love this
8   stuff, you won't eat it every day. When you get up
9   first thing in the morning, this is what you're going
10  to have.
11             ANGELA: That's tasty.
12             DR. MEHMET OZ: Okay. So I'm one for
13  one.
14             ANGELA: Okay. I like that.
15             DR. MEHMET OZ: All right. My formula
16  is intact so far.
17             ANGELA: Okay.
18             DR. MEHMET OZ: This is Einsteinian
19  physics. We're working on this together.
20             ANGELA: Okay.
21             DR. MEHMET OZ: All right. This is
22  what's for lunch. This is a very special meal. I've
23  thought this through. This is your biggest meal of the
24  day. It's a bean burger, this is what they look like
25  when they're in raw form, with a belly-blasting bun.

---

Page 52

1   Now, instead of a bun, a regular bread bun, I'm going
2   to make lettuce your bun, okay?
3              ANGELA: Okay.
4              DR. MEHMET OZ: So I know that's not
5   really, you know, a celebration for you, I get that --
6              ANGELA: Right.
7              DR. MEHMET OZ: -- but the good news is
8   that you actually get to have two of these bean
9   patties, not one, but two of these.
10             ANGELA: Ooh.
11             DR. MEHMET OZ: So it's a reasonable
12  volume of food there. You can find these at any
13  supermarket. In fact, all of the stuff I've talked
14  about here is available in all supermarkets, very
15  affordable.
16             So these baked sweet potato fries are
17  going to be alongside of this --
18             ANGELA: Mmm.
19             DR. MEHMET OZ: -- which are superb as
20  well. High fiber, you know, low in calories and lots
21  of water content, and there are metabolism-boosting
22  herbs on here too. I put some oregano on top. Go
23  ahead and give it a taste.
24             ANGELA: Okay.
25             DR. MEHMET OZ: They satisfy that desire

---

Exhibit 4
013

## Page 53

1  to have something a little crunchy in there.
2          ANGELA: Uh-huh. This is good.
3          DR. MEHMET OZ: Is it okay?
4          ANGELA: Uh-huh. It smells good too.
5          DR. MEHMET OZ: It does smell good.
6          ANGELA: Uh-huh.
7          DR. MEHMET OZ: So am I two for two so
8  far?
9          ANGELA: Two for two.
10         DR. MEHMET OZ: All right. And now the
11 dinner is where I'm asking for a little bit of
12 sacrifice.
13         ANGELA: Okay.
14         DR. MEHMET OZ: I won't need that
15 because the dinner is a shake, a lean, green super
16 shake. It's the least amount of calories of all the
17 three meals.
18         ANGELA: Okay.
19         DR. MEHMET OZ: Again, I'm only asking
20 you to do this for three days, so I'm figuring with
21 that kind of lunch you just had, you'll be able to make
22 it through without a heavy dinner.
23         ANGELA: Right.
24         DR. MEHMET OZ: I'm going to show you
25 how to do this.

## Page 54

1          ANGELA: Okay.
2          DR. MEHMET OZ: Again, it's taking a lot
3  of the heat off of you. Yeah, go ahead and add all of
4  that in there.
5          ANGELA: Okay.
6          DR. MEHMET OZ: A couple fistfuls, three
7  cups actually, of green vegetables are going to be in
8  there. They have protein and -- yeah, all -- throw it
9  in there.
10         ANGELA: Okay.
11         DR. MEHMET OZ: You can spill it on the
12 floor too if you want.
13         ANGELA: Okay.
14         DR. MEHMET OZ: It's okay. Don't mind
15 the studio.
16         High in antioxidants, it's got lots of
17 fiber in it.
18         ANGELA: The celery too?
19         DR. MEHMET OZ: Put the celery in there.
20         ANGELA: Okay.
21         DR. MEHMET OZ: You're going to whiz
22 this all together. Then you want a little bit of ice.
23         ANGELA: Okay.
24         DR. MEHMET OZ: That boosts your
25 metabolism when you eat cold things anyway. I give you

## Page 55

1  half a banana because it tastes better.
2          ANGELA: Okay.
3          DR. MEHMET OZ: An apple.
4          ANGELA: Okay.
5          DR. MEHMET OZ: And inside of this
6  almond milk -- you've already put the salad, I noticed.
7          ANGELA: Right.
8          DR. MEHMET OZ: That's very kind of you.
9  Pour that on there and you have exactly what I'm
10 prescribing with one missing secret ingredient --
11         ANGELA: Okay.
12         DR. MEHMET OZ: -- which is vanilla whey
13 protein powder. Go ahead, add that in there.
14         ANGELA: All right.
15         DR. MEHMET OZ: That's one big scoop of
16 that protein powder.
17         ANGELA: That's a lot.
18         DR. MEHMET OZ: And you'll notice a
19 theme coming through here: Protein, protein, protein.
20         ANGELA: Uh-huh, right.
21         DR. MEHMET OZ: Because I know that
22 protein is a very efficient way of making you feel
23 full, but it's not going to put a lot of calories in
24 your body, so you're going to get what you need. Over
25 time you want to have more carbohydrates, but just for

## Page 56

1  the three days I'm asking you to do this. Once you've
2  turned it up, we're not going to go through that
3  exercise --
4          ANGELA: Okay.
5          DR. MEHMET OZ: -- you're left with
6  this.
7          ANGELA: Okay. Here's to three pounds.
8          DR. MEHMET OZ: Three pounds in three
9  days, that's my commitment to you. Go ahead and taste
10 that.
11         ANGELA: Okay.
12         DR. MEHMET OZ: If you can get over this
13 part of the hump and do this as part of your three --
14 oh, it's good.
15         ANGELA: It's fresh. It's fresh.
16         DR. MEHMET OZ: It's fresh and it's
17 good.
18         ANGELA: It is. It's good.
19         DR. MEHMET OZ: The culmination of all
20 of that, would you do this for three days?
21         ANGELA: Uh-huh.
22         DR. MEHMET OZ: All right. So here's
23 the commitment to all of you: Remember, three plus
24 three equals three. Three days plus these three
25 fat-busting meals equals three pounds lighter. You'll

Exhibit 4
014

AUDIO TRANSCRIPTION
10/23/2012

## Page 57

get back in your skinny jeans again.

        ANGELA:  Oh.

        DR. MEHMET OZ:  Thank you very much.
Congrats on the baby.

        ANGELA:  Thank you, Dr. Oz.  Thank you
so much.

        DR. MEHMET OZ:  All right.  You can go
to DrOz.com for all of these wonderful recipes.

        Coming up, the most creative get well
cards I have ever seen.

        (Music playing)

        (Begin video clip:)

        ANNOUNCER:  All new, Dr. Oz's five
miracle solutions from around the globe, from what to
eat --

        DR. MEHMET OZ:  You'll burn through
calories and really fast.

        ANNOUNCER:  -- to how to get good sleep.

        AUDIENCE MEMBER:  It really worked.

        ANNOUNCER:  The new miracle five-in-one
skin product to look younger instantly.

        DR. MEHMET OZ:  Are you pleased?

        AUDIENCE MEMBER:  I love it.

        ANNOUNCER:  Plus, is this the miracle
seed to curb your cravings you've been waiting for?

## Page 58

        DR. MEHMET OZ:  Let me explain why this
works.

        AUDIENCE MEMBER:  I was shocked.

        AUDIENCE MEMBER:  I was full for hours.

        ANNOUNCER:  That's coming up tomorrow.

        (Commercial break)

        (Applause)

        DR. MEHMET OZ:  I've been a doctor for a
long time and I've seen a lot of creative get well
cards, but these are some of the best ideas I've ever
seen.

        The first get well card is by Adele.
Now, her mom Joan discovered her breast cancer after
watching our show.  Adele decided to support her mom's
recovery by sending her a very special get well card.
It had an interesting message.  It said, "Mom, I'm so
proud of you for fighting your cancer.  I want to
support you in your fight, so two bald heads are better
than one."  I'm sure your mom appreciated your
extraordinary show of support, Adele.

        Next up is Aubrey.  When she was 5 years
old, Aubrey had surgery and couldn't eat for two weeks
during her hospital stay, so her mom put out the call
to have people make Aubrey get well cards to keep her
busy, and guess what?  Hundreds poured in.  Now at

## Page 59

6 years old, Aubrey has decided to return the favor.
She's started her own organization called Jelly Fish
Wishes, named for the favorite card she received while
she was in the hospital.  Through jellyfishwishes.com,
you can nominate a child to receive get well wishes
just like Aubrey did, and she even hand delivers them
to kids in the hospital.  Keep up the great work,
Aubrey.

