Matthew L. Marshall, Esq.  SBN: 168013
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone:(213) 891-9100
Facsimile: (213) 488-1178
mmarshall@mpplaw.com

Beth A. Goodman, Esq. SBN: 299155
**MORRIS POLICH & PURDY LLP**
600 West Broadway, Suite 500
San Diego, California 92101-3554
Telephone:(213) 891-9100
Facsimile: (213) 488-1178
bgoodman@mpplaw.com

Attorneys for Defendant
INTERHEALTH NUTRACEUTICALS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| VEDA WOODARD on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>LEE LABRADA, LABRADA BODYBUILDING NUTRITION, INC.; LABRADA NUTRITIONAL SYSTEMS, INC.; DR. MEHMET C. OZ, M.D.; ENTERTAINMENT MEDIA VENTURES, INC., d/b/a OZ MEDIA; ZOCO PRODUCTIONS LLC; HARPO PRODUCTIONS, INC.; SONY PICTURES TELEVISION, INC.; NATUREX, INC.; and INTERHEALTH NUTRACEUTICALS, INC.,<br><br>Defendants. | Case No. 5:16-cv-00189-JGB (SPx)<br><br>**DEFENDANT INTERHEALTH NUTRACEUTICALS, INC.'S FRCP RULE 7.1 DISCLOSURE STATEMENT**<br><br>Judge:     Hon. Jesus G. Bernal<br>Complaint Filed: February 2, 2016 |

DEFENDANT INTERHEALTH NUTRACEUTICALS, INC.'S FRCP RULE 7.1
DISCLOSURE STATEMENT

1

2

3

4

5

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for InterHealth Nutraceuticals, Inc. states that InterHealth Nutraceuticals, Inc.'s parent corporation is Kainos Capital, LLC.  No publically-held corporation owns ten-percent (10%) or more of InterHealth Nutraceuticals, Inc.'s stock.

6

7  Dated:  April 18, 2016                    Respectfully submitted,

8                                            **MORRIS POLICH & PURDY LLP**

9

10                                           By:  /s/ Beth A. Goodman

11                                               Matthew L. Marshall
                                                 Beth A. Goodman

12                                               Attorneys for Defendant,
                                                 INTERHEALTH

13                                               NUTRACEUTICALS, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT INTERHEALTH NUTRACEUTICALS, INC.'S FRCP RULE 7.1
DISCLOSURE STATEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2016, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, and will be served electronically to designated CM/ECF participant counsel through the Court's electronic filing system.

**MORRIS POLICH & PURDY LLP**


/s/  Beth A. Goodman
      Attorneys for Defendant,
      INTERHEALTH NUTRACEUTICALS,
      INC.

DEFENDANT INTERHEALTH NUTRACEUTICALS, INC.'S FRCP RULE 7.1
DISCLOSURE STATEMENT