**LAW OFFICES OF**
**RONALD A. MARRON, APLC**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
SKYE RESENDES (SBN 278511)
*skye@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

VEDA WOODARD on behalf of
herself, all others similarly situated, and
the general public,

              Plaintiff,

              v.

LEE LABRADA; LABRADA
BODYBUILDING NUTRITION, INC.;
LABRADA NUTRITIONAL
SYSTEMS, INC.; DR. MEHMET C.
OZ, M.D.; ENTERTAINMENT
MEDIA VENTURES, INC. d/b/a OZ
MEDIA; ZOCO PRODUCTIONS,
LLC; HARPO PRODUCTIONS, INC;
SONY PICTURES TELEVISION, INC;
NATUREX, INC.; and INTERHEALTH
NUTRACEUTICALS, INC.,

              Defendants.

Case No.: 5:16-cv-00189-JGB-SP

**FGENCTCVKQP QH OKEJCGN V0**
**JQWEJKP KP UWRRQTV QH**
**RNCKPVKHHꞋU OQVKQP VQ**
**EQPFWEV FKUEQXGT[**

Judge:    Hon. Jesus G. Bernal
Date:     May 16, 2016
Time:     9:00 a.m.
Room:    1

*Woodard v. Labrada, et al.*, 5:16-cv-00189-JGB-SP
PLAINTIFF'S NTC. OF MTN. AND RULE 56(D) MOTION FOR A CONTINUANCE TO CONDUCT DISCOVERY

1.     I, Michael T. Houchin, am a member in good standing of the bar of this Court and I am a member in good standing of the State Bar of California. I, along with my colleagues at the Law Offices of Ronald A. Marron, represent Plaintiff Veda Woodard and the proposed classes in the above-captioned matter. I make this Declaration in Support of Plaintiff's Motion in support of Rule 56(d) Motion for a Continuance to Coduct Discovery. This Declaration is also made in Support of Plaintiff's Opposition to Defendants' Special Motion to Strike and in Support of Plaintiff's Notice of Lodgment and Request for Judicial Notice filed concurrently herewith.

2.     This declaration is based on my own personal knowledge, and if called to testify, I could and would do so competently on the matters stated herein.

## I.  Notice of Lodgment

3.     As an initial matter, this Court should be aware that Plaintiff's counsel has lodged an exhibit with the Clerk of the Court that is numbered as **Exhibit 1**. Exhibit 1 is a true and correct copy of a high-resolution video clip that Plaintiff's counsel obtained from the public service cable news channel, C-SPAN. Exhibit 1 is a full length broadcast of a June 14, 2015 hearing entitled *Protecting Consumers From False and Deceptive Advertising of Weight-Loss Products*,  Before the Subcommittee on Consumer Protection, Product Safety and Insurance of the United States Senate, 113th Cong. 2nd. Sess.

4.     **Exhibit 2** attached hereto is a true and correct copy of the transcript of the proceeding that Plaintiff's counsel downloaded from the United States Government Publishing Office's website in .pdf format, *available at* https://www.gpo.gov/fdsys/pkg/CHRG-113shrg92998/pdf/CHRG-113shrg92998.pdf

## II.  Compliance with Local Rule 7-3

5.     This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on Tuesday, April 5, 2016. I participated in a telephonic meet and confer conference with Mr. Charles Babcock.

DECLARATION OF MICHAEL T. HOUCHIN IN SUPPORT OF RULE 56(D) MOTION FOR A CONTINUANCE TO CONDUCT DISCOVERY

6.     Ms. Katherine Harwood, and Mr. William Haggerty, counsel for Defendants Sony Pictures Television, Inc. ("Sony"), Harpo Productions, Inc. ("Harpo"), Zoco Productions, Inc. ("Zoco"), and Dr. Mehmet C. Oz ("Dr. Oz") (collectively the "Media Defendants").

