**EXHIBIT B**



# LICENSING OVERVIEW

## New Logo and Licensing Agreement

To help consumers identify products that contain optimal levels of bioavailable HCA, and to assist manufacturers differentiate their *full strength* Super CitriMax™ products in the marketplace, InterHealth is introducing a new tradename and logo called **Super CitriMax™ *Full Strength***, which is available to manufacturers of dietary supplements and functional food and beverage products by licensing agreement through InterHealth Nutraceuticals. The "Super CitriMax™ *Full Strength*" Licensing Agreement includes rights to:

1. Super CitriMax™, InterHealth's clinically tested, patent-pending calcium/potassium-bound HCA ingredient,
2. Super CitriMax™ *formula*, InterHealth's clinically tested, patent-pending formula consisting of HCA, chromium and Gymnema,
3. Use of the Georgetown research data in the promotion of full strength Super CitriMax and/or Super CitriMax *formula* products (unauthorized users may be held liable for unfair competition),
4. The **Super CitriMax™ *Full Strength*** trademark, available only to manufacturers who adhere to the Super CitriMax™ or Super CitriMax™ formula *full strength* dosage requirements and have signed, and are in compliance with, the "Super CitriMax™ *Full Strength*" Licensing Agreement,
5. 5% logo discount on purchase price of product.

## Research and Marketing Support

In addition to the licensing rights described above, InterHealth will be actively promoting its **Super CitriMax™ *Full Strength*** trademark and research findings to trade, consumer and scientific audiences through various trade shows, scientific meetings, advertising and public relations media. Recently, Super CitriMax and the Georgetown Study have been, or are scheduled to be, presented at:

- Natural Foods Expo, Anaheim, California, March 7-10, 2002.
- 41st Annual Meeting the Society of Toxicology, Nashville, Tennessee, March 17-21, 2002.
- International Scientific Conference on Complimentary, Alternative & Integrative Medicine Research (Harvard University), April 12-14, 2002.
- Experimental Biology 2002 Meeting (FASEB), New Orleans, Louisiana, April 20-24, 2002.
- Annual American Society of Bariatric Physicians Meeting, Denver, Colorado, May 16-18, 2002.
- 9th World Congress on Clinical Nutrition, London, England, June 24-26, 2002.
- Others to be announced.

and published in:

- *Society of Toxicology*, 66:188-189, Abs. 921, 2002.
- *The FASEB Journal*, 16:A1020, Abs. 742.16, 2002.
- *International Scientific Conference on Complimentary, Alternative & Integrative Medicine Research*, p. 9, Abs. 141, April 12-14, 2002.
- Others to be announced.

## Learn More/Sign-Up

Manufacturers who are interested in learning more about the Super CitriMax™ *Full Strength* marketing program and/or entering into a "Super CitriMax™ *Full Strength*" Licensing Agreement may do so by contacting their InterHealth sales representative or calling 1-800-783-4636 or 1-707-751-2800 (outside the U.S.).



CX1-020419-020502

5451 Industrial Way · Benicia, CA 94510 · (707) 751-2800 · FAX (707) 751-1801

**Exhibit B PAGE 11**

# "SUPER CITRIMAX® *FULL STRENGTH*"
# LICENSING AGREEMENT

This Licensing Agreement ("Agreement") is entered into as of _____, 20____ ("Effective Date"), between InterHealth Nutraceuticals Incorporated, a California corporation ("Company"), and the licensee identified on the signature page of this Agreement ("Licensee").

WHEREAS, Company markets, distributes and sells a standardized calcium/potassium (–)hydroxycitric acid product ("Product") and product formula ("Product Formula") described in Exhibits A and B, respectively, attached hereto, which:

(a) are sold as nutritional supplements,

(b) are the subject of various U.S. and PCT patents and patents pending described in Exhibits A and B attached hereto, as well as other patents and patents pending, which may be obtained or applied for in the future ("Patents" and "Patents Pending," respectively),

(c) are the subject of various research studies described in Exhibit C attached hereto, as well as other research studies, which may be conducted and published in the future ("Research"), and

(d) are sold under the tradename "Super CitriMax Full Strength" ("Trademark")

(each a "Licensed Product" and collectively referred to as "Licensed Products").

