# EXHIBIT C



## I.   Deal Overview

<u>Harpo / Sony Relationship</u>
By distributing Dr. Oz, SPT will be entering into a partnership with Harpo Productions.  Harpo's King World partnership has been one of the most successful producer / distributor relationships in TV history.  Dr. Oz can serve as the foundation for a similar partnership between SPT and Harpo.

<u>Oprah Support for Dr. Oz</u>
The new program will benefit from the power of the Oprah platform.  Similar to the launch of Dr. Phil, the show's host, Dr. Mehmet Oz, has been a frequent guest on the *The Oprah Winfrey Show* and will make regular appearances over the next year in advance of the launch.  He is also a frequent contributor to Oprah's XM Satellite Radio program.  The program will be produced in Chicago with Harpo having creative control.

<u>Show Synopsis</u>
The show will focus on healthy living / lifestyles and will likely include a team of medical correspondents.  Dr. Mehmet Oz is board certified cardiovascular surgeon and holds chair positions at Columbia University and New York Presbyterian Hospital.

The show is expected to premier in September 2009 and will be EBIT positive in its first season. Due to timing of period expenses and revenue, SPT FY09 loss expected to be less than $1MM. SPT FY10 profit is estimated to be $2.5-5MM.

<u>Key Terms</u>

- 2+2+2 term with renewal triggers:
    - 1st and 2nd renewals require Mosko to be personally involved in clearing the top 25 markets
    - 2nd renewal also requires SPT generating $120MM in cumulative gross receipts by the end of year 3
- Harpo to produce and retain copyright
- SPT to have distribution rights in the US and Canada with a right of first negotiation / refusal on all other territories
- SPT to provide an annual $12MM recoupable production advance (payable after show is sold)
- SPT and Harpo to have mutual approval over production budget
- Distribution fees range from 10%-15%
- SPT fees deferred; then paid out of 50% of profits
- SPT to charge a production services fee of 6% of the annual budget; capped at $2.5MM
- SPT and Harpo to collaborate on a website and digital extensions
- SPT to provide marketing, legal/business affairs, finance, and other back office services

**Exhibit C PAGE 17**



## II.    Summary Financial Model

|  | 1-Season | 6-Season |
|---|---|---|
| **LOW - 2.5 HH / $18.00 CPM / $400 Cash License** | | |
| Total Revenue | 56,059 | 340,838 |
| Production Costs | (32,934) | (205,530) |
| Distribution & Marketing Costs | (15,125) | (81,692) |
| *Profit Before Fees* | *8,000* | *53,616* |
| SPT Fees | 7,410 | 46,162 |
| Portion Deferred | (3,410) | (19,354) |
| **Net to SPT** | **4,000** | **26,808** |
| **MID - 2.5 HH / $20.00 CPM / $450 Cash License** | | |
| Total Revenue | 61,724 | 375,323 |
| Production Costs | (32,934) | (205,530) |
| Distribution & Marketing Costs | (15,125) | (81,692) |
| *Profit Before Fees* | *13,665* | *88,101* |
| SPT Fees | 8,042 | 50,052 |
| Portion Deferred | (1,209) | (7,262) |
| **Net to SPT** | **6,833** | **42,790** |
| **HIGH - 3.5 HH / $20.00 CPM / $500 Cash License** | | |
| Total Revenue | 76,587 | 467,612 |
| Production Costs | (32,934) | (205,530) |
| Distribution & Marketing Costs | (15,125) | (81,692) |
| *Profit Before Fees* | *28,528* | *180,390* |
| SPT Fees | 9,593 | 59,621 |
| Portion Deferred | 0 | 0 |
| **Net to SPT** | **9,593** | **59,621** |



