# EXHIBIT D

LAW OFFICES OF

# RONALD A. MARRON

A PROFESSIONAL LAW CORPORATION

651 Arroyo Drive                                                    Tel: 619.696.9006
San Diego, California 92103                                         Fax: 619.564.6665

January 19, 2016

## Via: Certified Mail, (receipt acknowledgment with signature requested)

**Labrada Body Building Nutrition, Inc.**          **Lee Labrada**
333 North park Central Drive, Suite Z             21303 Genwillow Street
Houston, TX 77073-6337                            Tomball, TX 77375Int

**Labrada Nutritional Systems, Inc.**
333 North park Central Drive, Suite Z
Houston, TX 77073-6337

*RE:    NOTICE:  Violations of Consumer Protection Laws, Breach of Warranties, and Duty to Preserve Evidence*

Dear Sir or Madam,

    **PLEASE TAKE NOTICE** that this law firm represents Veda Woodard and Teresa Rizzo-Marino, purchasers of Labrada weight loss supplements.  All further communications intended for our clients must be directed through this office.  This notice and demand letter provides **Labrada Body Building Nutrition, Inc., Labrada Nutritional Systems, Inc., and Lee Labrada** (collectively "YOU") with notice and demand for corrective action arising from YOUR breaches of warranties, and is meant to comply with the Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301, *et seq.*, and the laws requiring pre-suit demand and notice, including the California Consumer Legal Remedies Act, Cal. Civ. Code §§ 1750 *et seq.* ("CLRA").

## I.    THE LABRADA FAT BUSTERS

Obesity in America is a growing epidemic. "Unfortunately, there is no miracle pill that can help Americans lose excess weight, so we have to rely on responsible behavior – including eating right and being physically active."[1] Despite this consensus from experts and government regulators, you have marketed and sold several "miracle pills" under the Labrada brand name. Starting sometime around 2012 or earlier, *The Dr. Oz Show* featured several weight-loss supplements that Dr. Oz called "***fat busters***" that allow users to lose weight "without diet and exercise." In an effort to capitalize off of this publicity, YOU have marketed, distributed, and sold the following products that are collectively referred to in this letter as the "Labrada Fat Busters:"

1. "The Labrada Garcinia Cambogia DUAL ACTION FAT BUSTER;"

2. "The Labrada Green Coffee Bean Extract FAT LOSS OPTIMIZER;"

3. "The Labrada Raspberry Ketones METABOLIC ENHANCER;"

4. "The Labrada Ursolic Acid LEAN MUSCLE OPTIMIZER;"

5. "The Labrada LEAN BODY LEAN LIPIDS FAT LOSS AID"

6. "The Labrada FAT BUSTER FAT LOSS AID."

Our clients purchased Labrada Fat Buster supplements based on the representations on the package, label, and in other marketing and advertising materials which state, among other thing, that the products are effective for weight loss. Specifically, Ms. Woodard purchased the "Labrada Garcinia Cambogia DUAL ACTION FAT BUSTER," the "Labrada Green Coffee Bean Extract FAT LOSS OPTIMIZER," and the "Labrada Raspberry Ketones METOBOLIC ENHANCER" on multiple occasions beginning on or around June of 2013 and continuing until approximately December of 2013 from Vitamin Shoppe stores located in Murrieta, California and in Temecula, California. Ms. Woodard paid approximately $14.99 to $19.99 for each of the Products that she purchased.

Ms. Rizzo-Marino purchased the "Labrada Green Coffee Bean Extract FAT LOSS OPTIMIZER" approximately six to eight times beginning on or around January of 2014 from retail stores near her home in Brooklyn, New York, including CVS, Rite Aid, and Walmart.  Ms. Rizzo-Marino paid approximately $14.99 each time she purchased the product.

---

[1] Staff Report, *Deception in Weight-Loss Advertising Workshop: Sizing Opportunities and Building Partnerships to Stop Weight- Loss Fraud*, FEDERAL TRADE COMMISSION (Dec. 2003).

Our clients would not have purchased the Labrada Fat Buster supplements had they known that the products are not effective for weight loss as further explained in this letter.

### A.   Labrada Garcinia Cambogia DUAL ACTION FAT BUSTER

YOU deceptively market the Labrada Garcinia Cambogia DUAL ACTION FAT BUSTER by claiming that it is a "DUAL ACTION FAT BUSTER" that "Increases Fat Burning" and "Curbs Appetite to Aid Weight Loss." However, YOU do not disclose to consumers that the purported "active" ingredient in Labrada Garcinia Cambogia with Supercitrimax® does not provide the advertised weight loss benefits. Moreover, YOU falsely claim that the product contains "Zero Filler, Zero Binders, and Zero Artificial Ingredients" even though the Product contains artificial and synthetic fillers and binders as more fully explained herein.

The front label of the Product states "Increases Fat Burning," "Curbs Appetite to Aid Weight Loss," and is "From the Makers of LEAN BODY." The Labrada Garcinia Cambogia side label states that "Labrada Garcinia Cambogia with Super CitriMax® is a DUAL ACTION FAT BUSTER" and "Studies suggest that HCA may inhibit body fat formation and suppress appetite." The label further states, "Use of 2800-3000 mg/day of HCA for 8 weeks has been shown to:"

- **"Reduce body weight"**

- **"Curb appetite and food intake"**

- **"Boost fat burning during exercise and enhances glycogen synthesis"**

The side label also contains a "References" section that cites to the following three publications:

- "Preuss HG, Rao CV, Garis R., et al., *Journal of Medicine* 2004; 35 (1-6):33-48."
- "Downs BW, Bagchi M. Subbaraju GV, et al. Mutation Research 2005; 579 (1-2): 149-162."
- "Chen IS, Haung SW Lu HC, et al. British Journal of Nutrition. Apr. 2012; 107(7): 1048-1055."

The side label further features the **"Super Citrimax"** logo next to a statement saying that "Super CitriMax® is a registered trademark of Interhealth N.I."

The back label of the Labrada Garcinia cambogia Product states "Garcinia Cambogia Extract: 1560mg," then below that statement reads "standardized minimum 60% (-)-Hydroxycitric acid (HCA) 936 mg."

The back label then has a "Other Ingredients" section that reads "Hypromellose (capsules)," and "Titanium Dioxide."

In bold-face typed capital letters on the back label appear the statements:

    a)  **"ZERO FILLERS"**

    b)  **"ZERO BINDERS"**

    c)  **"ZERO ARTIFICIAL INGREDIENTS."**

The back label further states that the Product is "Made in the USA" next to a picture of an American Flag.

Each of the above-quoted statements are false, misleading, deceptive, and unlawful for the reasons explained herein. Moreover, each of the above-quoted statements create express or implied warranties and YOU have breached said warranties for the reasons described herein.

**B.**  <u>**The Labrada Green Coffee Bean Extract FAT LOSS OPTIMIZER**</u>

The front label of the Labrada Green Coffee Bean Extract deceptively states that the product is a "***Fat Loss Optimizer***" that is "From the Makers of **LEAN BODY**."    The front label further states that the product contains "Svetol®, 45% Chlorgenic Acid," and is "Stimulant Free."

The side-label of the Product states "**Green Coffee Bean Extract** is a natural powder extract from unroasted coffee beans. Green Coffee Bean Extract is rich in natural compounds, such as chlorogenic acids, that are known to have health benefits and to influence glucose and fat metabolism."

The side-label further states that "Recent peer-reviewed published studies have found that Green Coffee Bean Extract" does the following:

  • "**Helps Support Significant Fat Loss**." and

  • "**Contains Natural Anti-Oxidant Properties**"

Below these statements is a "**References**" section that is surrounded by a bright-red rectangle that cites the following studies that purportedly support the product's weight-loss benefits:

1. "Vinson JA, et al. Diab. Metab. Synder & Obes. Jan 2012"

2. "Farah A, et al. Jour of Nutr. Dec. 2008"

The back label of the Labrada Green Coffee Bean Product states "Green Coffee Bean Extract: 400 mg," then below that statement reads "Svetol®** Standardized to 45-50% total Chlorogenic Acids"

The back label then has a "Other Ingredients" section that reads "Gelatin." In bold-face typed capital letters on the back label appear the statements:

    a) **"ZERO FILLERS"**

    b) **"ZERO BINDERS"**

    c) **"ZERO ARTIFICIAL INGREDIENTS."**

Each of the above-quoted statements are false, misleading, deceptive, and unlawful for the reasons explained herein. Moreover, each of the above-quoted statements create express or implied warranties and YOU have breached said warranties for the reasons described herein.