        Last, this just may be the biggest get
well card I have ever seen and it's all because of you.
I put out a call on Facebook and Twitter to hear your
get well wishes for a loved one, and guess what?  We're
gathering them all together to create the biggest get
well card in America.  Now, it's already gotten
preponderously big and I want to read some of these
here.  So here's one:  "To my friend Michelle, wishing
you a speedy recovery."  That's from Francine.  And
then above that we've got, "Get well and prayers for
Darlene fighting breast cancer," and that's from Susan.
I'll read one more.  How about this one over here?
We've got -- all right.  "Dear Molly, get well soon, my
sweet dog.  We love you, Donna."  Even the dog can be
part of this party.

        As you can see, the greetings didn't all
get on here because we got so many of them.  So we're

## Page 60

going to create a virtual greeting card on DrOz.com and
you can add your own on there if you desire or just
comment on the ones that have already been offered.

        I'll see you-all next time.

        (End of recording.)

Exhibit 4
015

Page 61

STATE OF CALIFORNIA      *
                         *
COUNTY OF RIVERSIDE      *

        I, Stephanie M. Koenigshofer, Certified
Shorthand Reporter in and for the State of California,
do hereby certify that the foregoing pages are a full,
true, correct and complete transcription, prepared to
the best of my hearing ability from a digital
recording.
        I further certify that I am neither counsel for
nor related to any party in this cause and am not
financially interested in its outcome.
            Given under my hand of office on this 24th day
of March, 2016.


            _Stephanie Reynolds_

            STEPHANIE REYNOLDS-KOENIGSHOFER, CSR 12565
            Firm No. 105
            JANIS ROGERS & ASSOCIATES
            1545 West Mockingbird Lane
            Suite 1032
            Dallas, Texas  75235
            (214) 631-2655

Exhibit 4
016

AUDIO TRANSCRIPTION                    10/23/2012

[1]

## A

**abdomen** 35:16
**ability** 42:19 61:8
**able** 4:22 53:21
**absolutely** 26:8 27:11 28:5 30:19
  32:2 34:7 50:23
**absorb** 8:20
**absorbed** 17:1 25:3
**absorbs** 29:11
**achieved** 35:24
**acid** 22:24 23:3
**acids** 22:5
**acquired** 45:11
**action** 7:20
**actual** 9:18
**add** 21:1 46:17 47:1 54:3 55:13
  60:2
**Adele** 58:12,14,20
**ads** 18:19
**advantage** 16:16 23:4 31:4
**afford** 13:16
**affordable** 27:17,21 52:15
**African** 2:21
**age** 13:17
**ago** 22:1
**ahead** 8:3,24 24:17 39:15 40:24
  43:12 52:23 54:3 55:13 56:9
**ahold** 7:22
**aid** 5:13
**airs** 18:18
**all-beef** 47:15
**allows** 8:21 18:4 41:13
**almond** 55:6
**alongside** 52:17
**amazing** 25:18
**America** 59:14
**amount** 53:16
**ancient** 22:3
**Angela** 13:2 47:24 48:1,2,4,9,13,15
  48:20,24 49:3,10,15,20,23,25
  50:4,7,13,16,19,23 51:2,6,11,14
  51:17,20 52:3,6,10,18,24 53:2,4,6
  53:9,13,18,23 54:1,5,10,13,18,20
  54:23 55:2,4,7,11,14,17,20 56:4,7
  56:11,15,18,21 57:2,5
**animation** 28:25
**Announcer** 2:2,6,10,15,18 12:22
  13:1,4,7,10,15 20:18,22 21:1,5,8
  25:16,20,23 26:1 36:16,23 37:2,6
  57:13,18,20,24 58:5
**answer** 18:20
**antioxidant** 39:7
**antioxidants** 42:20 47:2 54:16
**anymore** 11:2 14:9
**anytime** 6:13
**anyway** 5:15 54:25

## B

**apart** 34:4
**apparent** 33:8,8
**appetite** 2:9 6:8 7:5 10:13,23 15:6
  15:8 22:22
**appetites** 22:2,10
**Applause** 12:20 14:7 26:4 34:22
  36:14 37:8 58:7
**apple** 55:3
**appreciated** 58:19
**appropriately** 29:4
**area** 28:23 29:14,15 30:6 31:20
  32:20 33:13 35:20
**areas** 26:20 29:4
**argued** 43:21
**artificial** 18:13
**Asia** 3:9
**asked** 40:10
**asking** 2:25 53:11,19 56:1
**asleep** 23:18
**ASSOCIATES** 61:21
**Aubrey** 58:21,22,24 59:1,6,8
**audience** 7:2 12:14 18:21 21:4,13
  21:20 57:19,23 58:3,4
**AUDIO** 1:18
**available** 52:14
**average** 5:18,20 33:21

## B

**baby** 48:10 57:4
**back** 11:4 13:23 27:23 30:22 35:23
  48:21 57:1
**baked** 52:16
**bald** 58:18
**banana** 55:1
**basically** 16:3
**bean** 51:24 52:8
**before-and-after** 35:12
**began** 12:25 14:1,17
**beginning** 2:1 9:12
**begins** 29:7
**behalf** 1:4
**believe** 25:20
**belly** 6:11 21:5 22:6,11 26:7,11
  30:5 34:6 35:17 36:23 37:17,19
  38:1,13,17,23 43:4
**belly-blasting** 51:25
**beneath** 29:5,6
**benefits** 11:12
**best** 31:3 39:5 58:10 61:8
**better** 6:7 10:3 15:14 17:1 32:15
  46:1,3 50:24 55:1 58:18
**big** 5:21 7:16 8:13 11:6 15:11 28:13
  44:1 55:15 59:15
**bigger** 19:15 40:15,16
**biggest** 13:20 51:23 59:9,13
**bind** 17:23

**binders** 18:13
**bit** 4:13 5:14,17 8:1 14:10 28:24
  30:18 31:6,7 37:14 45:11,18
  46:22 48:7 53:11 54:22
**bite** 51:4
**bites** 22:6
**bits** 29:10
**bitter** 45:13
**blast** 2:12
**block** 6:8 7:17
**blocks** 8:18
**blood** 19:25 20:5
**bloodstream** 10:21
**body** 3:23,23 4:9 7:8 8:2 9:13 14:24
  15:4,17 27:12 28:15 29:17 30:13
  32:10 34:2 36:24 37:15 42:3 45:8
  55:24
**body's** 41:17
**body-contouring** 26:24
**BODYBUILDING** 1:8
**boosters** 13:17
**boosts** 54:24
**bothers** 30:5
**bottle** 16:16
**bra** 35:23
**brain** 10:22,22,24 22:9
**brand-new** 3:3
**brands** 6:20 18:8
**bread** 8:2 52:1
**break** 13:22 21:10 24:23 26:3 37:7
  47:12 58:6
**breakfast** 49:8 50:6,11,15
**breakthrough** 3:10 4:1
**breast** 19:10 58:13 59:19
**brings** 28:22
**build** 3:17 10:7,7
**built** 9:21
**bulging** 26:11
**bun** 47:16 51:25 52:1,1,2
**bunch** 39:5
**burger** 51:24
**burn** 2:25 7:10 22:6,11 39:14 57:16
**burners** 13:17
**burning** 3:24
**burns** 9:19
**bust** 2:3 4:8 27:10 36:11 37:13 38:7
  38:17,22 47:10,19
**buster** 2:23 3:4,22 4:5 7:4,13 12:19
  12:22 13:24 20:15 21:23 25:17
  26:18
**busters** 2:7 22:21
**busting** 32:16 36:17
**busy** 58:25
**butt** 26:12
**buy** 13:4 16:11,12,14

**AUDIO TRANSCRIPTION**                    **10/23/2012**

[2]

---

**C**

**C** 1:10
**calcium** 17:2
**California** 1:2 4:10 61:1,5
**call** 58:23 59:11
**called** 3:7 6:10,14 22:23 26:17 39:7
  40:5 59:2
**calling** 21:23
**calories** 9:19 22:19 52:20 53:16
  55:23 57:17
**cambogia** 3:8,25 4:6,7,14 6:16 8:17
  9:17 10:18 13:24 14:2,16 16:12
  16:18,19
**cancer** 13:19 58:13,17 59:19
**candidate** 30:12 32:14
**cannulas** 27:13
**cap** 9:1
**capsule** 5:1
**carbohydrates** 7:25 8:4 55:25
**carbs** 8:4 15:10
**card** 58:12,15 59:3,10,14 60:1
**cards** 57:10 58:10,24
**care** 11:7 25:11
**carefully** 6:18 10:9
**caring** 10:3
**carries** 29:12
**Case** 1:7
**Cassandra** 36:20 37:13,17,22,25
  38:3,10,14,21,24 39:2,9,13,17,22
  39:25 40:3,6,9,14,17,20,23 41:1,5
  41:8,11,15,20,23 42:1,5,8,15,22
  42:24 43:2,5,9,13,17,19,25 44:3,6
  44:9,13,16,21,25 45:3,9,13,16,19
  45:22 46:1,4,7,10,18,20,24 47:3,5
  47:8
**cause** 61:11
**causing** 31:1
**caution** 19:21
**celebration** 52:5
**celery** 54:18,19
**cell** 9:3 40:25 41:13
**cells** 8:9,9,13,20,23 10:24 11:1,3
  29:5,7,7 39:11 40:11 41:3 42:10
  43:15
**CENTRAL** 1:2
**centuries** 22:1 37:9
**Certified** 61:4
**certify** 61:6,10
**change** 2:9 9:13 10:23 14:24 15:1
  29:8
**changed** 47:14
**changer** 26:22
**changes** 10:18,23 15:6 34:1
**changing** 10:11 27:10 36:12
**channel** 29:11
**cheat** 13:17