7.     Prior to the parties' meet and confer conference regarding Plaintiff's present 56(d) Motion for a Continuance. I also telephonically met and conferred with counsel for the Media Defendants regarding their clients' intent to file the  Special Motion to Strike Pursuant to California Code of Civil Procedure Section 425.16 ("anti-SLAPP" motion) and their clients' intent to also file a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

8.     Prior to the Parties' meet and confer conference regarding the present matter, I also sent a letter to counsel for the Media Defendants stating Plaintiff's position regarding their Special Motion to Strike and the Rule 12(b)(6) motion. I also notified Defendants that Plaintiff believes Rule 11(b) applies to their clients' requests for sanctions in conjunction with their anti-SLAPP motion. I requested that Defendants serve their motion before filing it with the Court so that Plaintiff could be afforded an opportunity to review the motion and withdraw any "offending papers" as is required under Rule 11's Safe Harbor provision

9.     Attached hereto as **<u>Exhibit 3</u>** is a true and correct copy of my letter dated March 31, 2016 that was sent to counsel for the Media Defendants showing that the parties thoroughly discussed the issues raised by Plaintiff's present application and that Plaintiff specifically requested for the Defendants to "serve" their anti-SLAPP motion before filing it with the Court.

10.     During the parties April 5, 2016 meet and confer conference, I asked counsel for Defendants if they intend to move forward with their requests for sanctions. Counsel for Defendants informed me that they still intended to move forward with the motion.

DECLARATION OF MICHAEL T. HOUCHIN IN SUPPORT OF RULE 56(D) MOTION FOR A
CONTINUANCE TO CONDUCT DISCOVERY

11.     Plaintiff was not served with Defendants' anti-SLAPP motion and request for sanctions within 21 days before the papers were filed with this Court.

12.     After reviewing Defendants' anti-SLAPP motion, Plaintiff's counsel now believes that it was brought for no other reason but to delay the proceedings.

## Rule 56(d) Requires a Non-Moving Party to State Specified Reasons as to Why It Cannot Present Facts Essential to Justify its Opposition

13.     I make this Declaration pursuant to Federal Rule of Civil Procedure 56(d). It is my understanding that Rule 56(d) provides that "if a nonmovant shows by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition, the court may: (1) defer considering the motion or deny it; (2) allow time to obtain affidavits or declarations or to take discovery; or (3) issue any other appropriate order."

14.     As counsel of record for Plaintiff Woodard and the proposed class, I declare that Plaintiff and the proposed class members cannot present facts essential to justify their opposition to Defendants' "Special Motion to Strike" at the present time, but Plaintiff will likely have facts to justify her opposition to Defendants' Special Motion to Strike after an opportunity to conduct discovery is afforded.

15.     As the attorneys who presented Plaintiff's complaint to the Court, my colleagues and I certified that to the best of our knowledge, information, and belief, formed after an inquiry reasonable under the circumstances that the complaint was not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; that (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; and that (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery.

16. In submitting this declaration, I continue to certify that the above is true and accurate.

17. It is my understanding that California's anti-SLAPP law was designed to combat frivolous lawsuits designed to "chill" free speech.

18. Plaintiff Woodard is not bringing this lawsuit to suppress the free speech rights of Defendants. Instead, Plaintiff filed this lawsuit to help prevent other consumers from spending money on products that allegedly not work as advertised and that provide a "sense of false hope" to consumers.

19. This lawsuit is not about just about Plaintiff Woodard— it is about all consumers who have been mislead by certain marketing practices that have become commonplace in the media.

20. Indeed, the first specific reason justifying an opportunity for discovery is because Plaintiff has not even had an opportunity yet to try and prove her claims through the discovery process.. This case was only filed less than three months ago on February 2, 2016.

21. The next specific reason justifying an opportunity for discovery is that Plaintiff has not had a fair opportunity to show that that this action can be certified on behalf of a class of consumers. It is my understanding that the Supreme Court requires a "rigorous analysis" on class certification issues. That type of analysis simply cannot be performed here especially when most of the evidence is in the possession of the Defendants or their third party agents.

## EVIDENCE SHOWING THAT DISCOVERY IS WARRANTED

22. This Section of my declaration demonstrates some of the evidence that Plaintiff may rely on in support of her claims and it also shows a legitamine need for an opportunity for discovery. Plaintiff's investigation into this matter is ongoing and Plaintiff reserves her right to rely on and present additional evidence as this case proceeds.

23.     Plaintiff's counsel has added yellow highlighting to some of the pdfs below to promote emphasis and readability. Unless otherwise indicated, each .pdf file was printed with "headers" showing the time and date that the online materials were printed to .pdf and the URL address where the materials originated from. I certify that each .pdf "header" provides true and accurate information about the date, time, and web address these exhibits originated from.

24.     Attached hereto as **Exhibit 4** is a true and accurate printout of an online article titled *Dr. Oz's Miraculous Medical Advice Pay no attention to that man behind the curtain* that is authored by Julia Belluz and Steven J. Hoffman and published by *Slate* magazine, available at

http://www.slate.com/articles/health_and_science/medical_examiner/2013/01/can_you_t rust_dr_oz_his_medical_advice_often_conflicts_with_the_best_science.html.