WHEREAS, A) Company is the owner of all right, title and interest in the Patents, Patents Pending and Trademark, including variations thereof and any registrations which may exist therefore, for its Licensed Products, B) Licensee desires to sell, market and distribute finished product(s) that contain Licensed Products to be packaged by Licensee in end-user, finished packaged form as a nutritional supplement (each a "Finished Product"), and to use the Trademark and Research in connection with sales of its Finished Products; and C) Company is willing to grant Licensee the right to use the Trademark and Research in connection with Licensed Products purchased from Company.

NOW, THEREFORE, the parties agree as follows:

1. **TRADEMARK OWNERSHIP** - Licensee agrees that:

    (a) Company is the sole and exclusive owner of all right, title and interest in, and to, the Trademark;

    (b) Licensee shall not challenge or question the validity of, or Company's title to, the Trademark; and

    (c) with the exception of the rights being licensed under this Agreement, all other rights relating to the Trademark are of the Company and Licensee shall not acquire any other rights to the Trademark.

2. **GRANT OF LICENSE** - Company grants to Licensee, and Licensee accepts, a non-exclusive, non-transferable, royalty-free license to use the Trademark solely in connection with the marketing and distribution of Licensed Product and/or Finished Products in the manner, and on the terms and conditions, specified in this Agreement.

3. **USE OF TRADEMARK** – Licensee shall:

    (a) use the Trademark solely in connection with:

        (i) the Licensed Product purchased from Company, and

        (ii) Finished Product that is in compliance with this Agreement;

    (b) ==display the Trademark on, or in, all labeling, advertising and promotional materials of its Finished Products in a manner that clearly associates the Trademark with the Licensed Product==;

    (c) display or reproduce the Trademark only in:

        (i) the appropriate logo style specified in Exhibit D attached to this Agreement (electronic file of the Trademark logo to be provided to Licensee by Company upon execution of this Agreement); or

        (ii) type-written form only if used in secondary labeling, advertising and promotional copy (i.e. in a sentence or paragraph describing the Licensed Product), and so long as the Super CitriMax trademark is accompanied by the "®" symbol and identified as a trademark of InterHealth N.I.; and

    (d) not use, display or relate in any manner, either directly or indirectly, the Trademark in connection with any products that do

not contain Licensed Product and are not subject to this Agreement.

4. **PRODUCT INFORMATION AND MATERIALS** - Company provides, and will provide, Licensee information and materials relating to Licensed Product, whether proprietary or non-proprietary, whether written, recorded or verbal, whether on, prior or subsequent to the date of this Agreement, whether prepared by Company or by a third party, including, but not limited to, all Licensed Product sales and marketing materials, research data and other technical information ("Information" and "Materials"), "As Is, With All Faults," and makes, and will make, no representations or warranties, express or implied, as to the usefulness, accuracy, completeness, feasibility, reliability or legality of the Information and Materials. Licensee may use all Information and Materials prepared by or for Company solely in connection with the marketing and distribution of Licensed Product purchased from the Company or Finished Products that contain Licensed Product purchased from the Company and not in connection with any products that do not contain Licensed Product and are not subject to this Agreement; provided that Licensee does not in any way alter any of the Materials. Company may amend, add to, subtract from or otherwise change from time to time, the Information and/or Materials, in its sole and absolute discretion.

5. **UNDERTAKINGS BY LICENSEE:**

    (a) **Product Changes** - Licensee may amend, add to, subtract from or otherwise change from time to time its Finished Products, provided that all such changes and Finished Products comply with the terms and conditions of this Agreement;

    (b) **Product Dosage** – Licensee shall formulate, manufacture and label all Finished Product in accordance with the required dosage described in Exhibits A (for Finished Products that contain Product) or B (for Finished Products that contain Product Formula), whichever the case may be ("Required Dosage");

    (c) **Labeling Statements** - Licensee shall display the required labeling statements described in Exhibits A (for Finished Products that contain Product) or B (for Finished Products that contain Product Formula), whichever the case may be ("Required Labeling Statements"), on, or in, all labeling, advertising and promotional materials of its Finished Products in a manner that clearly associates the Required Labeling Statements with the Licensed Product;