## III.   Program Comps

**Dr Oz Talk Show**
**Ratings and CPM Comparables**

| | HH RATING | W18-49 VPVH | W18-49 CPM |
|---|---|---|---|
| OPRAH | 5.5 | 0.306 | $37.00 |
| DR. PHIL | 4.6 | 0.295 | $22.00 |
| *DR. OZ - HIGH* | *3.5* | *0.300* | *$20.00* |
| LIVE WITH REGIS | 3.0 | 0.266 | $22.00 |
| THE VIEW | 2.8 | 0.264 | $17.00 |
| *DR. OZ - MID* | *2.5* | *0.300* | *$20.00* |
| *DR. OZ - LOW* | *2.5* | *0.300* | *$18.00* |
| MAURY | 2.2 | 0.394 | $9.00 |
| ELLEN | 2.1 | 0.334 | $17.00 |
| RACHAEL RAY | 2.0 | 0.300 | $18.00 |
| MONTEL | 1.6 | 0.364 | $9.00 |
| JERRY SPRINGER | 1.5 | 0.299 | $9.00 |
| MARTHA | 1.1 | 0.290 | $18.00 |
| TYRA BANKS | 1.1 | 0.426 | $11.00 |
| MORNING SHOW | 1.0 | 0.343 | $11.00 |

**Exhibit C PAGE 19**



**Dr Oz Talk Show**
**License Fee Comparables**
**($ in 000's)**

| | LICENSE FEES | | |
|---|---|---|---|
| Oprah | $4,500 | - | $5,000 |
| Dr. Phil | $2,500 | - | $3,000 |
| Rachel Ray | $850 | | |
| *Dr. Oz - High* | *$500* | | |
| *Dr. Oz - Mid* | *$450* | | |
| *Dr. Oz - Low* | *$400* | | |
| The Doctors | $350 | | |
| Bonnie Hunt | $300 | | |

Note:  The Doctors and Bonnie Hunt launching Fall '08

**Dr Oz Talk Show**
**1-Season Revenue Comparables**
**($ in MM's)**

| | 1st SEASON REVENUE |
|---|---|
| *Dr. Oz - High* | *$76.6* |
| *Dr. Oz - Mid* | *$61.7* |
| Rachel Ray | $58.0 |
| *Dr. Oz - Low* | *$56.1* |
| The Doctors | $55.0 |

Note:  The Doctors launching Fall '08

**Exhibit C PAGE 20**



## IV.    Distribution Proposal

**Program:**                Distribution rights 175 one-hour original episodes per year; launched fall 2009.

**Media:**                    Distribution rights are in all media, provided Harpo shall have the right to approve distribution platforms other than television.

**Territory:**               North America.  First negotiation/first refusal on international territories.

**Term:**                    2 year term, with 2 options for Sony to renew for 2 years each so long as Mosko is personally involved in clearing the top 25 markets (as defined by Nielsen). Sony's second option shall further require that Gross Receipts total $120 million cumulatively by the end of year 3.  Harpo does not have to produce the show during any year (exercisable (a) no later than the upfront market and (b) so that Sony is not put in breach of any station agreements), but cannot distribute/take the show to another distributor during the Term.

**Launch Condition:**        Clearance of 80% of markets with minimum fees of $400,000/week, or Harpo does not have to proceed (and Harpo will make such decision by the 2009 upfront market).  Mosko to be personally involved in clearing the top 25 markets.

**Distribution Fee:**        15% fee in Territory except: 10% for barter sales, OWN license, Canada license (*i.e.*, assuming Canada is delivered by Harpo) and XM Radio, payable out of 50% of Net (defined below) revenues.

**Production Services Fee:** Harpo and Sony to have equal production services fees: at 6% of production costs capped at $2.5M per season, for as long as Sony is rendering production services.  Recoupable after other production costs are recouped.  Harpo shall charge no other fee, but shall charge the reasonable arms length cost for any services or facilities used.  Harpo shall have creative control over the show. Harpo to have annual option to engage Sony to render production services to be exercised no later than March 1 prior to the season.  Notwithstanding the foregoing, if Harpo chooses not to have Sony render production services in any given year, Sony shall be entitled to its full Distribution Fee without deferral for any such year.