**C.** <u>**The Labrada Raspberry Ketones METABOLIC ENHANCER**</u>

The front label of the Labrada Raspberry Ketones deceptively states that the product is a "***Metabolic Enhancer***" that provides "***Natural Fat Loss Support***" and is "From the Makers of **LEAN BODY**." The front label further states the following:

• **"Supports Body Fat Reduction"**

• **"Increases Lipolysis"**

• **"Healthy Anti-Oxidant"**

The back label of the Labrada Raspberry Ketones Product states "Raspberry Ketones: 100mg." The back label then has a "Other Ingredients" section that reads "Gelatin (capsule)," "Maltradextrin," "Magnesium Stearate," "Silica," "Titanium Dioxide Capsule" "(FD&C  Red #40, FD&C Blue #1)."

Each of the above-quoted statements are false, misleading, deceptive, and unlawful for the reasons explained herein. Moreover, each of the above-quoted statements create express or implied warranties and YOU have breached said warranties for the reasons described herein.

### D.  The Labrada Ursolic Acid LEAN MUSCLE OPTIMIZER

The front label of the "Labrada Ursolic Acid LEAN MUSCLE OPRIMIZER" deceptively states that the product "***Supports Fat Loss,***" "***Supports Lean Muscle***," "***Support Cardiovascular Health***" and that it is "From the Makers of **LEAN BODY**."

The side-label of the Product states "**Ursolic acid is a naturally occurring ingredient found in foods such as apple peels. Ursolic acid provides healthful benefits for dieters and athletes."** The side-label further states that "**Recent peer-reviewed, published studies have found that ursolic acid**" [provides the following benefits]:

• "**Supports fat loss**."

• **"Supports lean muscle tissue" and**

• "**Supports cardiovascular health**"

Below these statements is a "**References**" section that is surrounded by a bright-red rectangle that cites the following studies that purportedly support the product's weight-loss benefits:

"Li , et al. Molec Nutr. & Food Res. Nov. 2010"

"Rao, et al. Jour of Medic Food. Nov 2011"

"Kunkel, et al. Cell metab. Jun 2011"

"Ullevig, et al. Atheroscler. Dec. 2011"

"Steinkam-Fenske K, et al. Atherosciler Nov. 2007"

The back label of the Labrada Ursolic Acid states "Ursolic Acid (from Rosemary Leaf Extract: 150mg.)" The back label then has a "Other Ingredients" section that reads "Maltrodextrin," "Gelatin," "Silica," "Magnesium Stearate," "Titanium Dioxide," and "Sodium Copper Chlorophyllin."

Each of the above-quoted statements are false, misleading, deceptive, and unlawful for the reasons explained herein. Moreover, each of the above-quoted statements create express or implied warranties and YOU have breached said warranties for the reasons described herein.

### E.  The Labrada LEAN BODY LEAN LIPIDS FAT LOSS AID

The front label of the "LABRADA LEAN BODY LEAN LIPIDS FAT LOSS AID" deceptively states that the product "***Supports Fat Burning,***" and "***Increases Metabolism***."

The side-label of the product makes the following representations:

- "**Lean Body® Lean Lipids Fat Loss Aid** is a combination of essential fatty acids that have a profound effect on fat burning metabolism**."**

- "**Lean Body® Lean Lipids Fat Loss Aid** contains EPA and DHA Omega-3 fatty acids that are beneficial for inducing lipolysis (fat burning)."

- "**Lean Body® Lean Lipids Fat Loss Aid** also contains GLA Omega-6 fatty acids for its body fat reducing properties and oleuropein Omega-9 fatty acids to enhance thermogenesis (heat generation from burning calories) by increasing brown fat metabolism."

- **"Lean Body® Lean Lipids Fat Loss Aid** provides essential fatty acids for those desiring a leaner body."

Below these statements is a "**References**" section that is surrounded by a bright-red rectangle that cites the following studies that purportedly support the product's weight-loss benefits:

- "Ref: Tai, et al. J Nut Biochem. 2010 Ma;21(5): 357-63. Baillie, et al. Prostaglandins Leukort Essent Fatty Acids. 1999. May-Jun; 60 (5-6): 351-6"

- "Ref: Takashani, et al. Comp Biochem Physiol B. Biochem Biol. 2000 Oct: 127(2): 213-22"

- "Ref: Oi-Kano, et al. J Nutr Sci Vitaminol (Tokoyo). 2008. Oct; 54(5): 363-70"

Each of the above-quoted statements are false, misleading, deceptive, and unlawful for the reasons explained herein. Moreover, each of the above-quoted statements create express or implied warranties and YOU have breached said warranties for the reasons described herein.

### F.  The Labrada FAT BUSTER FAT LOSS AID

The front label of the Labrada Fat Buster Fat Loss Aid deceptively states that the product is a "***Fat Buster***" and a "***Fat Loss Aid***" that is "From the Makers of LEAN BODY." The front label further states that the product contains Svetol Green Coffee Bean, Ursolic Acid, and Raspberry Ketones. The side-label of the Product states the following:

a) "**Labrada Fat Buster** capsules combine three of the **most powerful natural fat loss aids in existence** to help you shed unwanted pounds quickly and healthfully."

b) "Svetol® Green Coffee Bean Extract contains high amounts of a powerful fat-fighter called chllorgenic acid. Studies suggest that chlorogenic acid inhibits the enzymes responsible for the production of fat. It also slows down absorption of sugar."

c) "Raspberry Ketones stimulate fat loss and regulate metabolism by increasing the release of stored fat and augmenting the fat burning hormone adiponectin."

d) "Ursolic Acid is naturally occurring in apple peels and rosemary. It's been shown to support both fat loss and prevent muscle loss while dieting."

e) "See Website for Scientific References www.labrada.com" This statement is placed next to a QR barcode that users can scan directing them to a website.

Each of the above-quoted statements are false, misleading, deceptive, and unlawful for the reasons explained herein. Moreover, each of the above-quoted statements create express or implied warranties and YOU have breached said warranties for the reasons described herein.

## II.  FALSE AND DECEPTIVE STATEMENTS ABOUT THE LABRADA FAT BUSTERS

### *Deceptive Weight Loss Benefits*

YOUR claims that the Labrada Fat Buster Products provides weight loss benefits is false and misleading. For example, the active ingredient in the Labrada Garcinia Cambogia Product, Supercitrimax® (HCA extract from Garcinia cambogia), has been proven ineffective at providing any weight loss benefits. A significant *Garcinia*/HCA weight loss study was published in 1998 by a group of researchers at Columbia University's Obesity Research Center that was lead by Dr. Heymsfiled and published in the *Journal of the American Medical Association*.[2] This study was,

---

[2] S.B. Heymsfield, *et al.,* "Garcinia Cambogia (Hydroxycitric Acid) As a Potential Antiobesity Agent: A Randomized Controlled Trial," *J. Amer. Med. Assoc.* 280(18):1596-600 (1998). *Full text available at* http://jama.jamanetwork.com/article.aspx?articleid=188147.

and remains, one of the longest duration (12 weeks) and largest (135 subjects divided equally into placebo and control groups) randomized double-blind clinical trials of *Garcinia cambogia*. The study found that Garcinia extract failed to produce significant loss of weight and fat beyond that observed with placebo. Other studies have similarly concluded that HCA extract from *Garcinia cambogia* fails to provide weight loss benefits. In short, YOUR exaggerated and patently false claims that the Product is a "***Dual Action Fat Buster***" has deceived our clients and all other consumers who have purchased the Labrada Garcinia Cambogia Product.