**Cheers** 13:9 21:3,4,19,20
**cheese** 47:16 49:24,25 50:10,23
**chemical** 39:10
**chemicals** 10:20
**Chen** 4:10,15,25 5:6,7,20 6:3 7:3,7
  7:11,15,17 8:5,19 9:9,15 10:4,9
  11:6,8,11,19 12:2,8 14:22 15:12
  15:16 16:15,17,21,25 17:7,13,19
  18:11
**child** 59:5
**chips** 23:23
**cholesterol** 11:16,20
**Christy** 23:5,7,8,12,15,18,21,23
  24:7,10,13,15,21,25 25:8
**chutney** 5:10
**cleanse** 13:15
**clear** 17:15
**clip** 3:6 4:3 12:21 13:21 20:19 21:9
  21:21 22:14 25:15 26:2,9 27:6
  36:15 57:12
**clothes** 15:3
**coat** 40:24
**coffee** 2:21 38:4
**cold** 54:25
**collected** 35:12
**combined** 26:19
**combines** 28:11
**come** 14:11 25:2 47:17
**comes** 5:5 14:25 17:11
**comfortable** 5:14,15 41:18
**coming** 20:14,18 25:12 26:1 27:15
  36:11 55:19 57:9 58:5
**comment** 60:3
**Commercial** 13:22 21:10 26:3 37:7
  47:12 58:6
**commitment** 37:5 49:13 56:9,23
**commonly** 21:25
**compact** 15:4
**compare** 34:16
**competition** 43:1
**complete** 61:7
**component** 31:23,23 32:23
**components** 17:24
**composition** 9:13 14:24
**compound** 4:22
**concentration** 39:6
**concerned** 45:2
**cones** 22:4
**confused** 18:20
**confusing** 50:17
**Congrats** 57:4
**Congratulations** 48:12
**conned** 6:20
**consumed** 23:2
**contain** 22:6
**content** 52:21

**contents** 21:16
**context** 43:11
**continue** 8:13
**continued** 14:19
**contouring** 27:12 28:15
**contours** 31:17
**contraindications** 19:17
**control** 22:22 24:4
**convert** 8:2,24 9:7
**converts** 8:18 9:6
**cooking** 5:10
**cool** 34:21 39:20
**correct** 61:7
**cortisol** 6:10
**counsel** 61:10
**COUNTY** 61:2
**couple** 14:20 18:24 19:9 38:4 41:3
  49:17 54:6
**course** 6:21 33:9
**COURT** 1:1
**cravings** 15:9,16,20 20:15,22 21:17
  22:22 23:11,13 24:5,12 45:24
  57:25
**crazy** 47:20
**create** 7:23 24:17 59:13 60:1
**created** 28:25
**creation** 7:21
**creative** 57:9 58:9
**credit** 28:25
**crunchy** 53:1
**CSR** 61:19
**culinary** 21:25
**culmination** 56:19
**cups** 42:18 44:15,18 54:7
**curb** 20:14,22 21:17 22:1,11,21
  57:25
**curbing** 22:9
**cure** 21:15
**current** 8:17
**customer** 36:4

---

**D**

**d/b/a** 1:11
**daily** 22:19
**dairy** 46:17
**Dallas** 61:22
**dark** 43:8
**Darlene** 59:19
**data** 39:20
**date** 3:10
**day** 9:20 17:17 20:24 22:20 24:3,4
  24:12 36:12 42:18 44:15,18
  50:12 51:8,24 61:13
**days** 2:11 14:19 36:25 47:11,22
  49:5,13 50:22 53:20 56:1,9,20,24
**days'** 49:6

Exhibit 4
018

**AUDIO TRANSCRIPTION**                    **10/23/2012**

[3]

**deal** 38:7 49:1
**dealing** 10:12
**Dear** 59:21
**decide** 30:3
**decided** 58:14 59:1
**decrease** 6:11 9:18 11:16 15:8,10
**Defendants** 1:14
**definitely** 38:4
**definition** 19:12 35:18
**delicate** 39:24
**delivers** 59:6
**demo** 28:18
**demonstration** 7:12
**deposits** 27:1
**desire** 20:25 22:20 33:22 52:25 60:2
**device** 26:24 31:8
**devices** 27:23,24,25
**diabetes** 19:22
**diabetic** 20:3
**diet** 3:13 4:21 5:22,25 22:12 38:16
**dieting** 3:2
**differ** 27:22
**difference** 15:11 44:2
**different** 6:24 28:2 31:17 38:17 43:3
**differently** 9:6 10:25
**difficult** 27:1
**digestion** 5:13 22:9
**digital** 61:8
**dinner** 49:9 53:11,15,22
**dinnertime** 25:9
**direction** 38:13
**disappear** 42:24
**discomfort** 31:1
**discovered** 21:18 58:13
**discovery** 4:12
**dishes** 21:25
**DISTRICT** 1:1,2
**diversifying** 25:6
**doctor** 20:4 58:8
**dog** 59:22,22
**doing** 8:22,23 27:18 30:1 40:13 48:2
**Donna** 59:22
**donut** 8:1
**dosage** 18:4
**dosages** 17:14
**dose** 44:17
**dose-dependent** 17:10
**downtime** 28:6
**Dr** 1:10,18 2:2,4,8,10,13,16,20 3:7 3:13,15,21,25 4:4,10,15,24,25 5:2 5:6,7,7,20 6:1,3,12 7:3,6,7,11,11 7:15,16,17 8:5,19 9:9,14,15,24 10:4,5,9 11:6,8,9,11,18,19,25

12:2,3,8,10,15,24 13:5,8,11,12,13
13:14,23 14:8,11,14,22 15:5,12
15:16,25 16:6,11,15,17,20,21,24
16:25 17:4,7,12,13,17,19 18:6,11
18:12 19:1,2,5,9,21,24 20:2,7,20
20:24 21:3,7,11,14,22 22:15
23:10,14,16,19,22,25 24:8,11,16
24:22 25:1,10,21 26:5,10,21,23
27:7,7,11,20 28:1,8,10,24 29:18
29:24,25 30:3,10,10,13,17,20,20
30:22,23 31:2,6,11,13,16,18,19
31:25 32:5,7,11,12,15,19 33:1,3,4
33:10,12,14,16,17,20,23 34:5,8
34:13,15,18,19,21,23 35:1,5,12
35:14,15,21,22 36:1,2,3,6,9,18,21
37:1,4,9,20,24 38:2,6,11,15,22,25
39:3,10,14,18,24 40:1,4,7,10,15
40:18,21,24 41:2,6,9,12,16,21,24
42:2,7,9,17,23,25 43:3,6,10,14,18
43:20 44:1,4,7,10,14,17,22 45:1,4
45:10,14,17,20,23 46:3,5,8,11,19
46:21,25 47:4,6,9,13 48:2,3,5,12
48:14,18,23,25 49:4,11,16,21,24
50:1,5,8,14,17,21,25 51:3,7,12,15
51:18,21 52:4,7,11,19,25 53:3,5,7
53:10,14,19,24 54:2,6,11,14,19
54:21,24 55:3,5,8,12,15,18,21
56:5,8,12,16,19,22 57:3,5,7,13,16
57:22 58:1,8
**drain** 26:19
**drainage** 28:12
**dramatic** 35:11
**dress** 3:18 10:1 13:2 14:21 36:19 43:23
**dressings** 25:7
**drink** 36:12 38:3 42:18,18 43:17,22 44:11,19
**drinker** 38:2
**drinking** 42:12
**drive** 11:1
**drizzle** 25:4
**drop** 2:11 36:19 43:23 47:10
**dropping** 12:16
**DrOz.com** 20:11 57:8 60:1
**dual-action** 7:4 26:17

---

**E**

**E** 47:14
**e-mailing** 2:24
**earlier** 5:3 34:9
**early** 9:10
**easier** 29:14
**easily** 5:1
**eat** 7:21 9:1 11:24 12:7 18:3 22:19
24:3 44:4 49:1,18 50:11,21 51:8
54:25 57:15 58:22