25.     Attached hereto as **Exhibit 5** is a true and accurate printout of an online article titled "*John Oliver Hilariously Shows Why Dr. Oz Is A Symptom Of A Much Larger Problem*," that was authored by Katie Jennings and published by *Business Insider* on June 23, 2014, available at http://www.businessinsider.com/john-oliver-take-down-dr-oz-last-week-tonight-2014-6. The Last Week Tonight Video is also available at https://youtu.be/WA0wKeokWUU.

26.     Attached hereto as **Exhibit 6** is a true and accurate printout of an online Press Release titled *WikiLeaks publishes an analysis and search system for The Sony Archives: 30,287 documents from Sony Pictures Entertainment (SPE)*, that was published by WikiLeaks.org from the following web address:

https://wikileaks.org/sony/press/

27.     Attached hereto as **Exhibit 7** is a a true and accurate printout of an online article titled *New WikiLeaks documents reveal the inner workings of the Dr. Oz Show* that was published by  the website Vox on April 20, 2015,

http://www.vox.com/2015/4/20/8455401/sony-wikileaks-dr-oz.

6

DECLARATION OF MICHAEL T. HOUCHIN IN SUPPORT OF RULE 56(D) MOTION FOR A CONTINUANCE TO CONDUCT DISCOVERY

28.     Attached hereto as **Exhibit 8** is a true and correct copy of *Physicians want Dr. Oz gone from Columbia medical faculty* that was published by the Chicago Tribune, available at http://www.chicagotribune.com/entertainment/chi-doctors-demand-dr-oz-removal-columbia-20150416-story.html

29.     Attached hereto as **Exhibit 9** is a true and correct cop of  *It's Time for Dr. Oz to Hit the Yellow Brick Road,* available at http://www.alternet.org/drugs/time-doctor-oz-hit-yellow-brick-road.

30.      Attached hereto as **Exhibit 10** is a true and accurate copy of screenshots of a document titled "Partnership Proposal" dated April 29, 2008, *available at* https://wikileaks.org/sony/docs/07/junderwood/1 Biz Dev/Harpo/Overview_v18.ppt.

31.     Attached hereto as **Exhibit 11** is a  is a true and accurate printout of an online presentation titled "Dr. Oz: Partnership Proposal April 29, 2008" that purports to be authored by Defendant Sony Pictures Television. Exhibit 12 was printed as a .pdf document on April 13, 2016 from its native electronic format at the following web address:

32.     Attached hereto as **Exhibit 12**  is a true and accurate copy of an article titled *Web Site to Offer Health Advice, Some of it from marketers*, available at It From Marketers, http://www.nytimes.com/2010/10/07/business/media/07adco.html?_r=0.

33.     Attached hereto as **Exhibit 13** is a true and correct copy of a presentation titled "Sony Marketing Capabilities" that was published by Wikileaks in the Sony Archives and printed showing that "celebrities supported Sony branded tie-ins" and that Sony intended to bring all of its "resources to Dr. Oz."

34.     Attached hereto as **Exhibit 14** is a true and correct copy of a press release titled Harpo Studios Announces the Formation of Harpo Creative Works that was published on Oprah.com on June 22, 2010 and that was printed to a .pdf file from the following web address: http://www.oprah.com/pressroom/Harpo-Studios-Announces-the-

7

Formation-of-Harpo-Creative-Works. Exhibit 14 describes the relationship between Sony, Harpo, Zoco, and Dr. Oz.: "ZoCo Productions, LLC, an affiliate of Harpo Productions, Inc., and Sony Pictures Television co- produce The Dr. Oz Show. Harpo Print, LLC and Hearst Magazines publish the monthly O, The Oprah Magazine publication. Harpo Films produces feature films and, through an exclusive deal with HBO, scripted television programming."

35.     Attached hereto as **Exhibit 15** is a collection of true and correct copies of screenshots from the websites of Defendant Entertainment Media Ventures showing that it appears to do business as "Oz Media" and is plausibly an entity that brokers partnership and promotional deals between Dr. Oz and certain supplement companies as alleged in Plaintiff's complaint. These screenshots were captured from the websites http://emventures.com/ and  http://www.media.doctoroz.com/.