    (d) **Patents** - Licensee shall list all Patent numbers and/or Patents Pending, if any, appropriate to the territory(ies) in which the Finished Product is sold, as described in Exhibits A (for Finished Products that contain Product) or B (for Finished Products that contain Product Formula), whichever the case may be, on, or in, all labeling, advertising and promotional materials of its Finished Products in a manner that clearly associates the Patents and/or Patents Pending with the Licensed Product ("Required Patents and Patents Pending Information"). In the event the Required Patents and Patents Pending Information changes, Company shall notify Licensee in writing and Licensee shall be provided a reasonable amount of time to change the labeling, advertising and promotional materials of its Finished Products to reflect the new Required Patents and Patents Pending Information;

    (e) **Label Review** – Prior to distribution of its Finished Products, Licensee shall provide Company copies of its Finished Product labeling, advertising and promotional materials for pre-market approval by Company, which Company shall promptly review solely with respect to their compliance with this Agreement. Company shall promptly notify Licensee in writing of its acceptance or rejection of Licensee's Finished Product labeling, advertising and promotional materials with respect to their compliance with this Agreement. If rejected, Company shall inform Licensee of the changes necessary to be in compliance with this Agreement;

    (f) **Product Quality** - Licensee shall (i) not blend nor formulate the Licensed Product with any other (–)hydroxycitric acid, chromium or Gymnema material, and (ii) not sell any Finished Products that are not manufactured in accordance with the requirements of the United States Federal Food, Drug and Cosmetic Act, including all applicable good manufacturing practice regulations, or, in the event Finished Products are manufactured or distributed in countries outside the United States, in accordance with all applicable laws and regulations of such countries;

(g) **Product Supply** - Licensee agrees that it will not resell or supply any Licensed Product in bulk raw material form, either directly or indirectly, to any other third party, except for use in the manufacture of Licensee's Finished Products;

(h) **Third Party Compliance** - Licensee shall assure compliance with this Agreement by any third-party manufacturer or distributor of Finished Products, and guarantees performance of and payment under Company's General Purchase Agreement by any manufacturer which has purchased Licensed Product from Company for the manufacture of Finished Products under contract with Licensee;

(i) **New Marks** - Licensee may use its own trademarks, tradenames, logos, advertising slogans and other related marks to identify Licensee and its Finished Products (collectively, "Other Marks") in Licensee's Materials, but agrees not to combine the Trademark with any Other Marks, words, letters or symbols, or otherwise alter the Trademark, to form one or more new marks ("New Marks"), without the express written consent of Company, which consent Company may withhold at its sole and absolute discretion. Licensee agrees that Company is the sole and exclusive owner of all right, title and interest in, and to, any New Marks, except those rights expressly granted to Licensee;

(j) **Trademark Infringement** - Licensee shall bring to the attention of Company any infringement or misuse of the Trademark which comes to Licensee's attention. Company shall indemnify, defend and hold Licensee harmless from any infringement or unfair competition proceedings involving the Trademark so long as Licensee is using the Trademark in compliance with this Agreement. Licensee shall not assert any claim based upon misuse or infringement of the Trademark without the prior written consent of Company;

(k) **Compliance With Laws** - Licensee will comply with all laws and regulations relating or pertaining to the use of the Trademark and marketing of Finished Products;

(l) **Expenses** - Licensee will not create any expenses chargeable to Company; and

(m) **Indemnification** - Except as provided in Section 5(j), Licensee indemnifies and holds Company harmless from any claims arising out of any act under or in violation of this Agreement by Licensee and its manufacturers and/or distributors, including, but not limited to, the distribution, advertising and promotion of Licensee's Finished Products, or use of the Information or Materials.

6. **TERM AND TERMINATION -** This Agreement shall commence on the Effective Date and shall continue in full force and effect, unless and until terminated as follows:

   (a) Company shall have the right to terminate this Agreement upon written notice to Licensee upon the breach of any provision of this Agreement,

   (b) Licensee shall have the right to terminate this Agreement at any time upon written notice to Company, and

   (c) Licensee's failure to sell one or more of the Finished Products which are a part of, and in compliance with, this Agreement during any six month period of time shall constitute an abandonment and automatic termination of this Agreement. Upon termination of this Agreement for any reason, Licensee shall immediately discontinue all use of the Trademark, Materials and Information, except for Information that is publicly available. Sections 5(j,l,m), 6 and 7 shall survive the termination of this Agreement.