**Advance:**                 $12M per year, payable 50% on July 15 and 50% on October 1, starting 2009.

**Non-compete:**             Dr. Oz show can't directly compete with TOWS in any timeslot without Harpo's consent.

**Cable:**                   Harpo to have first negotiation/last refusal right to repurpose show on OWN.

**Website:**                 Promotional website for show to be mutually controlled by Harpo and Sony. Harpo will control any broader joint venture/web project with Dr. Oz but Harpo acknowledges Sony's strong interest in partnering on a Dr. Oz branded new media venture and will discuss with Sony in good faith meaningful opportunities to participate.  Harpo shall have the annual option to terminate the promotional website and incorporate it into the broader web venture, which shall be under Harpo's exclusive control (in meaningful consultation with Sony insofar as it promotes the show), and in such event the website will no longer be put against the show as an expense.

**Exhibit C PAGE 21**



**Format/Spinoffs:**      No rights granted to Sony.  Harpo to discuss format/spin-off opportunities in good faith with Sony as they may arise from time to time.

**Staff:**      Moira Coffey to be engaged as researcher/consultant on the show.

**Waterfall:**      I. From Gross Receipts, deduct in this order (with all seasons crossed):

1. Sony first recoups Approved Distribution Expenses (including, *e.g.,* Marketing, Ads, Phys Delivery, Internet hosting, Materials, Encoding) set forth in III below with any overage recoupable out of Sony's 50% of Net under II.1 below.

2. Production Costs

    A.   Sony first recoups the Advance
    B.   Harpo then recoups Production Costs up to the "Approved Production Costs" limit (set forth in III below) with any overage recoupable out of Harpo's share under II.2 below.

3. Each party next recoups its Production Fee (subject to the $2.5m cap).  Each party recoups 50 cents on the dollar at this stage because fees are equal:

    * Sony – 50 cents on dollar up to its 6%/$2.5m
    * Harpo – 50 cents on dollar up to its 6%/$2.5m

4. Next, Third Party Payments are recouped (*i.e.*, Dr. Oz).

II. "Net" is what is left.   From this the following are recouped:

1. Sony recoups its Distribution Fee, and any Distribution Expenses in excess of Approved Distribution Expenses, from 50% of Net, with the rest deferred (unless Harpo terminates Sony's production services in which case it's recoupable at step I.2.A above).

2. Rest is Harpo's

III. Approval of Budgets for Production and Distribution

1. Promptly after execution and in conjunction with preparation of the long form agreement, the parties will discuss in good faith and mutually agree on budgets for Distribution Expenses and Production Costs.  The parties presently contemplate that the all-in cost of Distribution Expenses plus Production Costs to be $40 million.

2. The "Approved Distribution Expenses" for year 1 shall then be the mutually agreed Distribution Expenses budget plus 10% and the "Approved Production Costs" shall be the mutually agreed Production Costs budget plus 10%.

3. For each subsequent year, Approved Distribution Expenses and Approved Production Costs shall be determined mutually by the parties in good faith.  In the unlikely event the parties fail to agree on either number, then the Approved Distribution Expenses or Approved Production Costs (as the case may be) shall be that from the prior year plus 5%.

**Long Form:**      The parties shall promptly negotiate in good faith and execute a binding long form agreement containing customary terms and conditions, including without limitation representations, warranties and indemnities.

**Exhibit C PAGE 22**

○

PRINT

# Harpo Productions and Sony Pictures Television To Launch *Dr. Oz*

**FOR IMMEDIATE RELEASE: FRIDAY, JUNE 13**

**Chicago, IL and Culver City, CA—** Dr. Mehmet C. Oz, MD, better known to millions as Dr. Oz, the renowned and popular surgeon, educator, and best-selling author who appears regularly on *The Oprah Winfrey Show*, will debut in first-run syndication next year with a series co-produced by Harpo Productions and Sony Pictures Television (SPT) and distributed by SPT, it was jointly announced today by Oprah Winfrey; Tim Bennett, president, Harpo Productions; and Steve Mosko, president, Sony Pictures Television.   The series, *Dr. Oz* (working title), will be available to stations across the country to launch in Fall 2009. Under the multi-year agreement, SPT will handle all distribution efforts for the show in the United States and Canada, advertiser sales and marketing, and co-produce the series with Harpo Productions.