Similarly, none of the other Labrada Fat Buster Products provide the advertised weight loss benefits. There are no reliable clinical studies showing that Green Coffee Bean extract can provide any weight loss benefits and the FDA has even determined that caffeine in green coffee bean extract is not safe or effective for "weight control." *See* 21C.F.R. § 310.545(20). Further, chlorogenic acids have never been shown to be an effective treatment for weight control. There are also no reliable scientific studies showing that other ingredients in the Labrada Fat Busters, like Raspberry Ketones and Ursolic Acid, can provide the touted weight-loss benefits.

### *Deceptive Clinical Studies on the Product Labels*

YOU misrepresent to consumers the true nature of the studies that are cited on the labels of the Labrada Fat Buster Products. The Product label would lead reasonable consumers to believe that the Products are backed by credible and reliable clinical studies and that the Products are proven effective as "fat busters" that can "Increase Fat Burning." However, YOU conceal material facts about these studies, including but not limited to the following facts:

- The "Vinson" study that appears on the label of the Labrada Green Coffee Bean Extract has been retracted by the authors after it was found that data was falsified under pressure from a supplement manufacturer.[3]

- Multiple studies cited on the labels used rodents like "Sprague-Dawley rats" as the test subjects instead of actual human beings who are likely to use the products.

- Each and every one of the studies suffers from flawed methodologies and are not the result of accepted scientific methodologies for conducting clinical studies.

- YOU fail to disclose that at least one study was completely funded by Interhealth Nutraceuticals —the maker of Supercitrimax®— and and was conducted in India at a

---

[3] Authors retract green coffee bean diet paper touted by Dr. Oz., Retraction Watch, available at, http://retractionwatch.com/2014/10/20/authors-retract-green-coffee-beandiet-paper-touted-by-dr-oz/.

LAW OFFICES OF

# RONALD A. MARRON

A PROFESSIONAL LAW CORPORATION

651 Arroyo Drive                                                          Tel: 619.696.9006
San Diego, California 92103                                    Fax: 619.564.6665

February 8, 2016

**Via: Certified Mail, (receipt acknowledgment with signature requested)**

**Naturex, Inc.**
c/o Corporation Service Co.
2710 Gateway Oaks Drive, Ste. 150N
Sacramento, CA 95833

RE:    *NOTICE:  Violations of Consumer Protection Laws, Breach of Warranties, and Duty to Preserve Evidence*

Dear Sir or Madam,

**PLEASE TAKE NOTICE** that this law firm represents Veda Woodard, a purchaser of a supplement product that contains Svetol®.  All further communications intended for our client must be directed through this office.  This notice and demand letter provides **Naturex, INC.** ("YOU") with notice and demand for corrective action arising from YOUR breaches of warranties, and is meant to comply with the Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301, et seq., and the laws requiring pre-suit demand and notice, including the California Consumer Legal Remedies Act, Cal. Civ. Code §§ 1750 et seq. ("CLRA").

Obesity in America is a growing epidemic. "Unfortunately, no miracle pill can help Americans lose excess weight, so we have to rely on responsible behavior – including eating right

and being physically active."[1] Despite that consensus from experts, YOU have marketed and sold "miracle pills" that contain Svetol® Green Coffee Bean Extract.

Ms. Woodard purchased the Labrada Green Coffee Bean Extract FAT LOSS OPTIMIZER on multiple occasions beginning on or around June of 2013 and continuing until approximately December of 2013 from Vitamin Shoppe stores located in Murrieta, California and in Temecula, California. Ms. Woodard paid approximately $19.99 each time she purchased the Product. Ms. Woodard would not have purchased the Product had she known that the product is not effective for weight loss as further explained in this letter.

## I.   SVETOL® GREEN COFFEE BEAN EXTRACT

YOU disiminate false and misleading statements about the Svetol® product. For example, the Svetol® website features an introductory video depicting a woman with a glove on her hand removing and erasing body weight and fat from her abdomen.

The website goes on to tout the supposed science behind Svetol®:

1) "The 9 published scientific studies on Svetol® support its beneficial effects on healthy weight management:"

2) "10% Body Mass Index Reduction: Clinical study demonstrates 5.7% body weight loss over 2 months supplementation & reduction of BMI by 10%"

3) "Glucose regulation: Pilot study shows Svetol®'s effect on blood sugar levels"

4) "Fat burning effect: +4% lean mass/fat mass ratio Study demonstrates Svetol®'s benefits on fat mass reduction.
   The clinical study demonstrates that Svetol® is an effective weight loss solution: you don't lose water or muscle, it makes you lose fat!"

5) "Svetol® will bring you healthy weight loss results, without crash dieting or side effects. Moreover, it is fully natural and does not contain harmful chemicals. Millions of consumers have already used Svetol® as a safe and effective natural solution."

   o 1) "Svetol® is a 100% all-natural plant concentrate, with well-identified and controlled bioactives."

---

[1] Staff Report, *Deception in Weight-Loss Advertising Workshop: Sizing Opportunities and Building Partnerships to Stop Weight- Loss Fraud*, FEDERAL TRADE COMMISSION (Dec. 2003).

Law Offices of

# RONALD A. MARRON

A Professional Law Corporation

651 Arroyo Drive                                                                Tel: 619.696.9006
San Diego, California 92103                                                     Fax: 619.564.6665

January 19, 2016

**<u>Via: Certified Mail, (receipt acknowledgment with signature requested)</u>**

**Interhealth Nutraceuticals Incorporated**
ATTN: Paul Dijkstra
5451 Industrial Way
Benicia, California 94510

*RE:*     *NOTICE:  Violations of Consumer Protection Laws, Breach of Warranties, and Duty to*
          *Preserve Evidence*

Dear Sir or Madam,

     **PLEASE TAKE NOTICE** that this law firm represents Veda Woodard and Teresa Rizzo-Marino, purchasers of weight loss supplements that contain the ingredient "Supercitrimax®."  All further communications intended for our clients must be directed through this office.  This notice and demand letter provides **<u>Interhealth Nutraceuticals Incorporated</u>** ("YOU") with notice and demand for corrective action arising from YOUR breaches of warranties, and is meant to comply with the Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301, *et seq.*, and the laws requiring pre-suit demand and notice, including the California Consumer Legal Remedies Act, Cal. Civ. Code §§ 1750 *et seq.* ("CLRA").

**I.     <u>SUPERCITRIMAX® GARCINIA CAMBOGIA</u>**

     Obesity in America is a growing epidemic. "Unfortunately, there is no miracle pill that can help Americans lose excess weight, so we have to rely on responsible behavior – including eating

**Exhibit D PAGE 37**

Demand Letter                                                        Page 2

right and being physically active."[1] Despite this consensus from experts and government regulators, YOU have marketed, sold, and distributed a Garcinia cambogia extract called "SuperCitrimax®." Starting sometime around 2012 or earlier, *The Dr. Oz Show* featured several weight-loss supplements that Dr. Oz called "***fat busters***" that allow users to lose weight "without diet and exercise." In an effort to capitalize off of this publicity, YOU began acting in concert with companies that sell supplement products containing Supercitrimax®.  The Supercitrimax® Products ("Products") include, but are not limited to, the following products:

1. "The Labrada Garcinia Cambogia DUAL ACTION FAT BUSTER;"

2. "DietWorks Garcinia Cambogia Weight Management Formula;"

3. "Vitamin Shoppe Garcinia Cambogia" brand supplements.

4. "Life Extension Garcinia Cambogia;"

5. "Puritan's Pride Garcinia Cambogia with Supercitrimax®"

6. "Natrol Pure SuperCitriMax®."

7. "Bluebonnet Nutrition SuperCitriMax®"

YOU exercise a high-degree of control over the sellers of SuperCitirimax® supplements and have acted in concert with sellers of SuperCitrimax® supplements. Moreover, YOU are a joint venture with the sellers of SuperCitrimax® supplements as it is believed that YOU have a common purpose with SuperCitrimax® sellers to profit from the deceptive and misleading sales of Supercitrimax® supplements.