**eaten** 7:25
**eaters** 6:5
**eating** 10:13 15:18,23 44:8
**educate** 4:13 5:4 20:12
**effect** 15:13 17:10,11 18:1
**effective** 3:22 27:17
**Effectively** 8:20
**effects** 15:25 16:2
**efficacy** 17:25
**efficient** 55:22
**effort** 3:3
**EGCG** 39:7 40:21 41:13 42:20
**egg** 49:22 50:9
**eggs** 50:11
**Einsteinian** 51:18
**either** 6:20 32:9
**element** 28:3 33:6
**emotional** 6:5 10:13,25 15:23
**empties** 10:19
**empty** 17:20,21 18:1
**ended** 14:20
**endure** 26:13
**energy** 7:9 8:22,24 9:7 10:11,23
13:17 15:11
**energy's** 10:6
**ENTERTAINMENT** 1:10
**entire** 13:16
**environment** 11:3
**enzyme** 8:18
**enzymes** 7:24
**equals** 47:14,14,18 56:24,25
**especially** 12:7 38:13
**evaluate** 19:15
**evaluated** 19:14
**everybody** 2:22 18:7 20:12
**everyone's** 23:16
**exact** 49:7,8,9
**exactly** 3:20 6:22 7:22 13:6 18:8
28:9 39:19 50:2 55:9
**example** 5:19 15:13,22
**examples** 46:16
**exceptionally** 3:22
**excited** 6:13,15
**exciting** 3:10
**Exclusive** 13:13
**exercise** 3:13 4:21 5:22,25 7:10
22:12 37:23 56:3
**exercises** 30:14
**exercising** 3:1
**expect** 5:18
**expecting** 35:5
**expensive** 4:5,16,18
**explain** 6:24 28:8 29:1 30:24 58:1
**external** 28:19
**extra** 8:1,1 26:11
**extract** 4:6 10:17 13:25 16:12,19

---

Exhibit 4
019

**AUDIO TRANSCRIPTION**                          **10/23/2012**

[4]

23:2
extraordinary 58:20
extremely 11:12 17:20

---

**F**

fabulous 25:6
Facebook 59:11
fact 15:2 27:18 28:19 41:16 52:13
Fahima 25:19,25 29:19,23,24 30:1
    30:7,11,19 31:5,10 32:2 33:19,24
    34:7,9,20,24 35:4,19 36:5,7
fake 18:19
family 2:25
famous 47:13
far 48:18 51:16 53:8
fascinates 6:16
fast 57:17
fasted 48:16
faster 22:8
fastest 2:6,23 4:4 12:19 13:24
    20:20 21:19 22:15 25:13
fat 2:3,6,12,14,23,25 3:4,16,22,23
    3:24,24 4:4,9 6:8,11 7:4,8,13,18
    7:20,24 8:2,9,9,13,19,19,23 9:3,7
    9:18,20,22 10:7,12 11:1,2,2,3
    12:19,22 13:17,24 15:19 20:15,23
    21:5,17,23 22:6,11,13,21,24
    25:14,17 26:7,16,17,19,25 27:1
    27:10,17 28:20,22 29:5,6,7,10,11
    29:15 30:15 31:1 32:9,9,13,14,16
    32:20,22,25 33:7,18 34:2 35:23
    36:12,16,24 37:13 38:1,7,13,18
    38:23 39:11 40:11,25 41:3,13,21
    41:25 42:2,10 43:4,15,16,16 45:2
    45:8 46:12 47:10,19 50:9
fat-all-over 45:5
fat-busting 4:1 9:22 20:21 21:19
    22:16,17 25:13 26:6,15 47:23
    56:25
fatty 22:5
favor 59:1
favorite 59:3
feeding 19:10
feel 22:7 27:14 33:19 55:22
feeling 21:12
feels 25:16 27:3 28:2,4 32:3
fellowship 4:11
fiber 52:20 54:17
fight 58:18
fighting 58:17 59:19
figure 3:19
figuring 53:20
fill 8:8 22:18
fillers 18:10
financially 61:12
find 5:10 6:22 23:5 25:14 47:21

52:12
fine 32:21
finish 29:20
Firm 61:20
first 2:5 3:5 7:16 14:15 26:5 29:5
    31:12 38:19 41:3 46:13 51:9
    58:12
Fish 59:2
fistfuls 54:6
five 2:6 36:22 44:2 57:13
five-in-one 57:20
flavors 5:12
float 10:22
floor 54:12
flow 8:7
flows 8:7
focus 10:1,1 31:19
focusing 9:25
folks 7:20 9:25 12:3 17:6,18 42:11
    42:21
followed 28:21
food 10:19 16:12 17:23 18:5 20:21
    21:19 22:2,16 23:3 37:1 49:6,10
    49:12,18 52:12
foods 12:6 17:23
forefront 3:14
foregoing 61:6
forever 2:3
forget 46:17
form 51:25
formation 7:18
formula 2:10 37:2 47:10,18,18
    51:15
formulas 47:13
found 16:4
four 5:20 14:3 32:13 44:15
Francine 59:17
freezing 27:24
fresh 56:15,15,16
friend 23:24,25 59:16
fries 52:16
fruit 3:8 4:23 5:5,8,9,9
full 11:1 22:7 25:2 55:23 58:4 61:6
fuller 11:5
further 61:10

---

**G**

game 26:22
garcinia 3:7,17,21,25 4:5,7,13 6:15
    8:17 9:2,17 10:17 12:17 13:24
    14:2,16 16:11,18,19 20:8
gathering 59:13
GCE 16:19
general 1:5
getting 3:19 9:21
giant 21:23 22:17

Giese 2:13 26:21,23 27:7,11 28:1
    28:10 29:18 30:10,13,20,22 31:2
    31:6,13,19 32:7,12,19 33:3,10,14
    33:17,23 34:13,18 35:14,15,22
    36:2
Giese's 35:12
give 28:18 43:12 45:10 47:22,22
    50:25 52:23 54:25
Given 61:13
giving 49:6
glass 21:17 22:18
glide 31:16,20
glides 31:8
globe 57:14
glycogen 7:9 15:18
go 5:16 8:3,24 9:11 10:20 12:4 13:5
    15:3 16:13 18:8,19 20:5,11 24:17
    26:16 27:22 29:6 37:6 39:15
    40:24 41:18 43:11 52:22 54:3
    55:13 56:2,9 57:7
goal 48:19
God 34:20 35:4
goes 10:18 42:3
going 6:17,19,21 7:13 12:17 13:2
    14:21,24 15:2 16:4,10 17:14 18:7
    18:18 19:25 20:8,10 29:20 30:6
    30:20 31:7,15,24 32:5,8,24 33:18
    38:7,16 41:18 42:10 44:19 46:17
    47:11,24 49:1,4,7,8,9 50:1,2 51:3
    51:9 52:1,17 53:24 54:7,21 55:23
    55:24 56:2 60:1
good 4:9 11:20 13:14 14:5 18:25
    20:23 21:18 22:13 23:8,21,23
    25:14 30:1,12 35:9 37:13 47:19
    48:2 52:7 53:2,4,5 56:14,17,18
    57:18
goodness 34:17,19 35:21 42:15
gotten 59:14
Grail 2:9 12:1
great 6:3,5 7:4 14:22 15:13,22 25:8
    27:4 28:2 59:7
green 2:21 29:11 43:8 53:15 54:7
greeting 60:1
greetings 59:24
grind 24:14,19
growing 39:12 40:12,13 41:14
grows 3:8
guarantee 18:17
guaranteed 37:2
guess 58:25 59:12
guidelines 16:13
guys 12:12

---

**H**

half 32:13 34:11,13 55:1
hand 30:24 31:3 59:6 61:13

**AUDIO TRANSCRIPTION** 10/23/2012

[5]

**hands** 20:9 21:15
**happen** 3:18 8:15 10:15 41:3
**happens** 29:9 37:18 41:19
**happy** 34:24 35:4 36:3,5,7 37:16
**HARPO** 1:11
**Harry** 3:13,15
**harvested** 22:4
**HCA** 16:22
**HDL** 11:20
**heads** 58:18
**healing** 37:11
**health** 11:12,14 16:12
**healthy** 5:21 12:8 22:5
**hear** 6:17 38:8 59:11
**heard** 5:3,8 7:1
**hearing** 2:4 3:5 61:8
**heart** 22:5
**heat** 28:3 31:23 54:3
**heaven** 31:10
**heavy** 53:22
**help** 4:20 7:13 11:23 22:21,22
   24:11,24 29:1 37:12,21 38:12
   46:2 47:23
**helpful** 20:7 29:1
**helps** 6:7,8,9 7:7,17 39:14 43:14
   45:17,24
**herbal** 19:11
**herbs** 52:22
**Hi** 29:24
**high** 22:21 39:6 52:20 54:16
**high-quality** 22:7
**high-tech** 26:18
**higher** 17:14
**highest** 18:1,4
**hits** 29:7
**hold** 8:16 30:24
**holder** 31:3
**holes** 29:9
**holistic** 13:18
**Holy** 2:9 12:1
**home** 12:5 47:7
**homework** 28:25
**hope** 20:7
**hormone** 6:9
**hormones** 11:23 22:6 23:1
**hospital** 58:23 59:4,7
**hot** 27:3 28:4 31:14 32:3,4 42:19,23
**hour** 25:24 34:12,13
**hours** 18:2 58:4
**hump** 56:13
**Hundreds** 58:25
**hunger** 22:5,11 23:11,12
**hunger-suppressing** 22:8 23:1
**hungry** 21:12,12 24:20
**hurt** 30:25 31:25