36.     Attached hereto as **Exhibit 16** is a true and accurate .pdf printout of a partnership agreement between Sony and Harpo that was printed from the Wikileaks Sony Archives at the following web address: https://wikileaks.org/sony/docs/07/junderwood/1 Biz Dev/Harpo/Deal Memo/Dr Oz_Internal Summary Memo JMU.doc. Exhibit 16 shows the details of the venture between Sony and Harpo and demonstrates that the two companies share profits and management and control rights over the venture.

37.     Attached hereto as **Exhibit 17** is a true and accurate .pdf printout of an article titled Harpo Productions and Sony Pictures Will Launch 'Dr. Oz', available at http://www.oprah.com/pressroom/Harpo-Productions-and-Sony-Pictures-Will-Launch-Dr-Oz/1?print=1.

38.     Attached hereto as **Exhibit 18** is a true and accurate .pdf printout of an article titled WebMd Founder and Dr. Oz Starting New Health site, available at http://www.mediapost.com/publications/article/116639/webmd-founder-and-dr-oz-starting-new-health-site.html Page

DECLARATION OF MICHAEL T. HOUCHIN IN SUPPORT OF RULE 56(D) MOTION FOR A CONTINUANCE TO CONDUCT DISCOVERY

39.   Attached hereto as **Exhibit 19** is a true and accurate .pdf  printout  of an article from an industry publication titled Nutraceutical world showing that Naturex was featured on the Dr. Oz show along with Green Coffee Bean.

40.   Attached hereto as **Exhibit 20** is a true and accurate .pdf printout of an article from the Washington Post titled *How a Fake Doctor Made Millions from the 'The Doctror Oz Effect'* and a bogus weight loss supplement, available at https://www.ftc.gov/news-events/press-releases/2014/09/green-coffee-bean-manufacturer-settles-ftc-charges-pushing-its.

41.   Attached hereto as **Exhibit 21** is a true and accurate .pdf printout of a press release from the Federal Trade Commission.  Green Coffee Bean Manufacturer Settles

42.   Attached hereto as **Exhibit 22** is a is a true and accurate .pdf printout of a webpage from The Doctor Oz Show website, doctoroz.com, that was printed from the Internet Archive's Way Back Machine and showing that it was captured by the Way Back Machine Web Crawler on September 13, 2012 showing that the Media Defendants, by way of  The Doctor Oz Show, did promote specific brands of green coffee bean extract, including Svetol brand Green Coffee Bean Extract.[1] This document was downloaded from the following web address on April 6, 2016 at 3:56 PM and saved as a .pdf file: https://web.archive.org/web/20120913041528/http://www.doctoroz.com/videos/green-coffee-bean-project.

43.   Attached hereto as **Exhibit 23** is a true and accurate .pdf printout  of a webpage showing the trademark registration for "SVETOL" that was downloaded as a .pdf file from the United States Patent and Trademark Office's Trademark Electronic Search System on April 13, 2016 showing that the registered owner of this trademark is "NATUREX Société Anonyme."

[1]

44.     Attached hereto as **Exhibit 24** is a true and accurate .pdf printout of an article from the Washington Post titled How 'The Dr. Oz Effect' Has Hooked American Consumers and a bogus weight loss supplement, available at http://www.nbcnews.com/health/health-news/how-dr-oz-effect-has-hooked-american-consumers-n1348011/

45.     Attached hereto as **Exhibit 25** is a true and accurate copy of a job posting form Sony's Website showing that it promoted an employee to the Advertiser Sales & Branded Integration For Sony Pictures Television http://www.sonypictures.com/corp/press_releases/2013/05_13/052013_dreyer.html

46.     Attached hereto as **Exhibit 26** is a true and accurate copy of an article titled FTC files suit against marketers of green coffee bean product , available at http://www.nutraingredients-usa.com/Regulation/FTC-files-suit-against-marketers-of-green-coffee-bean-product

47.     Attached hereto as **Exhibit 27**  is a true and accurate copy of Fact Sheet: Green Coffee Bean | The Dr. Oz Show, available at https://web.archive.org/web/20120913043020/http://www.doctoroz.com/videos/fact-sheet-green-coffee-bean?