7. **GENERAL PROVISIONS:**

   (a) **Assignment** - This Agreement is personal to Licensee. Licensee shall not assign or transfer any rights or obligations under this Agreement without the prior written consent of Company; provided, however, that Licensee may assign to any manufacturer with which Licensee contracts to produce any Finished Products any rights or obligations reasonably necessary to enable the manufacturer to produce the Finished Products. Any purported assignment without consent except as provided in this Section 7(a) will be null and void. This Agreement shall inure to the benefit of and be binding upon the parties and their successors and assigns;

   (b) **Relationship** - The relationship of the parties of this Agreement is determined solely by the provisions of this Agreement.

The parties do not intend to create any agency, partnership, joint venture, trust or other relationship with duties or incidents different from those of parties to an arm's-length contract

(c) **Choice of Law** - This Agreement shall be construed in accordance with, and governed by, the internal laws of the State of California, without regard to conflicts of law;

(d) **Integration** - This Agreement sets forth the entire understanding of the parties relating to the transactions it contemplates, and supersedes all prior understandings relating to them, whether written or oral. There are no obligations, commitments, representations or warranties relating to them except those expressly set forth in these Agreements;

(e) **Attorney's Fees** - If any action is necessary to enforce the terms of this Agreement, the prevailing party shall be entitled to reasonable attorneys' fees in addition to any other relief to which it may be entitled;

(f) **Severability** - Should all or any portion of any provision of this Agreement be held unenforceable or invalid for any reason, the remaining portions or provisions shall be unaffected; and

(g) **Waiver/Modification/ Amendment** - No amendment of, supplement to or waiver of any obligations under this Agreement will be enforceable or admissible unless set forth in a writing signed by the party against which enforcement or admission is sought. No delay or failure to require performance of any provision of this Agreement shall constitute a waiver of that provision as to that or any other instance. Any waiver granted shall apply solely to the specific instance expressly stated.

IN WITNESS WHEREOF the parties have executed this Agreement as of the date first written above.

**LICENSEE**

Company:_____

A _____ Corporation

Address:_____

City, State, Zip:_____

Signature:_____

Name (Print):_____

Title:_____


**COMPANY (INTERHEALTH)**

Signature:_____

Name (Print):_____

Title:_____



### EXHIBIT B - SVETOL® co-branding usage guidelines

General rules:

1. Do not pluralize a trademark or make it possessive (which would be using it as a noun). Do not join a trademark to other words, symbols, or numbers, either as one word or with a hyphen. And do not abbreviate a trademark.

2. Always use the proper spelling and the proper trademark symbol. For the trademark symbol, the superscript or subscript mode is preferred, but if it is not available, use parentheses: (R).

3. Always use trademarks and brand names in the ways they were intended to be used. Do not use them for goods or services for which they were not originally intended. Do not alter them in any way. Do not make puns out of them or portray them in a negative light.

Specific rules for SVETOL®:

SVETOL® is registered in classes 1, 3, 5 and 32.

Each class as well as the list of goods or services appearing in each class can be modified. The Licensee shall use the Trademark in compliance with the textual description of the figurative elements contained in the classes for which the Trademark is registered.

Licensee shall prominently display the appropriate notice "SVETOL® is a trademark of Naturex" in conjunction with any and all use of the Trademark.

The formulation of customer's finished Product must provide at least an amount of SVETOL® of 400 mg daily.

9

**Exhibit B PAGE 16**

6/2/2016 Case 5:16-cv-00189-JGB-SP Document 88-2 exhibit103.htm - Generated by SEC Publisher for SEC Filing Page 8 of 8 Page ID #:1969



## EXHIBIT C – MANUFACTURER'S ACKNOWLEDGEMENT

In order to induce Naturex Inc. to consent to the manufacture of authorized products using the SVETOL® trademark by the undersigned, the undersigned manufacturer ("Manufacturer") acknowledges that it has read the agreement between Naturex Inc. and NuZee Inc. and agrees to be bound by the terms thereof that relate to the services to be rendered by Manufacturer, and the restrictions imposed upon Manufacturer in accordance with the provisions of the agreement, including but not limited to the quality control and audit provisions thereof.

Dated: _____, 2013.

By: _____

NAME OF MANUFACTURER:

ADDRESS OF MANUFACTURER:

10

**Exhibit B PAGE 17**