Dr. Oz has earned a reputation as "America's Doctor" through regular appearances over the past three years as the health expert for *The Oprah Winfrey Show* and is the nation's preeminent and trusted expert on health and wellness. He is professor and vice-chairman of surgery at Columbia University as well as medical director of the Integrated Medicine Center and director of the Heart Institute at New York Presbyterian/Columbia Medical Center. As the co-author of the best-selling YOU series, Dr. Oz is also a publishing phenomenon. In addition to numerous appearances on network morning and evening news programs, Dr. Oz is the host of the "The Dr. Oz Show" on XM Satellite Radio's Oprah Radio channel, giving viewers crucial information on health issues and sparking in-depth conversations about the essentials to living longer, more vibrant lives. He was recently named one of the 100 Most Influential People in the World by *TIME* magazine.

Said Oprah Winfrey, "This is a show I believe in. Judging by the response from our viewers, Dr. Oz has already demonstrated he is a valued and trusted medical expert who has created a deep connection with our audience."

**Exhibit C PAGE 23**

"We are looking forward to partnering with Sony Pictures Television on this project," said Tim Bennett, President, Harpo Productions. "Of all the first-rate potential partners we spoke with, we felt that Sony was the best-positioned to co-produce and distribute the *Dr. Oz* show."

"We are thrilled to be working with Oprah, Dr. Oz and everyone at Harpo on this amazing project," said Steve Mosko, president, Sony Pictures Television. "It's a perfect marriage of independent, entrepreneurial companies and a wonderful opportunity for us to work with such tremendously talented people."

"Medicine has always been my calling. This show allows me to share the same passion I bring to my patients with millions of viewers every day. We will empower the audience to live more fully as they take control of their health...and their bodies. I am deeply appreciative to Oprah and to our great partner Sony for this opportunity," said Dr. Oz.  Harpo Productions, Inc. produces the number-one-rated, award-winning *The Oprah Winfrey Show*; creates and develops original TV programming for primetime, syndication and cable television; and operates Oprah.com (www.oprah.com), a premier lifestyle website. Harpo Print, LLC and Hearst Magazines publish the monthly *O, The Oprah Magazine* and quarterly *O at Home* publications. Harpo Films, Inc. produces feature films as well as top-rated telefilms under the "Oprah Winfrey Presents" banner. Harpo Radio, Inc. produces Oprah Radio (Channel 156) on XM Satellite Radio. Harpo, Inc. has also recently partnered with Discovery Communications to launch a new cable network, The Oprah Winfrey Network (OWN) in 2009.

Sony Pictures Television is one of the television industry's leading content providers. It produces and distributes programming in every genre, including series, telefilms, theatrical releases and family entertainment for network and cable television, as well as first-run and off-network series for syndication. With more than 25 programs on the air, SPT boasts a program slate that includes the top-rated daytime dramas and game shows, landmark off-network series, original animated series and critically acclaimed primetime dramas, comedies and telefilms. SPT also owns one-half of cable channel GSN and is a partner in FEARnet, the premier horror/thriller website and VOD service. Sony Pictures Television oversees all of Sony Pictures Entertainment's (SPE) domestic digital distribution efforts across all electronically delivered platforms, including the internet and mobile. Sony Pictures Television, advertiser sales, is one of the premiere national advertising sales companies, handling the commercial inventory in SPT syndicated series as well as in all of SPE's digital businesses in the United States, for Sony BMG and for iN DEMAND's high-definition channel Mojo and the Tennis Channel, and is part owner of national media sales company ITN Networks, Inc. SPT (www.sonypicturestelevision.com) is a Sony Pictures Entertainment company.

**Exhibit C PAGE 24**

Harpo Productions and Sony Pictures Will Launch Dr. Oz Show    04/14/16, 12:53 AM

**PUBLISHED 06/24/2008**

**PRINTED FROM OPRAH.COM ON THURSDAY, APRIL 14, 2016**
© 2014 OWN, LLC. ALL RIGHTS RESERVED.

**Exhibit C PAGE 25**