Our clients purchased SuperCitrimax® supplements based on the representations on the package, label, and in other marketing and advertising materials which state, among other thing, that the products are effective for weight loss. Specifically, Ms. Woodard purchased the "Labrada Garcinia Cambogia DUAL ACTION FAT BUSTER" and a Vitamin Shoppe Brand Garcinia Cambogia Supplement on multiple occasions beginning on or around June of 2013 and continuing until approximately December of 2013 from Vitamin Shoppe stores located in Murrieta, California and in Temecula, California. Ms. Woodard paid approximately $14.99 to $19.99 for each Garcinia Cambogia Product that she purchased.

---

[1] Staff Report, *Deception in Weight-Loss Advertising Workshop: Sizing Opportunities and Building Partnerships to Stop Weight- Loss Fraud*, FEDERAL TRADE COMMISSION (Dec. 2003).

Ms. Teresa Rizzo Marino purchased the Diet Works Garcinia Cambogia on multiple occasions beginning on or around March of 2014. Ms. Rizzo Marino purchased the Diet Works Product from Rite Aid and Walmart stores near her home in Brooklyn, New York and paid approximately $19.99.

Our clients would not have purchased the SuperCitrimax® supplements had they known that the products are not effective for weight loss as further explained in this letter. Each Supercitrimax® supplement is substantially similar to the Labrada Garcinia Cambogia supplement and the DietWorks Garcinia Cambogia supplements that are described below.

**A.** **Labrada Garcinia Cambogia DUAL ACTION FAT BUSTER**

YOU deceptively market the Labrada Garcinia Cambogia DUAL ACTION FAT BUSTER by claiming that it is a "DUAL ACTION FAT BUSTER" that "Increases Fat Burning" and "Curbs Appetite to Aid Weight Loss." However, YOU do not disclose to consumers that the purported "active" ingredient in Labrada Garcinia Cambogia with Supercitrimax® does not provide the advertised weight loss benefits. Moreover, YOU falsely claim that the product contains "Zero Filler, Zero Binders, and Zero Artificial Ingredients" even though the Product contains artificial and synthetic fillers and binders as more fully explained herein.

The front label of the Product states "Increases Fat Burning," "Curbs Appetite to Aid Weight Loss," and is "From the Makers of LEAN BODY." The Labrada Garcinia Cambogia side label states that "Labrada Garcinia Cambogia with Super CitriMax® is a DUAL ACTION FAT BUSTER" and "Studies suggest that HCA may inhibit body fat formation and suppress appetite." The label further states, "Use of 2800-3000 mg/day of HCA for 8 weeks has been shown to:"

- **"Reduce body weight"**

- **"Curb appetite and food intake"**

- **"Boost fat burning during exercise and enhances glycogen synthesis"**

The side label also contains a "Reference**s**" section that cites to the following three publications:

- "Preuss HG, Rao CV, Garis R., et al., *Journal of Medicine* 2004; 35 (1-6):33-48."

- "Downs BW, Bagchi M. Subbaraju GV, et al. Mutation Research 2005; 579 (1-2): 149-162."

- "Chen IS, Haung SW Lu HC, et al. British Journal of Nutrition. Apr. 2012; 107(7): 1048-1055."

**Exhibit D PAGE 39**

Demand Letter                                                                                  Page 4

The side label further features the **"Super Citrimax"** logo next to a statement saying that "Super CitriMax® is a registered trademark of Interhealth N.I."

The back label of the Labrada Garcinia cambogia Product states "Garcinia Cambogia Extract: 1560mg," then below that statement reads "standardized minimum 60% (-)-Hydroxycitric acid (HCA) 936 mg."

The back label then has a "Other Ingredients" section that reads "Hypromellose (capsules)," and "Titanium Dioxide."

In bold-face typed capital letters on the back label appear the statements:

a) **"ZERO FILLERS"**

b) **"ZERO BINDERS"**

c) **"ZERO ARTIFICIAL INGREDIENTS."**

The back label further states that the Product is "Made in the USA" next to a picture of an American Flag.

Each of the above-quoted statements are false, misleading, deceptive, and unlawful for the reasons explained herein. Moreover, each of the above-quoted statements create express or implied warranties and YOU have breached said warranties for the reasons described herein.

**B.      DietWorks Garcinia Cambogia**

YOU deceptively market the DietWorks Garcinia Cambogia by claiming that it is a "Weight Management Formula" that is "Stimulant Free" and "Shown to help reduce cravings." YOU also claim that the DietWorks Garcinia Cambogia is made "with clinically-tested Supercitrimax" and the product is "lab tested," "Gold Standard," and "Quality Assured." Furthermore, YOU claim that the product contains "Garcinia Cambogia Standardized to 60% HCA." However, YOU do not disclose to consumers that the purported "active" ingredient in DietWorks Garcinia Cambogia with Supercitrimax® does not provide the advertised weight loss benefits.

The side label of the DietWorks Garcinia Cambogia continues to make false and misleading statements such as the following:

- "Recently, people have discovered the health benefits of DietWorks Garcinia Cambogia, the all-natural way to help reduce your appetite, burn more calories and help curb craving making losing weight faster and easier than ever."

- The naturally occurring compound found in garcinia cambogia is (-) hydroxy citric acid (HCA). HCA has been found to be responsible for garcinia cambogia's powerful weight management properties."

- "HCA is believed to help inhibit an enzyme in our responsible for converting carbohydrates into fat. HCA also has the ability to suppress hunger, curb sugar cravings and increase serotonin levels in the brain which is believed to improve mood and decrease emotional eating."

The other side label of the DietWorks Garcinia Cambogia also makes the following representations about the Product:

- "DietWorks Garcinia Cambogia is made using a patented, clinically validated form of Garcinia Cambogia called Super Citrimax®."

- "Only Super CitiriMax® is supported by 11 published studies demonstrating both efficacy and safety."

- "Used in conjunction with a healthy diet and regular exercise program, DietWorks Garcinia Cambogia may help you achieve and sustain your weight management goals."

  - **"Reduce Cravings"**

  - **"Curb Appetite"**

  - **"Stimulant Free"**

- "Super CitriMax® is a unique, patented form of (-) hydroxycitric acid (HCA) bound to calcium and potassium, which significantly increases the bioavailability and effectiveness of HCA."

Each of the above-quoted statements are false, misleading, deceptive, and unlawful for the reasons explained herein. Moreover, each of the above-quoted statements create express or implied warranties and YOU have breached said warranties for the reasons described herein.

## II.  FALSE AND DECEPTIVE STATEMENTS ABOUT THE SUPERCITRIMAX PRODUCTS

### *Deceptive Weight Loss Benefits*

YOUR claims that the Supercitrimax® supplements provide weight loss benefits is false and misleading. For example, Supercitrimax® (HCA extract from Garcinia cambogia), has been

proven ineffective at providing any weight loss benefits. A significant *Garcinia*/HCA weight loss study was published in 1998 by a group of researchers at Columbia University's Obesity Research Center that was lead by Dr. Heymsfiled and published in the *Journal of the American Medical Association*.[2] This study was, and remains, one of the longest duration (12 weeks) and largest (135 subjects divided equally into placebo and control groups) randomized double-blind clinical trials of *Garcinia cambogia.* The study found that Garcinia extract failed to produce significant loss of weight and fat beyond that observed with placebo. Other studies have similarly concluded that HCA extract from *Garcinia cambogia* fails to provide weight loss benefits. In short, YOUR exaggerated and patently false claims that Supercitrimax® is effective at providing weight loss benefits has deceived our clients and all other consumers who have purchased the Supercitrimax® supplements.

### *Deceptive Clinical Studies*

YOU misrepresent to consumers the true nature of the studies that supposedly support the weight-loss benefits of Supercitrimax®. The Product labels would lead reasonable consumers to believe that the Products are backed by credible and reliable clinical studies and that the Products are proven effective as weight loss supplements. However, YOU conceal material facts about these studies, including but not limited to the following facts:

- Multiple studies cited on the labels used rodents like "Sprague-Dawley rats" as the test subjects instead of actual human beings who are likely to use the products.

- Each and every one of the studies suffers from flawed methodologies and are not the result of accepted scientific methodologies for conducting clinical studies.