**I**

**ice** 54:22
**ideal** 3:15 32:14
**ideas** 58:10
**immediate** 28:5 32:23
**immediately** 27:14
**important** 6:4 9:10,12,19 11:13
   12:11 15:21 16:18 17:20 33:5
**improve** 15:24
**improvement** 11:14,19,22
**inch** 32:13 36:18 43:23
**inches** 32:14
**incision** 26:25
**included** 17:3
**increase** 4:20 6:6 9:17 15:11
**increases** 43:16
**incredible** 36:16
**incredulous** 30:25
**India** 3:9
**inflamed** 11:3
**information** 13:18
**ingredient** 3:12 16:22 22:23 55:10
**ingredients** 17:24 18:10,13
**inhibits** 3:22
**initially** 14:23
**inside** 41:25 55:5
**instantly** 2:12 15:7 57:21
**insulin** 11:22
**intact** 51:16
**intake** 23:3
**integrative** 4:11
**interested** 12:12 61:12
**interesting** 9:5 58:16
**INTERHEALTH** 1:13
**internal** 28:14
**internist** 4:10 11:7
**intestines** 10:20
**intrigued** 6:23
**invasive** 26:14
**irritate** 29:13
**isolate** 4:22
**issue** 19:16 45:6
**issues** 49:17

**J**

**JANIS** 61:21
**jaws** 12:16
**jeans** 48:22,23 57:1
**Jelly** 59:2
**jellyfishwishes.com** 59:4
**Joan** 58:13
**join** 29:22 47:24
**joining** 37:13
**Julie** 4:10,15,25 5:6,20 6:3 7:3,7,15
   9:9,15 10:4 11:8,11,19 12:2,8
   14:22 15:12,16 16:17,21,25 17:7

17:13,19 18:11
**jumpstart** 16:4

**K**

**K** 17:5
**keep** 13:8 35:9 58:24 59:7
**key** 49:16
**kids** 28:7 59:7
**kill** 45:24
**kind** 6:9 15:22 16:5 34:6 53:21
   55:8
**kinds** 31:17
**knew** 19:11
**knife** 26:17
**know** 2:22 4:6,15 5:4,10,21 12:4,18
   13:20,25 18:14 19:19 22:18 25:5
   28:16 32:17 37:11 38:11 39:4
   40:7 42:10 43:1,7,15,22 44:8
   46:21 47:16 48:10,11,20 49:17,21
   52:4,5,20 55:21
**known** 37:10
**knows** 7:2,22
**Koenigshofer** 61:4

**L**

**LABRADA** 1:8,8,9
**Lane** 61:21
**larger** 8:10,10 40:16
**Lay** 30:22
**layer** 2:13 28:20 30:15 32:21,22
**LDL** 11:16
**lean** 9:18,21 14:25 53:15
**leaner** 15:2
**learn** 48:7
**learning** 12:12
**LEE** 1:8
**left** 56:5
**lemon** 46:21
**leptin** 11:22
**let's** 7:14 31:11,12 34:16 38:19
   40:4,18 44:22 45:17
**letting** 41:18 43:15
**lettuce** 47:15 52:2
**life-saving** 13:18
**lifestyle** 5:22 12:8
**light** 39:23,23
**lighter** 56:25
**liposuction** 26:13 27:2
**liquefied** 28:22 32:25
**list** 18:9
**listen** 6:12,18
**listening** 10:9
**literally** 26:15 33:12 42:10
**little** 5:14,16 7:12 8:1 14:10 15:14
   21:22 22:16 25:4 27:18 28:24
   29:9,10 30:15,18 31:6,7,20 32:9

Exhibit 4
021

**AUDIO TRANSCRIPTION**                              **10/23/2012**

[6]

32:21 37:14 45:15,18,21 46:22
  48:7 53:1,11 54:22
**live** 29:20
**liver** 7:19,22,24 8:6,7,8,12,12 9:6
  10:12
**LLC** 1:11
**long** 5:13 12:24 14:16 24:3,12
  28:15 58:9
**longer** 11:5
**look** 3:18 10:3 13:6 14:5,14 15:2
  16:15,18 18:9,9 34:5 35:9 51:24
  57:21
**looked** 6:14 14:1 42:11
**looking** 4:8 11:13 16:21
**looks** 9:16 14:4 25:16 29:16
**looser** 25:25 36:8
**lose** 3:12,16 4:21 5:18,24,25 26:11
  36:11,18,21 37:4,12 43:23 44:2
  47:23 48:8 49:12 50:12
**losing** 16:7
**loss** 3:10,15 4:17,20 6:4,25 11:14
  12:25 14:17 17:11 37:3,22 48:19
**lost** 14:3 42:13
**lot** 4:16 5:11 6:10 8:17 9:10 17:22
  19:19 37:1 40:8 41:6 44:8 49:10
  49:12 54:2 55:17,23 58:9
**lots** 52:20 54:16
**Lourdes** 18:25 19:4,4,5,6,7,20,23
  20:1,6
**love** 4:17 24:6,8 25:11 35:23 36:10
  39:5 42:5 51:7 57:23 59:22
**loved** 59:12
**lover** 46:6,7
**low** 20:5 22:2 50:9 52:20
**lower** 17:25 19:25
**lunch** 25:23 49:8 51:22 53:21
**lunchtime** 28:6
**lymphatic** 26:19 28:12,21 29:10
  32:23 33:1
**lymphatics** 29:15

---

**M**

**M** 61:4
**M.D** 1:10
**machine** 9:22
**magic** 3:12 33:9
**maintaining** 16:8
**making** 3:24 6:19 15:18 29:14,16
  55:22
**man** 49:3
**manage** 6:9
**mango** 2:21
**March** 61:14
**mass** 9:18,21 10:6 14:25
**massage** 25:17 26:19 27:3 28:4,22
  31:14 32:4,4,23 33:1

**massager** 29:13
**mate** 45:6,21
**material** 8:24 29:11,14
**materials** 8:11
**math** 47:20
**matter** 29:17
**mc** 47:14
**meal** 51:22,23
**meals** 17:22 21:2 47:23 53:17
  56:25
**mean** 47:21 48:16
**means** 18:16 27:12
**measure** 27:14
**mechanism** 10:10
**MEDIA** 1:10,11
**medication** 19:15 20:3
**medicinal** 5:12
**medicine** 4:11
**medicines** 27:13
**meet** 13:25 23:9 30:1,4 48:4
**MEHMET** 1:10 2:4,8,16,20 3:7,25
  4:4,24 5:2,7 6:1,12 7:6,11,16
  9:14,24 10:5 11:9,18,25 12:3,10
  12:15,24 13:5,8,14,23 14:8,11,14
  15:5,25 16:6,11,20,24 17:4,12,17
  18:6,12 19:2,5,9,21,24 20:2,7,20
  20:24 21:3,7,11,14,22 22:15
  23:10,14,16,19,22,25 24:8,11,16
  24:22 25:1,10,21 26:5,10 27:7,20
  28:8,24 29:25 30:3,10,17,20,23
  31:11,18,25 32:5,11,15 33:1,4,12
  33:16,20 34:5,8,15,19,21,23 35:1
  35:5,21 36:1,3,6,9,18,21 37:1,4,9
  37:20,24 38:2,6,11,15,22,25 39:3
  39:10,14,18,24 40:1,4,7,10,15,18
  40:21,24 41:2,6,9,12,16,21,24
  42:2,7,9,17,23,25 43:3,6,10,14,18
  43:20 44:1,4,7,10,14,17,22 45:1,4
  45:10,14,17,20,23 46:3,5,8,11,19
  46:21,25 47:4,6,9,13 48:3,5,12,14
  48:18,23,25 49:4,11,16,21,24
  50:1,5,8,14,17,21,25 51:3,7,12,15
  51:18,21 52:4,7,11,19,25 53:3,5,7
  53:10,14,19,24 54:2,6,11,14,19
  54:21,24 55:3,5,8,12,15,18,21
  56:5,8,12,16,19,22 57:3,7,16,22
  58:1,8
**melt** 26:19 30:15 31:1 34:2
**melts** 2:13 25:13 26:16 28:20
**MEMBER** 57:19,23 58:3,4
**mention** 6:19 18:7
**mentioned** 5:7 7:17 33:20
**merit** 22:3
**message** 58:16
**metabolism** 43:16 45:7 54:25
**metabolism-boosting** 52:21