48.     Attached hereto as **Exhibit 28** is a ture and accurate copy of a Study on coffee, Weight Loss from the San Diego Union Tribune, http://www.sandiegouniontribune.com/news/2014/oct/22/weight-loss-green-coffee-bean-retracted/all/?print

49.     Attached hereto as **Exhibit 29** is a true and correct copy of a purported Randomized, double-blind, placebo-controlled, linear dose, crossover study to evaluate the efficacy and safety of a green coffee bean extract

50.     Attached herto as **Exhibit 30** is a true and correct copy of an article titled *The Operator* http://www.newyorker.com/magazine/2013/02/04/the-operator

DECLARATION OF MICHAEL T. HOUCHIN IN SUPPORT OF RULE 56(D) MOTION FOR A CONTINUANCE TO CONDUCT DISCOVERY

51.     Attached hereto as **Exhibit 31** is an article titled Dr. Oz Tries To Do Science: The Green Coffee BeanExperiment – Forbes *http://www.forbes.com/sites/stevensalzberg/2013/09/09/dr-oz-tries-to-do-science/#3aa7b36d79de*

52.     Attached hereto as **Exhibit 32** is a true and correct copy ofThe Dr. Oz Games: The Odds Are Never In Your Favor.

53.     Attached hereto as **Exhibit 33** is a true and correct copy of Dr. Oz recommends Garcinia Cambogia, http://info.interhealthusa.com/bid/239301/Dr-Oz-recommends-Garcinia-cambogia

54.     Attached hereto as **Exhibit 34** The *Weight of the World: The Dr. Oz Effect*, http://www.naturalproductsinsider.com/articles/2013/05/the-weight-of-the-world-the-dr-oz-effect.aspx

55.     Attached hereto as **Exhibit 35** is a true and correct copy of Dr. Oz Calls Garcinia a Weight-Loss 'Holy Grail, available at http://www.naturalproductsinsider.com/blogs/global-evolutions/2012/10/dr-oz-calls-garcinia-a-weight-loss-holy-grail.aspx stating that "Dr. Mehmet Oz Called Garcinia Cambogia a 'revolutionary fat buster' on Oct. 29 on "The Dr. Oz Show

56.     Attached hereto as **Exhibit 36** is a true and correct copy of Laila Nutraceuticals in talks with global PEs to raise $40 million, may offer 40 per cent stake

57.     Attached hereto as **Exhibit 37** is a highlighted copy of a Vitaminsonline complaint in Case 2:13-cv-00989-PMW Document 2 Filed 10/29/13.

58.     Attached hereto as **Exhibit 38** is a highlighted copy of a Vitaminsonline complaint in Case 1:14-cv-00441-CL Document 1 Filed 03/18/14.

59.     Attached hereto as **Exhibit 39** is a highlighted copy of a Vitaminsonline complaint in Case 3:14-cv-00822-VLB Document 1 Filed 06/06/14.

60.     Attached hereto as **Exhibit 40** is a true and accurate printout of the Dr. Oz It's Not me Campaign, http://www.doctoroz.com/print/33345

DECLARATION OF MICHAEL T. HOUCHIN IN SUPPORT OF RULE 56(D) MOTION FOR A CONTINUANCE TO CONDUCT DISCOVERY

61.     Attached hereto as **Exhibit 41** is a true and accurate copy of *Dr. Oz goes to war with his critics*, available at

http://www.sandiegouniontribune.com/news/2015/apr/23/mehmet-oz-tv-show-columbia-ucsd/

62.     Plaintiff respectfully requests for the court to allow her time to conduct Discovery and intends to conduct discovery into matters such as Media Defendants' sponsorship agreements with the Manufacturing Defendants, financial involvement of the Media Defendants with the Manufacturing Defendants, and discrepancies within the provided transcripts of the videos Defendants attempt to introduce in support of their position.

63.     Plaintiff is aware of the existence of such facts and evidence. Discovery pertaining to the aforementioned is necessary to oppose summary judgment in order to prove joint venture liability and the pure advertising nature of the Dr. Oz Show, as alleged in Plaintiff's Complaint.

64.     Accordingly, this Court should continue the hearing on Defendants' Motions, and allow Plaintiff an opportunity to conduct discovery in order to afford her a full opportunity to present her case and adequately respond to Defendants' Motions— which constitute motions for summary judgment.

1       I declare under penalty of perjury of the laws of the United States that the foregoing

2   is true and correct.

3

4

5       Executed on April 18, 2016 in San Diego California.

6

7

8

9

10

11

12   _____

13                                                                 Michael T. Houchin, Esq.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                          13
                    DECLARATION OF MICHAEL T. HOUCHIN IN SUPPORT OF RULE 56(D) MOTION FOR A
                                    CONTINUANCE TO CONDUCT DISCOVERY