- YOU fail to disclose that at least one study was completely funded by YOU —the maker of Supercitrimax®— and and was conducted in India at a "research facility" that is funded and maintained by an affiliated supplement manufacturer. Each of the "researchers" conducting the study are either employees or paid spokespersons for Interhealth and/or its affiliate in India. Moreover, this same Indian supplement manufacturer supplies some, if not all, of the ingredients in the Labrada Garcinia Product. Even worse, the Indian supplement company and/or its agents assigned the patents for Supercitrimax® directly to Interhealth Nutriceuticals. These studies are

---

[2] S.B. Heymsfield, *et al.,* "Garcinia Cambogia (Hydroxycitric Acid) As a Potential Antiobesity Agent: A Randomized Controlled Trial," *J. Amer. Med. Assoc.* 280(18):1596-600 (1998). *Full text available at* http://jama.jamanetwork.com/article.aspx?articleid=188147.

unreliable and not the product of accepted scientific procedures for conducting clinical studies.

- Several studies are conducted *in Vitro* by using cell cultures instead of using actual human beings.

- In several studies, the test subjects were given other supplements <u>*in addition to*</u> Garcinia Cambogia.

### *Deceptive Claim that the Labrada Garcinia Cambogia Product Is "Made in the USA"*

The label of the Labrada Garcinia Cambogia Product deceptively claims that the Product is "Made in the USA" and makes this statement next to a picture of an American flag. However, most, if not all, of the ingredients in the Product are made in a foreign country and imported into the United States, including the Product's purported active ingredient SuperCitrimax®. YOUR deceptive "Made in the USA" statement also violates California Business and Professions Code Section 17533.7, which requires products with labeling statements like "Made in the USA" to contain "not more than 5 percent of the final wholesale value of the manufactured product." The foreign ingredients in the Labrada Garcinia Cambogia Product far exceed 5 percent of the final wholesale value of the Product.

### *Deceptive Claims that Some Products Contain "Zero Fillers, Zero Binders, and Zero Artificial Ingredients"*

The Labrada and Dietworks Garcinia Cambogia Products contain one or more artificial ingredients. Specifically, the Supercitrimax® ingredient is processed and manufactured by artificial means that uses chemical additives and solvents like ammonium chloride. Moreover, the Supercitrimax® ingredient does not contain naturally occurring hydroxycitric acid (HCA), but rather an artificial form of HCA that synthetically binds hydroxycitric acid with potassium and calcium minerals. In addition, the "other ingredients" in the Product are artificial, filler, and/or binders. For example, "Hypromellose" is often used a binder in supplement products. Hypromellose is a synthetic polymer that does not occur naturally. Furthermore, the Labrada Garcinia Cambogia Product contains "titanium dioxide," which is often used a colorant in supplement products. Titanium dioxide in supplement products is often an artificial form called "nano-particle titanium dioxide" that is known to cause adverse health effects.

### *Deceptive Claim that some Products Contain "Standardized" Ingredients*

The label of the Labrada Garcinia Cambogia and the Dietworks Garcinia Cambogia similarly state that the products contain "standardized minimum 60% (-)- Hydroxycitric acid

(HCA) 936 mg" or other similar representations.   However, independent laboratory tests conducted by consumerlabs.com have shown that the Labrada Product, and possibly other Supercitrimax® supplements, do not contain a "standardized minimum 60%" HCA, but rather varying amounts of HCA that are "all over the board." Additional test results performed by Labrada itself also confirmed that the Product does not contain "standardized minimum 60% (-)-Hydroxycitric acid (HCA) 936 mg."

### *"The Dr. Oz Effect"*

YOU have concealed from consumers the fact that YOU have entered into agreement(s) with Dr. Mehmet Oz, or his affiliated companies, whereby YOU provided compensation to Dr. Oz in exchange for promoting and endorsing Supercitrimax® Garcinia Cambogia on *The Dr. Oz Show*. Put simply, at least one episode of *The Dr. Oz Show* was nothing more than an infomercial for Supercitrimax®. That same episode featured a testimonial by Dr. Harry Pruess, an Interhealth spokesperson that was compensated by YOU for performing some of the "clinical studies" that supposedly demonstrate the efficacy of "SuperCitrimax."   Reasonable consumers relied on the representations made by Dr. Oz about the benefits of Garcinia Cambogia and YOU are liable for said representations. Specifically, the following representations were made on at least one episode of the *The Dr. Oz Show*:

**DR. OZ:**

From African mangoes to green coffee, it's the most talked about topic. Everybody wants to know what's the ***newest, fastest fat buster***. You've been stopping me on the street, emailing me. Even my family is asking the same question. How can I burn fat without spending every waking moment exercising and dieting? I just don't have any time to put in more effort. Well thanks to brand new scientific research, I can tell you about a ***revolutionary fat buster***. You're hearing it here first.

**ANNOUNCER:**

It's called garcinia cambogia, a pumpkin shaped fruit that grows in Southeast Asia and India, and it just might be the most exciting breakthrough in natural weight loss to date. ***Revolutionary new research says it could be the magic ingredient that lets you lose weight without diet or exercise.*** Dr. Harry Preuss is at the forefront of the research.

**DR. HARRY PREUSS:**

The ideal weight loss program is one in which you lose fat and you retain your muscle or even build it. With garcinia, you can make that happen. I tell women, "Look at your breast size. If your figure is getting much smaller, that's exactly what you want."

**OTHER DOCTOR:**

Garcinia is an ***exceptionally effective fat buster***. It inhibits the production of fat in the body, and when the body is not making fat, it's burning fat.

**ANNOUNCER:**

Could garcinia cambogia be the ***fat busting breakthrough*** you've been waiting for?

**DR. OZ**

The ***newest, fastest fat buster*** and one of the least expensive too is garcinia cambogia extract. I know it's a mouthful. I'll let you write it down. Garcinia cambogia. Because it may be the simple solution you've been looking for to ***bust your body fat for good***.

Each of the above-referenced statements that were made on *The Dr. Oz Show* are false, misleading, deceptive, and unlawful for the reasons explained herein. Moreover, each of the above-referenced statements create express or implied warranties and YOU have breached said warranties for the reasons described herein.

**III.   VIOLATIONS OF THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT**

Supercitrimax® does not work as advertised to provide the touted weight loss benefits. A reasonable consumer would have relied on the deceptive and false claims made in YOUR advertisements and through the exercise of reasonable diligence, consumers would not have discovered the violations alleged herein because YOU actively and purposefully concealed the truth regarding YOUR SuperCitrimax® Products.

YOUR material misrepresentations are deceiving customers into purchasing the Supercitrimax® supplements when in fact the Products provide no weight loss benefits.

Please be advised that the alleged unfair methods of competition or unfair or deceptive acts or practices are in violation of the California Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750 *et seq.*, but are not necessarily limited to:

§ 1770(a)(2): Misrepresenting the source, sponsorship, approval, or certification of goods or services;

§ 1770(a)(3): Misrepresenting the affiliation, connection, or association with, or certification by, another.

§ 1770(a)(4): Using deceptive representations or designations of geographic origin in connection with goods or services.

1770(a)(5): representing that goods have characteristics, uses, or benefits which they do not have.

§ 1770(a)(7): representing that goods are of a particular standard, quality, or grade if they are of another.

§ 1770(a)(9): advertising goods with intent not to sell them as advertised.

§ 1770(a)(16): representing the subject of a transaction has been supplied in accordance with a previous representation when it has not.

Moreover, YOU have violated the consumer protection statutes of other states, including but not limited to New York General Business Laws § 349 and § 350. This letter is intended to provide YOU notice of these additional violations.

## IV.   BREACH OF EXPRESS AND IMPLIED WARRANTIES AND VIOLATIONS OF THE FEDERAL MAGNUSON-MOSS WARRANTY ACT

This letter further serves to notify you that the Supercitrimax® Products' packaging claims as contained in quotes herein created express and implied warranties under the Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, *et seq.* and state warranty laws.  Those warranties formed part of the benefit of the bargain and when the Products were not as warranted by YOU, my clients and all putative class members suffered economic loss.