**Michelle** 59:16
**microwave** 50:10
**middle** 31:20
**milk** 29:14 46:19 47:1 55:6
**milligrams** 17:8
**mind** 24:24 29:22 54:14
**mineral** 17:1
**minutes** 17:21,22 18:3 21:6 34:14
  46:14
**miracle** 57:14,20,24
**missing** 55:10
**Missy** 14:1,6,10,13,18 15:7,15 16:2
  16:7
**mix** 45:21 50:10
**Mmm** 24:25 52:18
**Mockingbird** 61:21
**modern** 22:2
**Molly** 59:21
**mom** 58:13,16,19,23
**mom's** 58:14
**moment** 3:1
**money** 6:19
**month** 5:19 13:16 44:11
**months** 14:3,20
**mood** 6:7 15:14
**morning** 24:9 46:13,14 49:21 51:9
**mottled** 29:16
**mouth** 51:5
**mouth's** 25:2
**mouthful** 4:6
**move** 31:15
**moves** 7:8
**muffin** 37:17 40:5 42:24 43:4 44:23
  49:24 51:4
**multiple** 35:6,10
**muscle** 3:17 9:18,19,21 10:6,7
  14:25 35:18
**muscles** 7:10
**Music** 2:19 20:17 57:11

**N**

**name** 19:3 48:17
**named** 59:3
**natural** 3:10 12:6
**naturally** 4:21 11:4 22:24
**NATUREX** 1:12
**necessarily** 9:12
**need** 12:18 13:19 22:18,18 26:13
  40:2 42:16 53:14 55:24
**needles** 26:8 27:13
**negative** 16:2
**neither** 61:10
**nerve** 10:24
**never** 2:16 18:15,15 19:11 25:22
  35:2 43:11
**new** 2:3 3:11 13:12 25:17 26:6

Exhibit 4
022

**AUDIO TRANSCRIPTION**                    10/23/2012

[7]

28:17 57:13,20
**newest** 2:6,23 4:4 12:19 13:24
  20:20 21:19 22:15 25:12
**news** 52:7
**nice** 30:1,4 33:25 48:4
**night** 23:13
**nighttime** 23:14
**nominate** 59:5
**noninvasive** 26:24 27:12,23 28:17
  28:21
**nonsurgical** 32:17
**normal** 11:24 12:6 30:13
**normally** 5:25 19:15 23:12
**notice** 6:11 15:5 55:18
**noticed** 14:19 15:7,10 55:6
**November** 13:12,20
**nudge** 38:12
**numbers** 9:11 47:21
**nut** 22:16 25:4
**NUTRACEUTICALS** 1:13
**NUTRITION** 1:9
**NUTRITIONAL** 1:9
**nuts** 21:24 22:1,4,7,12,16,20,25
  24:3,14,19

_____

**O**

**obese** 11:21
**occurring** 22:24
**OCTOBER** 1:19
**offered** 31:4 60:3
**office** 28:18 61:13
**oftentimes** 7:23
**oh** 31:10 33:16 34:16,19,20 35:4,21
  39:22 41:15,20,23 42:15,22 44:3
  46:1 47:3 48:20 49:3 51:6 56:14
  57:2
**oil** 24:19,20 25:4 31:7
**okay** 7:15 16:20 19:20,23 20:6 21:7
  24:10,13,15 32:11 33:10 34:5,15
  36:6 39:2,9,17 40:3,5,9,23 41:1,5
  41:8 42:5 43:2,5,5,9 44:3,13,16
  44:21 45:3,9,16,22 46:18,20,24
  47:3,4 49:15,20,23 50:4,13,16
  51:2,12,14,17,20 52:2,3,24 53:3
  53:13,18 54:1,5,10,13,14,20,23
  55:2,4,11 56:4,7,11
**old** 58:22 59:1
**once** 4:17 16:8 46:13 56:1
**ones** 7:1 32:8 39:15 60:3
**onions** 47:16
**online** 16:13
**Ooh** 52:10
**oolong** 43:6,7,22
**ooze** 29:10
**opinion** 28:19
**opportunity** 23:4

**oregano** 52:22
**organization** 59:2
**outcome** 61:12
**outside** 33:8
**overall** 11:14 36:24
**oxidized** 39:4
**Oz** 1:10,11,18 2:2,4,8,16,20 3:7,25
  4:4,24 5:2,7 6:1,12 7:6,11,16
  9:14,24 10:5 11:9,18,25 12:3,10
  12:15,24 13:5,8,11,12,14,23 14:8
  14:11,14 15:5,25 16:6,11,20,24
  17:4,12,17 18:6,12 19:1,2,5,9,21
  19:24 20:2,7,20,24 21:3,7,11,14
  21:22 22:15 23:10,14,16,19,22,25
  24:8,11,16,22 25:1,10,21 26:5,10
  27:7,20 28:8,24 29:24,25 30:3,10
  30:17,20,23 31:11,16,18,25 32:5
  32:11,15 33:1,4,12,16,20 34:5,8
  34:15,19,21,23 35:1,5,21 36:1,3,6
  36:9,18,21 37:1,4,9,20,24 38:2,6
  38:11,15,22,25 39:3,10,14,18,24
  40:1,4,7,10,15,18,21,24 41:2,6,9
  41:12,16,21,24 42:2,7,9,17,23,25
  43:3,6,10,14,18,20 44:1,4,7,10,14
  44:17,22 45:1,4,10,14,17,20,23
  46:3,5,8,11,19,21,25 47:4,6,9,13
  48:2,3,5,12,14,18,23,25 49:4,11
  49:16,21,24 50:1,5,8,14,17,21,25
  51:3,7,12,15,18,21 52:4,7,11,19
  52:25 53:3,5,7,10,14,19,24 54:2,6
  54:11,14,19,21,24 55:3,5,8,12,15
  55:18,21 56:5,8,12,16,19,22 57:3
  57:5,7,16,22 58:1,8
**Oz's** 2:10 13:13 57:13

_____

**P**

**packed** 22:4
**padding** 26:12
**page** 18:22
**pages** 61:6
**painful** 26:13
**painless** 2:15
**pants** 25:25 30:8 36:7
**part** 10:8 29:17 33:2,9 37:15,19
  56:13,13 59:23
**participants** 23:2
**particular** 29:4
**parts** 19:14
**party** 59:23 61:11
**pasta** 24:18
**pathway** 8:21
**patients** 6:6,10 9:10,16 11:7,10,15
  11:21 27:2 29:19 35:13,22
**patties** 47:15 52:9
**patty** 23:24
**pay** 27:16

**people** 2:23 4:19,21 5:1,23 16:16
  24:14 32:7 37:9 43:11 50:11
  58:24
**peppermint** 23:24
**percent** 11:17 16:23 23:3 42:13
**percentage** 16:22
**percolate** 10:21
**period** 42:12,13
**permanent** 2:15 34:1
**person** 24:1
**pesto-like** 24:17
**pharmaceuticals** 19:18
**phenomenal** 27:5 35:25
**photos** 35:12
**physician** 17:16
**physics** 51:19
**pi** 47:14
**pickles** 47:16
**picture** 18:15,16
**PICTURES** 1:12
**pill** 10:16 12:4,5 17:18
**pills** 48:16
**pine** 21:23 22:1,3,4,7,12,16,20,25
  24:2,14 25:4
**pinolenic** 22:23 23:2
**place** 42:3
**Plaintiff** 1:6
**plan** 48:6
**plastic** 26:7,21
**plateau** 16:5
**playing** 2:19 11:4 20:17 57:11
**please** 6:17 12:4 24:24 29:22
**pleased** 57:22
**pleasure** 23:9
**plus** 11:5 47:18 56:23,24 57:24
**point** 7:16 33:4
**poke** 29:8
**Popcorn** 23:23
**potassium** 17:1,2,5
**potato** 52:16
**potentially** 11:21
**pouch** 30:8
**pounds** 2:11 5:21 7:13 14:3 36:22
  37:5 44:2 47:10,23 48:15,21
  49:12 56:7,8,25
**pour** 8:3,5,25 41:4,5 55:9
**poured** 58:25
**pouring** 8:5,19
**powder** 55:13,16
**power** 26:18 36:17 47:1
**powerful** 22:8,25
**practice** 22:3 28:15
**prayers** 59:18
**pregnant** 19:10
**preparation** 5:11
**prepared** 7:12 24:18 61:7