Demand Letter                                                          Page 11

## V.      **DEMAND FOR CORRECTIVE ACTION**

YOU have failed to honor your consumer protection obligations.  Based upon the above, demand is hereby made that YOU (1) cease and desist from further sales and distribution of the Supercitrimax® Product; (2) issue an immediate recall of the Supercitrimax® Product; (3) Destroy all false and misleading advertising materials and packaging for the Supercitrimax® Product; (4) Cease and desist from making false and misleading claims about the Supercitrimax® Product; and (5) Make full restitution to all purchasers of the Supercitrimax® supplements of all purchase money expended on the Supercitrimax® supplements.

Please be advised that your failure to comply with this request within a reasonable time— or thirty (30) days for violations of the CLRA— may subject you to the following remedies, available for violations of the CLRA as well as other consumer warranty and consumer protection statutes, which will be requested in a class action complaint on behalf of our clients and all other similarly situated consumers:

   (1) The actual damages suffered;

   (2) An order enjoining you for such methods, acts or practices;

   (3) Restitution of property (when applicable);

   (4) Disgorgement of profits;

   (4) Punitive damages;

   (5) Court costs and attorneys' fees;

   (6) Costs of class action notice and administration; and

   (7) Any other relief which the court deems proper.

## VI.  **DUTY TO PRESERVE EVIDENCE**

Lastly, I remind you of your legal duty to preserve all records relevant to such litigation. *See, e.g., Convolve, Inc. v. Compaq Computer Corp.*, 223 F.R.D 162, 175 (S.D.N.Y 2004); *Zubulake v. UBS Warburg LLC*, 220 F.R.D. 212, 216-18 (S.D.N.Y 2003) ("Once a party reasonably anticipates litigation, it must suspend its routine document retention/destruction policy and put in place a 'litigation hold' to ensure preservation of relevant documents.").  This firm anticipates that all e-mails, letters, reports, internal corporate instant messages, and laboratory records that are related to the formulation, marketing, advertising, and promotion of Supercitrimax® since the time the products entered into the stream of commerce will be sought

Demand Letter                                                                                    Page 12

in the forthcoming discovery process. In addition, YOU must place a litigation hold on documents that relate to underlying data that was generated in the clinical studies that YOU contend support the efficacy claims of Supercitrimax® YOU therefore must inform any employees, contractors, and third-party agents (for example product consultants and advertising agencies handling your product account and Laila Nutraceuticals and the Laila Impex) to preserve all such relevant information.

YOU are directed to immediately initiate a litigation hold for potentially relevant Electronically Stored Information ("ESI"), documents and tangible things, and to act diligently and in good faith to secure and audit compliance with such litigation hold. YOU are further directed to immediately identify and modify or suspend features of your information systems and devices that, in routine operation, operate to cause the loss of potentially relevant ESI. Examples of such features and operations include:

• Purging the contents of e-mail repositories by age, capacity or other criteria;

• Using data or media wiping, disposal, erasure or encryption utilities or devices;

• Overwriting, erasing, destroying or discarding back up media;

• Re-assigning, re-imaging or disposing of systems, servers, devices or media;

•  Running antivirus or other programs effecting wholesale metadata alteration;

• Releasing or purging online storage repositories;

• Using metadata stripper utilities;

• Disabling server or IM logging; and,

• Executing drive or file defragmentation or compression programs.

This firm expects that YOU will act swiftly to preserve data on office workstations and servers.  YOU should also determine if any home or portable systems may contain potentially relevant data. To the extent that officers, board members or employees have sent or received potentially relevant e-mails or created or reviewed potentially relevant documents away from the office, you must preserve the contents of systems, devices and media used for these purposes (including not only potentially relevant data from portable and home computers, but also from portable thumb drives, CD-R disks and the user's PDA, smart phone, voice mailbox or other forms of ESI storage.). Similarly, if employees, officers or board members used online or browser-based email accounts or services (such as AOL, Gmail, Yahoo Mail or the like) to send or receive

Demand Letter                                                                          Page 13

potentially relevant messages and attachments, the contents of these account mailboxes (including Sent, Deleted and Archived Message folders) should be preserved.

Please confirm by **<u>Feburary 19, 2016</u>** that you have taken the steps outlined in this letter to preserve ESI and tangible documents potentially relevant to this action. If YOU have not undertaken the steps outlined above, or have taken other actions, please describe what YOU have done to preserve potentially relevant evidence.

I look forward to YOU taking corrective action. Thank you for your time and consideration in this matter.


Sincerely,


**THE LAW OFFICES OF RONALD A. MARRON**

<u>/s/ Ronald A. Marron</u>
Ronald A. Marron
*Attorney for Veda Woodard, Teresa Rizzo-Marino, all others similarly situated, and the general public*

     o  2) "Svetol® has no reported side effects."

     o  3) "Contains less caffeine than a quarter cup of coffee."

6) "In a published 60 day double-blind, placebo-controlled clinical trial, human subjects taking SVETOL® combined with proper nutrition lost up to 14 pounds and over 100% more weight loss than placebo group."

7) "SVETOL® cuts weight via 3 key benefits:

     o  1) "Improves body shape and firmness by improving lean to fat mass ratio"

     o  2) "Shuts down glucose pathways so you can burn fat more easily"

     o  3) "Decreases intestinal glucose absorption"

Each of the above-quoted statements are false, misleading, deceptive, and unlawful for the reasons explained herein. Moreover, each of the above-quoted statements create express or implied warranties and YOU have breached said warranties for the reasons alleged herein.

## II.    THE LABRADA GREEN COFFEE BEAN EXTRACT WITH SVETOL®

The front label of the Labrada Green Coffee Bean Extract deceptively states that the product is a "Fat Loss Optimizer" that is "From the Makers of LEAN BODY." The front label further states that the product contains "Svetol®, 45% Chlorogenic Acid," and is "Stimulant Free."

The side-label of the Product states "**Green Coffee Bean Extract** is a natural powder extract from unroasted coffee beans. Green Coffee Bean Extract is rich in natural compounds, such as chlorogenic acids, that are known to have health benefits and to influence glucose and fat metabolism."

The side-label further states that "Recent peer-reviewed published studies have found that Green Coffee Bean Extract" does the following:

- **"Helps Support Significant Fat Loss."** and

- **"Contains Natural Anti-Oxidant Properties"**

Below these statements is a "References" section that is surrounded by a bright red rectangle that cites the following studies that purportedly support the product's weight-loss benefits:

1. "Vinson JA, et al. Diab. Metab. Snyder & Obes. Jan 2012"

2.  "Farah A, et al. Jour of Nutr. Dec. 2008"

The back label of the Labrada Green Coffee Bean Product states "Green Coffee Bean Extract: 400 mg," then below that statement reads "Svetol®** Standardized to 45-50% total Chlorogenic Acids.

The back label then has a "Other Ingredients" section that reads "Gelatin, Maltodextrin, Magnesium Stearate, Silica, Sodium Copper Chlorophyllin, and titanium dioxide." In bold-face typed capital letters on the back label appear the statements:

      a)  **"ZERO FILLERS"**

      b)  **"ZERO BINDERS"**

      c)  **"ZERO ARTIFICIAL INGREDIENTS."**

Each of the above-quoted statements are false, misleading, deceptive, and unlawful for the reasons explained herein. Moreover, each of the above-quoted statements create express or implied warranties and YOU have breached said warranties for the reasons described herein.

### *Deceptive Weight Loss Benefits*

YOUR claims that the Svetol® Green Coffee Bean Extract provides weight loss benefits is false and misleading. For example, A study in the *Journal of Agricultural and Food Chemistry* found that the main ingredient in Svetol®- chlorogenic acid- was not effective when given to mice over a 12-week period. In fact, taking the compound gave the mice early symptoms of diabetes. Moreover,  "A meta-analysis a few years ago combined the results from three small, short-term trials. The authors found that green coffee extract was associated with losing about 5 pounds. But this slimming effect vanished when the authors analyzed the two studies that used the type of supplement recommended by Dr. Oz — green coffee extract enriched with chlorogenic acid."