_____

Exhibit 4
023

**AUDIO TRANSCRIPTION**         **10/23/2012**

[8]

**preponderously** 59:15
**prescribing** 55:10
**prescription** 19:18 44:18
**pretend** 40:4
**pretty** 34:21 44:1 50:19
**Preuss** 3:13,15
**prevent** 7:7
**price** 27:21
**primarily** 11:11
**prior** 27:15
**probably** 5:8 17:13
**problem** 26:20
**procedure** 25:13 26:6,15 30:11
**procedures** 26:14 32:17
**process** 28:11
**processing** 18:5
**product** 4:17 57:21
**production** 3:23
**PRODUCTIONS** 1:11,12
**products** 17:23 29:12
**program** 2:1 3:16
**programs** 37:23
**properties** 22:17 37:11
**proponent** 5:21 28:13
**protein** 22:21 54:8 55:13,16,19,19
   55:19,22
**proteins** 22:7
**proud** 58:17
**prove** 47:24
**public** 1:5
**pull** 33:6,18
**pulling** 33:15
**pumpkin-shaped** 3:8 5:9
**pushed** 8:11
**put** 3:2 20:8 28:17 31:7 35:8 41:4
   50:9,10 52:22 54:19 55:6,23
   58:23 59:11

**Q**

**question** 2:25 11:6 18:23 19:6
   40:11
**questions** 18:21
**quick** 39:16

**R**

**ramekin** 50:8
**raw** 24:6 51:25
**reach** 23:20 27:2
**read** 59:15,20
**readily** 25:3
**ready** 13:4 47:21
**real** 49:11
**really** 9:9 14:5 15:21 16:17 27:1
   28:1 31:14,22 33:25 39:6,20
   41:10 47:21 52:5 57:17,19
**reason** 19:24

**reasonable** 44:11 46:15 52:11
**reasons** 39:5 45:7
**receive** 59:5
**received** 59:3
**recipe** 13:13
**recipes** 57:8
**recognize** 33:5
**recommend** 5:22 11:9 34:3
**recording** 60:5 61:9
**recovery** 58:15 59:17
**reduce** 47:1
**reduced** 23:3
**regular** 43:8 52:1
**related** 61:11
**release** 11:2 24:19 41:21 43:15
**released** 10:20 24:20 42:3
**remember** 13:13 18:14 56:23
**removed** 27:17
**Reporter** 61:5
**representative** 31:22
**required** 26:8
**research** 3:3,11,14 5:16 6:14 9:4
**researchers** 21:23
**resistance** 11:22,23
**rest** 46:12
**restorative** 37:10
**result** 32:8 33:25 34:6 35:6,25
**results** 2:16 13:1 14:19 21:6 25:22
   25:23 27:5,14 28:5 32:6,23 33:22
   35:2,11 44:11
**retain** 3:18
**return** 12:19 59:1
**revealed** 13:16
**revealing** 26:6
**reveals** 22:3
**revolutionary** 2:12 3:4,11 26:15
**REYNOLDS-KOENIGSHOFER**
   61:19
**RICH** 3:21
**rid** 26:11,24 37:21 42:4 45:8 46:12
   48:11
**right** 2:20 6:12 7:19 8:5 9:24 10:4
   12:9,17,23 15:15 17:4 18:6,13,24
   20:1,9,13 21:11,18 24:2,24 25:12
   29:5,21 30:11,14,17 31:10 33:13
   35:3 36:9 38:6,10,13,21 39:13
   40:14,15 41:9,11,12,22 42:1,9
   43:1,13 44:5,6,6,14,22,25 45:14
   45:19,22 46:11 47:5,8,9,22 48:5
   48:25 49:2,6 50:7,9 51:15,21
   52:6 53:10,23 55:7,14,20 56:22
   57:7 59:21
**rind** 4:23 10:17 16:23
**RIVERSIDE** 61:2
**robust** 8:13
**ROGERS** 61:21

**roll** 35:23
**row** 49:5 50:22

**S**

**sacrifice** 53:12
**safety** 5:15
**salad** 25:7 55:6
**salads** 25:4
**salts** 17:1
**satisfy** 52:25
**sauce** 24:17 47:15
**sauces** 5:11
**saw** 9:17 11:15 15:11,20 18:2
**says** 3:11 26:22
**scale** 14:25
**scalpels** 26:8
**scenario** 9:4
**SCHECKENBACH** 3:21
**school** 28:7
**science** 21:18 22:3
**scientific** 3:3
**scientist** 6:13
**scientists** 6:15
**scoop** 55:15
**seat** 14:12
**sec** 8:22
**second** 8:16 24:13 27:23
**secondly** 29:13
**secret** 2:10 13:13 22:23 47:10
   55:10
**secrets** 13:18
**see** 2:16 6:13 9:11 18:10,15,16
   25:22 27:14 28:4 31:11,12,12,13
   31:16 32:6,8,22 33:11,14,17,24
   33:24,25 34:6 35:2,11,17,18
   39:18 43:12 45:10,17,24 47:11
   49:2 59:24 60:4
**seed** 21:22 47:16 57:25
**seeing** 8:15 12:25 14:17
**seen** 4:19 27:24 57:10 58:9,11
   59:10
**selectively** 8:8
**sell** 6:18 18:16
**sending** 58:15
**sense** 6:16 10:25
**serotonin** 6:6 10:24 15:13,23
**sesame** 47:16
**session** 27:19
**sessions** 34:3 35:24
**shake** 53:15,16
**shakes** 33:13
**Shape** 26:17,23 27:9,15 31:24
**Sharon** 2:13 26:21,23 27:7,11 28:1
   28:10 30:13,22 31:2,6,13,19 32:7
   32:12,19 33:3,10,14,17,23 34:13
   34:18 35:15,22 36:2

Exhibit 4
024

shed 7:13
shirt 35:8
shocked 34:24 58:3
Shorthand 61:5
shot 13:10 20:14 21:16 22:18 34:8
    34:16 43:12
show 1:18 2:2 6:22 7:12 18:18 26:6
    29:18,23 30:21 33:5 35:13 39:19
    48:3 50:2 53:24 58:14,20
shows 13:16 25:21 35:1
shrink 8:23 20:22 21:5,17 22:13
    41:17 42:10
shrinks 26:7
shrivel 41:17
Siberia 22:1
side 15:25 16:2 31:21,21
signals 22:9
signs 13:19
similar 31:14
similarly 1:4
simple 4:8 22:12 49:11
simply 16:8
single 26:25
sit 37:18
sits 30:8
situated 1:4
size 3:19 10:1,2 13:2 14:21 15:3
    36:19 42:14 43:24
skin 2:14 28:20 29:5,6 30:16 31:8
    31:15 32:21 33:6,6 57:21
skinny 13:10 20:14 21:16 48:23
    57:1
sleep 6:7 15:23 57:18
slowing 22:9
slowly 31:15
smaller 3:19 42:21
smell 53:5
smells 53:4
smooth 29:16
soak 8:12
sold 46:10
solution 4:8 46:15
solutions 38:12 57:14
son 23:18
SONY 1:12
soon 18:17 59:21
soothing 32:3
sort 23:16 24:17 43:7
sounds 47:20
soup 5:11
soups 25:5
sour 5:12
source 7:9
Southeast 3:9
soy 46:19
speak 25:1

speaking 40:8
special 4:14 9:8 47:15 51:22 58:15
specialized 7:24
specific 18:7 29:4
specifically 39:11
speedy 59:17
spending 3:1
spill 54:11
spread 20:12
squared 47:15
stand 19:3 30:9 37:18
stands 33:25
start 44:12
started 14:15 16:8,9 29:18 59:2
starts 29:13
state 8:17 61:1,5
STATES 1:1
stay 11:5 21:8 58:23
stealing 18:17
Stephanie 61:4,19
stevia 45:15 46:22
stimulate 39:11 42:19
stimulates 22:25 45:6
stimulating 22:8
stomach 10:18,19 17:20,21 18:1
stone 27:3 28:4 31:14 32:4
stop 39:12 41:13
stopping 2:24
stored 15:19
stores 16:12
story 10:8
straightforward 50:20
street 2:24
stress 6:9
stressful 11:3
struggling 26:10
stubborn 26:25
studies 4:19 6:6 11:15 15:21 17:7,9
    18:2 23:1
studio 29:20 54:15
study 9:15 42:11 43:21 44:12
stuff 6:18,23 20:11 39:20 40:22
    51:8 52:13
stunned 5:2
stunning 21:6
subdue 22:5
suction 33:19
sugar 7:25 8:3,4,18,22 9:1,6 15:8,9
    15:16,17,20 19:25 20:5 40:2
Suite 61:22
super 53:15
superb 9:4 52:19
supermarket 52:13
supermarkets 52:14
supplement 16:9 17:24 19:8,11,17
supplements 4:16 5:23 6:25 19:18