### *Deceptive Clinical Studies*

YOU misrepresent to consumers the true nature of the studies cited by YOU in support of Svetol® and the Labrada Product. YOU have also concealed material facts about the clinical studies supporting Green Coffee Bean extract. For example, the Vinson study that appears on the label of the Labrada product was  ***retracted by the journal that published it*** after an FTC investigation revealed that "the principal investigator repeatedly: (1) altered the weights and other

key measurements of the subjects; (2) changed the length of the trial; and (3) confused which subjects took either the placebo or [Green Coffee Bean Extract] at various points during the trial."[2]

## III.   VIOLATIONS OF THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT

None of the ingredients in the Labrada Product, including Svetol®, work as advertised to provide the touted weight loss benefits. A reasonable consumer would have relied on the deceptive and false claims made in YOUR advertisements and through the exercise of reasonable diligence, consumers would not have discovered the violations alleged herein because YOU actively and purposefully concealed the truth regarding YOUR Svetol® Product and the Labrada Product.

YOUR material misrepresentations are deceiving customers into purchasing products that contain Svetol® when in fact the Products provide no weight loss benefits.

Please be advised that the alleged unfair methods of competition or unfair or deceptive acts or practices are in violation of the California Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750 *et seq*., but are not necessarily limited to:

§ 1770(a)(2): Misrepresenting the source, sponsorship, approval, or certification of goods or services;

§ 1770(a)(3): Misrepresenting the affiliation, connection, or association with, or certification by, another.

§ 1770(a)(4): Using deceptive representations or designations of geographic origin in connection with goods or services.

1770(a)(5): representing that goods have characteristics, uses, or benefits which they do not have.

§ 1770(a)(7): representing that goods are of a particular standard, quality, or grade if they are of another.

§ 1770(a)(9): advertising goods with intent not to sell them as advertised.

§ 1770(a) (16): representing the subject of a transaction has been supplied in accordance with a previous representation when it has not.

---

[2] *See FTC v. Applied Food Sciences, Inc*., Civ. No., 1-14-cv-00851 (W.D. Tex. Sept. 8, 2014), https://www.ftc.gov/system/files/documents/cases/140908afscmpt.pdf.

## IV.    BREACH OF EXPRESS AND IMPLIED WARRANTIES AND VIOLATIONS OF THE FEDERAL MAGNUSON-MOSS WARRANTY ACT

This letter further serves to notify you that the claims as contained in quotes herein created express and implied warranties under the Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, et seq. and state warranty laws.  Those warranties formed part of the benefit of the bargain and when the Product was not as warranted by YOU, my client and all putative class members suffered economic loss.

## V.    DEMAND FOR CORRECTIVE ACTION

YOU have failed to honor your consumer protection obligations.  Based upon the above, demand is hereby made that YOU (1) cease and desist from further sales of Svetol®; (2) issue an immediate recall of the Svetol® Products; (3) Destroy all false and misleading advertising materials and packaging for the Svetol® Products; (4) Cease and desist from making false and misleading claims about the Svetol® Product and all substantially similar weight loss products; and (5) Make full restitution to all purchasers of of the Svetol®  products of all purchase money expended on the Svetol® products.

Please be advised that your failure to comply with this request within a reasonable time—or thirty (30) days for the alleged CLRA violations— may subject you to the following remedies, available for violations of the CLRA, which will be requested in a class action complaint on behalf of our client and all other similarly situated consumers:

(1) The actual damages suffered;

(2) An order enjoining you for such methods, acts or practices;

(3) Restitution of property (when applicable);

(4) Disgorgement of profits;

(4) Punitive damages;

(5) Court costs and attorneys' fees;

(6) Costs of class action notice and administration; and

(7) Any other relief which the court deems proper.

Demand Letter                                                                                              Page 7

## VI.   DUTY TO PRESERVE EVIDENCE

Lastly, I remind you of your legal duty to preserve all records relevant to such litigation. See, e.g., Convolve, Inc. v. Compaq Computer Corp., 223 F.R.D 162, 175 (S.D.N.Y 2004); Zubulake v. UBS Warburg LLC, 220 F.R.D. 212, 216-18 (S.D.N.Y 2003) ("Once a party reasonably anticipates litigation, it must suspend its routine document retention/destruction policy and put in place a 'litigation hold' to ensure preservation of relevant documents."). This firm anticipates that all e-mails, letters, reports, internal corporate instant messages, and laboratory records that related to the formulation, marketing, advertising, and promotion of YOUR Svetol® Product since the time the product entered into the stream of commerce will be sought in the forthcoming discovery process. YOU therefore must inform any employees, contractors, and third-party agents (for example product consultants and advertising agencies handling your product account) to preserve all such relevant information.

YOU are directed to immediately initiate a litigation hold for potentially relevant Electronically Stored Information ("ESI"), documents and tangible things, and to act diligently and in good faith to secure and audit compliance with such litigation hold. YOU are further directed to immediately identify and modify or suspend features of your information systems and devices that, in routine operation, operate to cause the loss of potentially relevant ESI. Examples of such features and operations include:

• Purging the contents of e-mail repositories by age, capacity or other criteria;

• Using data or media wiping, disposal, erasure or encryption utilities or devices;

• Overwriting, erasing, destroying or discarding back up media;

• Re-assigning, re-imaging or disposing of systems, servers, devices or media;

• Releasing or purging online storage repositories;

• Using metadata stripper utilities;

• Disabling server or IM logging; and,

• Executing drive or file defragmentation or compression programs.

This firm expects that YOU will act swiftly to preserve data on office workstations and servers. YOU should also determine if any home or portable systems may contain potentially relevant data. To the extent that officers, board members or employees have sent or received potentially relevant e-mails or created or reviewed potentially relevant documents away from the

office, you must preserve the contents of systems, devices and media used for these purposes
(including not only potentially relevant data from portable and home computers, but also from
portable thumb drives, CD-R disks and the user's smart phone, voice mailbox or other forms of
ESI storage.). Similarly, if employees, officers or board members used online or browser-based
email accounts or services (e.g., Gmail, Yahoo Mail, AOL) to send or receive potentially relevant
messages and attachments, the contents of these account mailboxes (including Sent, Deleted and
Archived Message folders) should be preserved.

Please confirm that you have taken the steps outlined in this letter to preserve ESI and
tangible documents potentially relevant to this action. If YOU have not undertaken the steps
outlined above, or have taken other actions, please describe what YOU have done to preserve
potentially relevant evidence.

I look forward to YOU taking corrective action. Thank you for your time and consideration
in this matter.


Sincerely,


**THE LAW OFFICES OF RONALD A. MARRON**

/s/ Ronald A. Marron
Ronald A. Marron
*Attorney for Veda Woodard, all others similarly situated, and the*
*general public*

"research facility" that is funded and maintained by an affiliated supplement manufacturer. Each of the "researchers" conducting the study are either employees or paid spokespersons for Interhealth and/or its affiliate in India. Moreover, this same Indian supplement manufacturer supplies some, if not all, of the ingredients in the Labrada Garcinia Product. Even worse, the Indian supplement company and/or its agents assigned the patents for Supercitrimax® directly to Interhealth Nutriceuticals.

• Several studies are conducted *in Vitro* by using cell cultures instead of using actual human beings.

• The test subjects in several studies were given other supplements *in addition to* Garcinia Cambogia and/or Green Coffee Bean Extract.

### *Deceptive Claim that some Labrada Products Are "Made in the USA"*

The label of the Labrada Garcinia Cambogia Product deceptively claims that the Product is "Made in the USA" and makes this statement next to a picture of an American flag. However, most, if not all, of the ingredients in the Product are made in a foreign country and imported into the United States, including the Product's purported active ingredient SuperCitrimax®. YOUR deceptive "Made in the USA" statement also violates California Business and Professions Code Section 17533.7, which requires products with labeling statements like "Made in the USA" to contain "not more than 5 percent of the final wholesale value of the manufactured product." The foreign ingredients in the Labrada Garcinia Cambogia Product far exceed 5 percent of the final wholesale value of the Product.