48:16
supply 22:2
support 58:14,18,20
suppress 6:7
suppressant 10:14
suppresses 7:5
sure 14:13 17:2,15 18:1,21 20:3
    58:19
surgeon 26:22
surgeons 26:7
surgery 58:22
surprising 13:1
surprisingly 8:7
Susan 59:19
swear 26:7
swears 13:11
sweep 32:24
sweet 52:16 59:22
sweeter 45:21
swell 8:10
SYSTEMS 1:9

_____

T

table 49:2,7
take 5:1,23 7:25 10:16 11:4 12:24
    14:16 16:3 17:6,10,18,19,21 19:7
    19:11 20:8,10 23:4 25:11 31:3
    33:21 35:6 39:16 42:4,19 47:6
    51:3
takeaways 13:19
taken 16:16 48:16
takes 11:7 34:11
talk 37:14
talked 2:22 10:10 40:22 52:13
talking 13:23 14:23 20:4
tamarind 5:8,9 10:17
Target 36:23
targets 29:4
taste 24:18 39:16,19 45:10,12 51:1
    52:23 56:9
tasted 43:11
tastes 55:1
tasty 51:11
taut 33:7
tea 36:17 37:11,11 38:2,3,4,15,17
    38:19,23,25 39:1,11 40:19 41:13
    42:5,12,23 43:6,7,7,8,8,22 44:9
    44:10,11,20 45:4,6 46:6,7,10
    47:6
teas 37:12 39:5 43:4
technology 28:12,17 32:16,20
TELEVISION 1:12
tell 3:4,18 12:6,18 20:11,15 25:6
    27:3 50:25
ten 14:19
test 39:8

AUDIO TRANSCRIPTION                    10/23/2012

[10]

Tex-Mex 49:22
Texas 61:22
Thank 2:20 14:6 35:8 47:8 48:4,13
    57:3,5,5
thanks 3:3
theme 55:19
therapy 29:3
thick 32:9
thicker 32:20,22
thighs 26:12
thing 20:10 24:2 41:19 46:13 49:5
    51:9
things 10:2,25 12:6 19:10 30:14
    41:3 42:20 44:8 47:2 49:19 54:25
think 7:3 9:5,24 14:8 15:12 24:14
    26:12 40:12 43:10 45:25 46:8,15
thinking 12:5 20:9
thought 11:20 12:15 45:14 51:23
thousands 18:18 19:13
three 2:11,11 4:20 5:24 9:20 21:1
    24:5 32:13 35:24 36:25 37:5
    46:16 47:10,11,13,18,18,18,22,23
    47:23 49:5,6,12,13 50:3,21 53:17
    53:20 54:6 56:1,7,8,13,20,23,24
    56:24,24,24,25
three-month 42:13
three-three-three 48:6
throw 54:8
tight 33:7
tightening 30:16
time 3:2 5:13 13:9 17:17 20:24
    22:20 24:3 25:22 26:5 32:18 35:2
    38:9 41:17 49:18 55:25 58:9 60:4
times 4:20 5:24 6:10 22:2 38:4,5
tiny 22:6
tips 13:18
tissue 29:16
toast 25:11
today 2:2 37:12 47:17
today's 6:21
told 30:24
tomorrow 58:5
ton 19:12
tool 12:11
top 26:21 33:7 37:17 40:5 42:24
    43:4 44:23 51:4 52:22
topic 2:22
total 11:16
totally 28:20
toxins 28:23
traditional 5:11 27:2
training 4:11
transcription 1:18 61:7
treat 27:1 32:20
treated 29:17
treatment 2:12 27:4,19 29:1,19

33:24 34:1,3,10,11 35:15
treatments 33:21 35:7,10,17
trees 22:4
tried 37:22 48:8,9,17
triglycerides 11:16
true 61:7
try 24:5
trying 48:11
tucks 26:13
tummy 26:13
turn 8:21
turned 39:3 56:2
turns 46:25
Twitter 59:11
two 4:20 5:24 10:10 18:2 35:16
    38:5 42:18 43:3 44:18 47:15 52:8
    52:9 53:7,7,9,9 58:18,22
two-part 28:11
types 38:17
typical 36:1,2

U

Uh-huh 4:24 7:6 11:18 16:6,24
    17:12 18:11 19:20 24:7,21 31:18
    38:14 39:25 40:20 43:19 53:2,4,6
    55:20 56:21
ultimate 13:10,15 20:15 21:15,16
ultimately 29:13
ultrasound 26:18 27:24 28:3,11,14
    28:19 29:7 31:8,23
um 14:19 15:9 16:3,4 17:22 19:4,7
    38:3
unable 9:2
unbelievable 34:25
uncorks 8:21
unison 12:14 21:13
UNITED 1:1
upwards 27:16
use 4:19 5:19 10:11 12:11 17:14
    24:16 25:5 43:4
uses 5:12 26:18
usually 15:24 23:19 45:20
utilized 15:19

V

v 1:7
vanilla 55:12
VASER 26:17,23 27:9,15 28:16
    31:24
VEDA 1:4
vegetables 54:7
VENTURES 1:10
video 3:6 4:3 12:21 13:21 20:19
    21:9,21 22:14 25:15 26:2,9 27:6
    36:15 57:12
viewer 33:8

virtual 60:1
volume 52:12

W

waist 10:2 14:9 36:19 42:14 43:23
waists 42:21
waiting 4:1 57:25
waking 3:1 46:14
walk 6:1,21 7:14 10:14 35:14 38:16
    38:19 49:19 50:1
want 3:20 4:6 6:20 7:21 9:10 13:5
    13:25 16:13 17:2,4,21,25 18:8,9
    18:20,20 20:3 24:4,23 34:2 35:9
    39:12 41:6,9 44:7 45:20 46:11
    47:11 54:12,22 55:25 58:17
    59:15
wanted 16:3
wants 2:22 7:23 30:15
warned 16:1 18:7
warning 13:19
wasn't 16:7
waste 29:12
watch 8:9
watching 38:8 58:14
water 52:21
way 10:19 15:17 19:15 22:12 24:13
    24:18 25:3,6 27:10,18 30:8 55:22
ways 2:8 10:10 11:25 21:1 24:5
we'll 31:11 33:24
we're 11:13 13:23 30:6 51:19 56:2
    59:12,25
we've 59:18,21
week 14:18 34:4 38:4,5
weeks 58:22
weight 3:10,12,15 4:16,20 5:17 6:4
    6:25 9:25 11:4,14,24 12:25 14:17
    16:9 17:11 30:14 36:11 37:3,12
    37:22 48:8,19 50:12
Welcome 29:23 48:3
went 17:9
West 61:21
Whew 49:3
whey 55:12
white 8:1 38:23,25 40:19 41:13
    42:5,12,23 44:19 46:5,7,10 47:6
whiz 54:21
whopping 23:4
wiggle 29:8
winner 46:9
wisely 16:14
wishes 59:3,5,12
wishing 59:16
woman 5:18
women 3:18 27:15 28:6 40:8
wonderful 14:14 24:1 57:8
WOODARD 1:4

Exhibit 4
026

**AUDIO TRANSCRIPTION**    **10/23/2012**

[11]

word 20:12
words 16:18
work 10:13 24:4 30:6,18 59:7
worked 57:19
working 37:25 51:19
works 6:2,23 10:10 13:25 28:9,10
    29:2 30:21 31:12 37:24 39:19,21
    45:5,7 49:1 58:2
world 19:14 37:10 47:14
worried 44:23
worst 23:11,12
worth 49:6
Wow 25:19 34:18 36:20 43:25
write 4:7
wrong 40:13

**X**

**Y**

yeah 5:2 9:14 12:2 23:15,22 27:20
    30:7 48:14 54:3,8
years 19:13 28:14 58:21 59:1
Yep 40:17
yerba 45:6,21
you-all 60:4
young 38:25
younger 57:21

**Z**

zero 18:10,12,13
ZOCO 1:11

**0**

**1**

1,500 17:8
10 11:17 13:2 14:3,21 42:13
1032 61:22
105 61:20
12-week 42:12
12565 61:19
15 28:14 34:14
1545 61:21

**2**

2:16-cv-00717 1:7
2012 1:19
2016 61:14
214 61:23
23 1:19
24th 61:13

**3**

3- 27:16
3,000 17:8,15
3.14 47:14

30 9:19 11:17 17:21 18:3 46:14
36 23:3

**4**

4- 27:16
45 34:14
450 27:19 33:20

**5**

5 58:21
5- 17:9
5,000 27:16
50 9:19 16:23

**6**

6 59:1
6,000 17:9
60 17:22 18:3 22:19
631-2655 61:23

**7**

75235 61:22

**8**

8 13:3 14:21

**9**

Exhibit 4
027