### *Deceptive Claims that Some Products Contain "Zero Fillers, Zero Binders, and Zero Artificial Ingredients"*

YOUR Labrada Garcinia Cambogia Product contains one or more artificial ingredients. Specifically, the Supercitrimax® ingredient is processed and manufactured by artificial means that uses chemical additives and solvents like ammonium chloride. Moreover, the Supercitrimax® ingredient does not contain naturally occurring hydroxycitric acid (HCA), but rather an artificial form of HCA that synthetically binds hydroxycitric acid with potassium and calcium minerals. In addition, the "other ingredients" in the Product are artificial, filler, and/or binders. For example, "Hypromellose" is often used a binder in supplement products. Hypromellose is a synthetic polymer that does not occur naturally. Furthermore, the Labrada Garcinia Cambogia Product contains "titanium dioxide," which is often used a colorant in supplement products. Titanium dioxide in supplement products is often an artificial form called "nano-particle titanium dioxide" that is known to cause adverse health effects.

Each of the other products also contain artificial ingredients like "Svetol® Green Coffee Bean," "Raspberry Ketones," "Ursolic Acid," "Maltrodextrin," "Gelatin," "Silica," "Magnesium Stearate," and "Sodium Copper Chlorophyllin."

### *Deceptive Claim that some Products Contain "Standardized" Ingredients*

The label of the Labrada Garcinia Cambogia states that it contains "standardized minimum 60% (-)- Hydroxycitric acid (HCA) 936 mg." However, independent laboratory tests conducted by consumerlabs.com have shown that the Labrada Product does not contain a "standardized minimum 60%" HCA, but rather varying amounts of HCA that are "all over the board." Additional test results performed by Labrada itself also confirmed that the Product does not contain "standardized minimum 60% (-)- Hydroxycitric acid (HCA) 936 mg."

Independent tests have also been performed on supplements containing green coffee bean extract and most were found to have an unstandardized form of Green Coffee Bean Extract.

### III.   VIOLATIONS OF THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT

None of the ingredients in the Labrada Fat Buster Products work as advertised to provide the touted weight loss benefits. A reasonable consumer would have relied on the deceptive and false claims made in YOUR advertisements and through the exercise of reasonable diligence, consumers would not have discovered the violations alleged herein because YOU actively and purposefully concealed the truth regarding YOUR Labrada Fat Buster Products.

YOUR material misrepresentations are deceiving customers into purchasing the Labrada Fat Buster Products when in fact the Products provide no weight loss benefits.

Please be advised that the alleged unfair methods of competition or unfair or deceptive acts or practices are in violation of the California Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750 *et seq.*, but are not necessarily limited to:

§ 1770(a)(2): Misrepresenting the source, sponsorship, approval, or certification of goods or services;

§ 1770(a)(3): Misrepresenting the affiliation, connection, or association with, or certification by, another.

§ 1770(a)(4): Using deceptive representations or designations of geographic origin in connection with goods or services.

1770(a)(5): representing that goods have characteristics, uses, or benefits which they do not have.

§ 1770(a)(7): representing that goods are of a particular standard, quality, or grade if they are of another.

§ 1770(a)(9): advertising goods with intent not to sell them as advertised.

§ 1770(a)(16): representing the subject of a transaction has been supplied in accordance with a previous representation when it has not.

Moreover, YOU have violated the consumer protection statutes of other states, including but not limited to New York General Business Laws § 349 and § 350. This letter is intended to provide YOU notice of these additional violations.

## IV.    BREACH OF EXPRESS AND IMPLIED WARRANTIES AND VIOLATIONS OF THE FEDERAL MAGNUSON-MOSS WARRANTY ACT

This letter further serves to notify you that the Labrada Fat Busters Products' packaging claims as contained in quotes herein created express and implied warranties under the Magnuson Moss Warranty Act, 15 U.S.C. §§ 2301, *et seq.* and state warranty laws. Those warranties formed part of the benefit of the bargain and when the Products were not as warranted by YOU, my clients and all putative class members suffered economic loss.

## V.    DEMAND FOR CORRECTIVE ACTION

YOU have failed to honor your consumer protection obligations. Based upon the above, demand is hereby made that YOU (1) cease and desist from further sales of the Labrada Fat Buster Products; (2) issue an immediate recall of the Labrada Fat Buster Products; (3) Destroy all false and misleading advertising materials and packaging for the Labrada Fat Buster Products; (4) Cease and desist from making false and misleading claims about the Labrada Fat Buster Products and all substantially similar weight loss products; and (5) Make full restitution to all purchasers of of the Labrada Fat Buster products of all purchase money expended on the Labrada Fat Buster Products.

Please be advised that your failure to comply with this request within thirty (30) days may subject you to the following remedies, available for violations of the CLRA as well as other consumer warranty and consumer protection statutes, which will be requested in a class action complaint on behalf of our clients and all other similarly situated consumers:

(1) The actual damages suffered;

(2) An order enjoining you for such methods, acts or practices;

(3) Restitution of property (when applicable);

(4) Disgorgement of profits;

(4) Punitive damages;

(5) Court costs and attorneys' fees;

(6) Costs of class action notice and administration; and

(7) Any other relief which the court deems proper.

## VI.  DUTY TO PRESERVE EVIDENCE

Lastly, I remind you of your legal duty to preserve all records relevant to such litigation. *See, e.g., Convolve, Inc. v. Compaq Computer Corp.*, 223 F.R.D 162, 175 (S.D.N.Y 2004); *Zubulake v. UBS Warburg LLC*, 220 F.R.D. 212, 216-18 (S.D.N.Y 2003) ("Once a party reasonably anticipates litigation, it must suspend its routine document retention/destruction policy and put in place a 'litigation hold' to ensure preservation of relevant documents.").  This firm anticipates that all e-mails, letters, reports, internal corporate instant messages, and laboratory records that related to the formulation, marketing, advertising, and promotion of YOUR Labrada Fat Buster Products since the time the products entered into the stream of commerce will be sought in the forthcoming discovery process.  YOU therefore must inform any employees, contractors, and third-party agents (for example product consultants and advertising agencies handling your product account) to preserve all such relevant information.

YOU are directed to immediately initiate a litigation hold for potentially relevant Electronically Stored Information ("ESI"), documents and tangible things, and to act diligently and in good faith to secure and audit compliance with such litigation hold. You are further directed to immediately identify and modify or suspend features of your information systems and devices that, in routine operation, operate to cause the loss of potentially relevant ESI. Examples of such features and operations include:

• Purging the contents of e-mail repositories by age, capacity or other criteria;

• Using data or media wiping, disposal, erasure or encryption utilities or devices;

• Overwriting, erasing, destroying or discarding back up media;

• Re-assigning, re-imaging or disposing of systems, servers, devices or media;

•  Running antivirus or other programs effecting wholesale metadata alteration;

Demand Letter

- Releasing or purging online storage repositories;

- Using metadata stripper utilities;

- Disabling server or IM logging; and,

- Executing drive or file defragmentation or compression programs.

This firm expects that YOU will act swiftly to preserve data on office workstations and servers. YOU should also determine if any home or portable systems may contain potentially relevant data. To the extent that officers, board members or employees have sent or received potentially relevant e-mails or created or reviewed potentially relevant documents away from the office, you must preserve the contents of systems, devices and media used for these purposes (including not only potentially relevant data from portable and home computers, but also from portable thumb drives, CD-R disks and the user's PDA, smart phone, voice mailbox or other forms of ESI storage.). Similarly, if employees, officers or board members used online or browser-based email accounts or services (such as AOL, Gmail, Yahoo Mail or the like) to send or receive potentially relevant messages and attachments, the contents of these account mailboxes (including Sent, Deleted and Archived Message folders) should be preserved.

Please confirm by <u>**February 19, 2016**</u> that you have taken the steps outlined in this letter to preserve ESI and tangible documents potentially relevant to this action. If YOU have not undertaken the steps outlined above, or have taken other actions, please describe what YOU have done to preserve potentially relevant evidence.

I look forward to YOU taking corrective action. Thank you for your time and consideration in this matter.

Sincerely,


**THE LAW OFFICES OF RONALD A. MARRON**

<u>/s/ Ronald A. Marron</u>
Ronald A. Marron
*Attorney for Veda Woodard, Teresa Rizzo-Marino, all others
similarly situated, and the general public*


**Exhibit D PAGE 60**