Matthew L. Marshall, Esq.  SBN: 168013
**CLARK HILL LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, California 90017
Telephone:     (213) 891-9100
Facsimile:     (213) 488-1178
mlmarshall@clarkhill.com

Attorney for Defendant
INTERHEALTH NUTRACEUTICALS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| VEDA WOODARD, TERESA RIZZO-MARINO, and DIANE MORRISON on behalf of themselves, all others similarly situated, and the general public,<br><br>          Plaintiffs,<br><br>          vs.<br><br>LEE LABRADA, LABRADA BODYBUILDING NUTRITION, INC.; LABRADA NUTRITIONAL SYSTEMS, INC.; DR. MEHMET C. OZ, M.D.; ENTERTAINMENT MEDIA VENTURES, INC., d/b/a OZ MEDIA; ZOCO PRODUCTIONS LLC; HARPO PRODUCTIONS, INC.; SONY PICTURES TELEVISION, INC.; NATUREX, INC.; and INTERHEALTH NUTRACEUTICALS, INC.,<br><br>          Defendants. | Case No. 5:16-cv-00189-JGB (SPx)<br><br>**ANSWER OF INTERHEALTH NUTRACEUTICALS, INC. TO FIRST AMENDED COMPLAINT; AFFIRMATIVE DEFENSES; PRAYER FOR RELIEF AND JURY DEMAND** |

          Pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, Defendant InterHealth Nutraceuticals, Inc. ("Defendant") hereby answers Plaintiffs First Amended Complaint ("FAC") as follows:

1

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1    1.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of the FAC, and therefore denies each and every allegation contained in paragraph 1 of the FAC.

## JURISDICTION AND VENUE

2.   The allegations contained in paragraph 2 of the FAC are conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge or information to either admit or deny the allegations contained therein and therefore the allegations are denied.

3.   The allegations contained in paragraph 3 of the FAC are conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge or information to either admit or deny the allegations contained therein and therefore the allegations are denied.

4.   The allegations contained in paragraph 4 of the FAC are conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge or information to either admit or deny the allegations contained therein and therefore the allegations are denied.

## NATURE OF THE ACTION

5.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the FAC, and therefore denies each and every allegation contained in paragraph 5 of the FAC.

6.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the FAC, and therefore denies each and every allegation contained in paragraph 6 of the FAC.

7.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the FAC, and therefore denies each and every allegation contained in paragraph 7 of the FAC.

8.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the FAC, and therefore denies each and every allegation contained in paragraph 8 of the FAC.

9.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the FAC, and therefore denies each and every allegation contained in paragraph 9 of the FAC.

10.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the FAC, and therefore denies each and every allegation contained in paragraph 10 of the FAC.

11.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the FAC, and therefore denies each and every allegation contained in paragraph 11 of the FAC.

12.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the FAC, and therefore denies each and every allegation contained in paragraph 12 of the FAC.

13.   Defendant admits the allegations contained in paragraph 13 of the FAC.

14.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the FAC, and therefore denies each and every allegation contained in paragraph 14 of the FAC.

15.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the FAC, and therefore denies each and every allegation contained in paragraph 15 of the FAC.

16.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the FAC, and therefore denies each and every allegation contained in paragraph 16 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

17. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the FAC, and therefore denies each and every allegation contained in paragraph 17 of the FAC.

18. Defendant denies it committed the acts ascribed to it as described in paragraph 18 of the FAC. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 18 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 18 of the FAC.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the FAC, and therefore denies each and every allegation contained in paragraph 19 of the FAC.

20. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the FAC, and therefore denies each and every allegation contained in paragraph 20 of the FAC.

21. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the FAC, and therefore denies each and every allegation contained in paragraph 21 of the FAC.

22. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the FAC, and therefore denies each and every allegation contained in paragraph 22 of the FAC.

23. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the FAC, and therefore denies each and every allegation contained in paragraph 23 of the FAC.

24. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of the FAC, and therefore denies each and every allegation contained in paragraph 24 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

25.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the FAC, and therefore denies each and every allegation contained in paragraph 25 of the FAC.

26.  The allegations contained in paragraph 26 of the FAC are conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge or information to either admit or deny the allegations contained therein and therefore the allegations are denied.

27.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 27 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 27 of the FAC.

28.  Defendant denies it committed the acts ascribed to it as described in paragraph 28 of the FAC.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 28 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 28 of the FAC.

29.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 29 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 29 of the FAC.

## **THE PARTIES**

### *A. The Plaintiffs and Proposed Class Representatives*

i.  Plaintiff Veda Woodard

30. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the FAC, and therefore denies each and every allegation contained in paragraph 30 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

31. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the FAC, and therefore denies each and every allegation contained in paragraph 31 of the FAC.

### ii.   Plaintiff Teresa Rizzo-Marino

32. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the FAC, and therefore denies each and every allegation contained in paragraph 32 of the FAC.

33. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of the FAC, and therefore denies each and every allegation contained in paragraph 33 of the FAC.

### iii.   Plaintiff Diane Morrison

34. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the FAC, and therefore denies each and every allegation contained in paragraph 34 of the FAC.

35. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the FAC, and therefore denies each and every allegation contained in paragraph 35 of the FAC.

### B. The "Labrada Defendants"

### iv.   Defendant Lee Labrada

36. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the FAC, and therefore denies each and every allegation contained in paragraph 36 of the FAC.

37. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of the FAC, and therefore denies each and every allegation contained in paragraph 37 of the FAC.

38. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the FAC, and therefore denies each and every allegation contained in paragraph 38 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

39. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the FAC, and therefore denies each and every allegation contained in paragraph 39 of the FAC.

40. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the FAC, and therefore denies each and every allegation contained in paragraph 40 of the FAC.

v.     <u>Defendant Labrada Bodybuilding Nutrition, Inc.</u>

41. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of the FAC, and therefore denies each and every allegation contained in paragraph 41 of the FAC.

vi.     <u>Defendant Labrada Nutritional Systems, Inc.</u>

42. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the FAC, and therefore denies each and every allegation contained in paragraph 42 of the FAC.

vii.     <u>The Labrada Joint Enterprise</u>

43. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the FAC, and therefore denies each and every allegation contained in paragraph 43 of the FAC.

***C.*** *<u>Media Defendants</u>*

viii.     <u>Defendant Dr. Mehmet C. Oz, M.D.</u>

44. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the FAC, and therefore denies each and every allegation contained in paragraph 44 of the FAC.

ix.     <u>Defendant Entertainment Media Ventures, Inc. d/b/a "Oz Media"</u>

45. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the FAC, and therefore denies each and every allegation contained in paragraph 45 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1    46. Defendant is without knowledge or information sufficient to form a

2    belief as to the truth of the allegations contained in paragraph 46 of the FAC, and

3    therefore denies each and every allegation contained in paragraph 46 of the FAC.

4    47. Defendant is without knowledge or information sufficient to form a

5    belief as to the truth of the allegations contained in paragraph 47 of the FAC, and

6    therefore denies each and every allegation contained in paragraph 47 of the FAC.

7    48. Defendant is without knowledge or information sufficient to form a

8    belief as to the truth of the allegations contained in paragraph 48 of the FAC, and

9    therefore denies each and every allegation contained in paragraph 48 of the FAC.

10    49. Defendant is without knowledge or information sufficient to form a

11    belief as to the truth of the allegations contained in paragraph 49 of the FAC, and

12    therefore denies each and every allegation contained in paragraph 49 of the FAC.

13    50. Defendant is without knowledge or information sufficient to form a

14    belief as to the truth of the allegations contained in paragraph 50 of the FAC, and

15    therefore denies each and every allegation contained in paragraph 50 of the FAC.

16    51. Defendant is without knowledge or information sufficient to form a

17    belief as to the truth of the allegations contained in paragraph 51 of the FAC, and

18    therefore denies each and every allegation contained in paragraph 51 of the FAC.

19                          x.    Defendant Zoco Productions, LLC

20    52. Defendant is without knowledge or information sufficient to form a

21    belief as to the truth of the allegations contained in paragraph 52 of the FAC, and

22    therefore denies each and every allegation contained in paragraph 52 of the FAC.

23    53. Defendant is without knowledge or information sufficient to form a

24    belief as to the truth of the allegations contained in paragraph 53 of the FAC, and

25    therefore denies each and every allegation contained in paragraph 53 of the FAC.

26                          xi.    Defendant Harpo Productions, Inc.

27

28

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

54. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of the FAC, and therefore denies each and every allegation contained in paragraph 54 of the FAC.

xii.   Defendant Sony Pictures Television, Inc.

55. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the FAC, and therefore denies each and every allegation contained in paragraph 55 of the FAC.

56. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the FAC, and therefore denies each and every allegation contained in paragraph 56 of the FAC.

*a.   The Media Defendants Are General Partners*

57. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of the FAC, and therefore denies each and every allegation contained in paragraph 57 of the FAC.

58. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of the FAC, and therefore denies each and every allegation contained in paragraph 58 of the FAC.

59. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 59 of the FAC, and therefore denies each and every allegation contained in paragraph 59 of the FAC.

***D. The Supplier Defendants***

xiii.  Defendant Naturex

60. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of the FAC, and therefore denies each and every allegation contained in paragraph 60 of the FAC.

61. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the FAC, and therefore denies each and every allegation contained in paragraph 61 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

62.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of the FAC, and therefore denies each and every allegation contained in paragraph 62 of the FAC.

63.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of the FAC, and therefore denies each and every allegation contained in paragraph 63 of the FAC.

xiv.  <u>Defendant InterHealth Nutraceuticals, Inc.</u>

64.  Defendant denies that is develops, manufactures, promotes, markets, distributes, and/or sells the Labrada Garcinia Cambogia with Supercitrimax® product across the United States, including to hundreds of thousands of consumers in California.  Defendant admits the remaining allegations in paragraph 64 of the FAC.

65.  Defendant admits the allegations in paragraph 65 of the FAC.

66.  InterHealth admits that the Supercitrimax® trademark and logo appear on the bottles of the Labrada Garcinia Cambogia.  Defendant denies the remaining allegations in paragraph 66 of the FAC.

## THE PRODUCTS

67.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 of the FAC, and therefore denies each and every allegation contained in paragraph 67 of the FAC.

68.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 68 of the FAC, and therefore denies each and every allegation contained in paragraph 68 of the FAC.

69.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of the FAC, and therefore denies each and every allegation contained in paragraph 69 of the FAC.

***A. The Labrada Green Coffee Bean Extract FAT LOSS OPTIMIZER***

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

70. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 70 of the FAC, and therefore denies each and every allegation contained in paragraph 70 of the FAC.

71. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 71 of the FAC, and therefore denies each and every allegation contained in paragraph 71 of the FAC.

72. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 72 of the FAC, and therefore denies each and every allegation contained in paragraph 72 of the FAC.

73. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of the FAC, and therefore denies each and every allegation contained in paragraph 73 of the FAC.

74. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of the FAC, and therefore denies each and every allegation contained in paragraph 74 of the FAC.

75. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 75 of the FAC, and therefore denies each and every allegation contained in paragraph 75 of the FAC.

76. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of the FAC, and therefore denies each and every allegation contained in paragraph 76 of the FAC.

### B. The Labrada Garcinia Cambogia DUAL ACTION FAT BUSTER

77. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 77 of the FAC, and therefore denies each and every allegation contained in paragraph 77 of the FAC.

78. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of the FAC, and therefore denies each and every allegation contained in paragraph 78 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

79. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 79 of the FAC, and therefore denies each and every allegation contained in paragraph 79 of the FAC.

80. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of the FAC, and therefore denies each and every allegation contained in paragraph 80 of the FAC.

81. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81 of the FAC, and therefore denies each and every allegation contained in paragraph 81 of the FAC.

82. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of the FAC, and therefore denies each and every allegation contained in paragraph 82 of the FAC.

83. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 83 of the FAC, and therefore denies each and every allegation contained in paragraph 83 of the FAC.

84. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 84 of the FAC, and therefore denies each and every allegation contained in paragraph 84 of the FAC.

85. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 of the FAC, and therefore denies each and every allegation contained in paragraph 85 of the FAC.

86. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 of the FAC, and therefore denies each and every allegation contained in paragraph 86 of the FAC.

## THE DECEPTIVE LABELING OF THE LABRADA PRODUCTS

87. Defendant denies it committed the acts ascribed to it as described in paragraph 87 of the FAC. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in

paragraph 87 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 87 of the FAC.

88.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 of the FAC, and therefore denies each and every allegation contained in paragraph 88 of the FAC.

89.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 89 of the FAC, and therefore denies each and every allegation contained in paragraph 89 of the FAC.

90.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 90 of the FAC, and therefore denies each and every allegation contained in paragraph 90 of the FAC.

91.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91 of the FAC, and therefore denies each and every allegation contained in paragraph 91 of the FAC.

92.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 92 of the FAC, and therefore denies each and every allegation contained in paragraph 92 of the FAC.

93.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 93 of the FAC, and therefore denies each and every allegation contained in paragraph 93 of the FAC.

94.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 94 of the FAC, and therefore denies each and every allegation contained in paragraph 94 of the FAC.

### C. Green Coffee Bean Extract Is Not an Effective Fat Loss Optimizer

95.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 95 of the FAC, and therefore denies each and every allegation contained in paragraph 95 of the FAC.

### D. Labrada Misrepresents the Quality of the Products

13

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

96. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of the FAC, and therefore denies each and every allegation contained in paragraph 96 of the FAC.

97. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 97 of the FAC, and therefore denies each and every allegation contained in paragraph 97 of the FAC.

98. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 98 of the FAC, and therefore denies each and every allegation contained in paragraph 98 of the FAC.

99. Defendant denies it committed the acts ascribed to it as described in paragraph 99 of the FAC. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 99 of the FAC, and therefore denies each and every allegation contained in paragraph 99 of the FAC.

100. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 100 of the FAC, and therefore denies each and every allegation contained in paragraph 100 of the FAC.

### E. False Claims that Labrada Products contain "Zero Binders, Zero Fillers and Zero Artificial Ingredients"

101. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 101 of the FAC, and therefore denies each and every allegation contained in paragraph 101 of the FAC.

102. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 102 of the FAC, and therefore denies each and every allegation contained in paragraph 102 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

103.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 103 of the FAC, and therefore denies each and every allegation contained in paragraph 103 of the FAC.

### *F. Labrada Garcinia Cambogia Is Not "Made in the USA."*

104.     Defendant admits that it imports Supercitrimax® from Laila Nutraceuticals in India.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 104 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 104 of the FAC.

105.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 105 of the FAC, and therefore denies each and every allegation contained in paragraph 105 of the FAC.

### **THE DOCTOR OZ EFFECT**

106.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 106 of the FAC, and therefore denies each and every allegation contained in paragraph 106 of the FAC.

107.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 107 of the FAC, and therefore denies each and every allegation contained in paragraph 107 of the FAC.

108.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 108 of the FAC, and therefore denies each and every allegation contained in paragraph 108 of the FAC.

109.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 109 of the FAC, and therefore denies each and every allegation contained in paragraph 109 of the FAC.

110.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 110 of the FAC, and therefore denies each and every allegation contained in paragraph 110 of the FAC.

111.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 111 of the FAC, and therefore denies each and every allegation contained in paragraph 111 of the FAC.

112.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 112 of the FAC, and therefore denies each and every allegation contained in paragraph 112 of the FAC.

113.     Defendant admits that Dr. Harry Preuss has been a consultant and that Dr. Debasis Bagchi was formerly employed by Defendant.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 113 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 113 of the FAC.

114.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 114 of the FAC, and therefore denies each and every allegation contained in paragraph 114 of the FAC.

115.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 115 of the FAC, and therefore denies each and every allegation contained in paragraph 115 of the FAC.

116.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 116 of the FAC, and therefore denies each and every allegation contained in paragraph 116 of the FAC.

117.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 117 of the FAC, and therefore denies each and every allegation contained in paragraph 117 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1    118.    Defendant is without knowledge or information sufficient to form a
2    belief as to the truth of the allegations contained in paragraph 118 of the FAC, and
3    therefore denies each and every allegation contained in paragraph 118 of the FAC.

4    119.    Defendant is without knowledge or information sufficient to form a
5    belief as to the truth of the allegations contained in paragraph 119 of the FAC, and
6    therefore denies each and every allegation contained in paragraph 119 of the FAC.

7    120.    Defendant is without knowledge or information sufficient to form a
8    belief as to the truth of the allegations contained in paragraph 120 of the FAC, and
9    therefore denies each and every allegation contained in paragraph 120 of the FAC.

10   121.    Defendant is without knowledge or information sufficient to form a
11   belief as to the truth of the allegations contained in paragraph 121 of the FAC, and
12   therefore denies each and every allegation contained in paragraph 121 of the FAC.

13   122.    Defendant is without knowledge or information sufficient to form a
14   belief as to the truth of the allegations contained in paragraph 122 of the FAC, and
15   therefore denies each and every allegation contained in paragraph 122 of the FAC.

16   123.    Defendant is without knowledge or information sufficient to form a
17   belief as to the truth of the allegations contained in paragraph 123 of the FAC, and
18   therefore denies each and every allegation contained in paragraph 123 of the FAC.

19   124.    Defendant is without knowledge or information sufficient to form a
20   belief as to the truth of the allegations contained in paragraph 124 of the FAC, and
21   therefore denies each and every allegation contained in paragraph 124 of the FAC.

22   125.    Defendant is without knowledge or information sufficient to form a
23   belief as to the truth of the allegations contained in paragraph 125 of the FAC, and
24   therefore denies each and every allegation contained in paragraph 125 of the FAC.

## TOLLING THE STATUTE OF LIMITATIONS

26   126.    The allegations contained in paragraph 126 of the FAC are
27   conclusions of law to which no response is required. To the extent a response is
28   deemed required, Defendant is without sufficient knowledge or information to

1  either admit or deny the allegations contained in paragraph 126 of the FAC, and

2  therefore denies each and every allegation contained in paragraph 126 of the FAC.

3      127.    The allegations contained in paragraph 127 of the FAC are

4  conclusions of law, to which no response is required. To the extent a response is

5  deemed required, Defendant denies it committed the acts ascribed to it as described

6  in paragraph 127 of the FAC.  Defendant is without sufficient knowledge or

7  information to either admit or deny the remaining allegations contained in

8  paragraph 127 of the FAC, and therefore denies each and every allegation

9  contained in paragraph 127 of the FAC.

10     128.    The allegations contained in paragraph 128 of the FAC are

11 conclusions of law, to which no response is required. To the extent a response is

12 deemed required, Defendant denies it committed the acts ascribed to it as described

13 in paragraph 128 of the FAC.  Defendant is without sufficient knowledge or

14 information to either admit or deny the remaining allegations contained in

15 paragraph 128 of the FAC, and therefore denies each and every allegation

16 contained in paragraph 128 of the FAC.

17                    **CLASS ACTION ALLEGATIONS**

18     129.    Defendant is without knowledge or information sufficient to form

19 a belief as to the truth of the allegations contained in paragraph 129 of the FAC,

20 and therefore denies each and every allegation contained in paragraph 129 of the

21 FAC.

22     130.    Defendant is without knowledge or information sufficient to form a

23 belief as to the truth of the allegations contained in paragraph 130 of the FAC, and

24 therefore denies each and every allegation contained in paragraph 130 of the FAC.

25     131.    Defendant is without knowledge or information sufficient to form a

26 belief as to the truth of the allegations contained in paragraph 131 of the FAC, and

27 therefore denies each and every allegation contained in paragraph 131 of the FAC.

28

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

132.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 132 of the FAC, and therefore denies each and every allegation contained in paragraph 132 of the FAC.

133.     The allegations contained in paragraph 133 of the FAC are conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 133 of the FAC, and therefore denies each and every allegation contained in paragraph 133 of the FAC.

134.     The allegations contained in paragraph 134 of the FAC are conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies it committed the acts ascribed to it as described in paragraph 134 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 134 of the FAC, and therefore denies each and every allegation contained in paragraph 134 of the FAC.

135.     The allegations contained in paragraph 135 of the FAC are conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 135 of the FAC, and therefore denies each and every allegation contained in paragraph 135 of the FAC.

136.     The allegations contained in paragraph 136 of the FAC are conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies it committed the acts ascribed to it as described in paragraph 136 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 136 of the FAC, and therefore denies each and every allegation contained in paragraph 136 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

137.   The allegations contained in paragraph 137 of the FAC are conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 137 of the FAC, and therefore denies each and every allegation contained in paragraph 137 of the FAC.

138.   The allegations contained in paragraph 138 of the FAC are conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies it committed the acts ascribed to it as described in paragraph 138 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 138 of the FAC, and therefore denies each and every allegation contained in paragraph 138 of the FAC.

139.   The allegations contained in paragraph 139 of the FAC are conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 139 of the FAC, and therefore denies each and every allegation contained in paragraph 139 of the FAC.

## CLAIMS FOR RELIEF

## COUNT I

## CLAIM FOR FRAUD, DECEIT, AND SUPPRESSION OF FACTS

## Cal.Civ. Code §§1709-1711

## And The Common Law of All States

## By All Named

140.   Defendant repeats and restates its answers in Paragraphs 1 through 139 as if set forth fully herein.

141.   Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 141 of the FAC,

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1   and therefore denies each and every allegation contained in paragraph 141 of the
2   FAC.

3   142.   Defendant denies it committed the acts ascribed to it as described
4   in paragraph 142 of the FAC.  Defendant is without knowledge or information
5   sufficient to form a belief as to the truth of the remaining allegations contained in
6   paragraph 142 of the FAC, and therefore denies each and every remaining
7   allegation contained in paragraph 142 of the FAC.

8   143.   The allegations contained in paragraph 143 of the FAC are
9   conclusions of law to which no response is required. To the extent a response is
10   deemed required, Defendant is without sufficient knowledge or information to
11   either admit or deny the allegations contained in paragraph 143 of the FAC, and
12   therefore denies each and every allegation contained in paragraph 143 of the FAC.

13   144.   The allegations contained in paragraph 144 of the FAC are
14   conclusions of law to which no response is required. To the extent a response is
15   deemed required, Defendant is without sufficient knowledge or information to
16   either admit or deny the allegations contained in paragraph 144 of the FAC, and
17   therefore denies each and every allegation contained in paragraph 144 of the FAC.

18   145.   Defendant is without knowledge or information sufficient to form
19   a belief as to the truth of the allegations contained in paragraph 145 of the FAC,
20   and therefore denies each and every allegation contained in paragraph 145 of the
21   FAC.

22   146.   Defendant denies it committed the acts ascribed to it as described
23   in paragraph 146 of the FAC.  Defendant is without knowledge or information
24   sufficient to form a belief as to the truth of the remaining allegations contained in
25   paragraph 146 of the FAC, and therefore denies each and every remaining
26   allegation contained in paragraph 146 of the FAC.

27   147.   Defendant denies it committed the acts ascribed to it as described in
28   paragraph 147 of the FAC.  Defendant is without knowledge or information

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1   sufficient to form a belief as to the truth of the remaining allegations contained in
2   paragraph 147 of the FAC, and therefore denies each and every remaining
3   allegation contained in paragraph 147 of the FAC.

4       148.    Defendant denies it committed the acts ascribed to it as described in
5   paragraph 148 of the FAC.  To the extent that allegations contained in paragraph
6   148 of the FAC are conclusions of law, no response is required. To the extent a
7   response is deemed required, Defendant is without sufficient knowledge or
8   information to either admit or deny the remaining allegations contained in
9   paragraph 148 of the FAC, and therefore denies each and every remaining
10  allegation contained in paragraph 148 of the FAC.

11      149.    Defendant denies it committed the acts ascribed to it as described in
12  paragraph 149 of the FAC.  To the extent that allegations contained in paragraph
13  149 of the FAC are conclusions of law, no response is required. To the extent a
14  response is deemed required, Defendant is without sufficient knowledge or
15  information to either admit or deny the remaining allegations contained in
16  paragraph 149 of the FAC, and therefore denies each and every remaining
17  allegation contained in paragraph 149 of the FAC.

18      150.    Defendant denies it committed the acts ascribed to it as described
19  in paragraph 150 of the FAC.  Defendant is without knowledge or information
20  sufficient to form a belief as to the truth of the remaining allegations contained in
21  paragraph 150 of the FAC, and therefore denies each and every remaining
22  allegation contained in paragraph 150 of the FAC.

23      151.    Defendant is without knowledge or information sufficient to form
24  a belief as to the truth of the allegations contained in paragraph 151 of the FAC,
25  and therefore denies each and every allegation contained in paragraph 151 of the
26  FAC.

27      152.    Defendant denies it committed the acts ascribed to it as described in
28  paragraph 152 of the FAC.  Defendant is without knowledge or information

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1  sufficient to form a belief as to the truth of the remaining allegations contained in
2  paragraph 152 of the FAC, and therefore denies each and every remaining
3  allegation contained in paragraph 152 of the FAC.

4      153.    Defendant denies it committed the acts ascribed to it as described in
5  paragraph 153 of the FAC.  To the extent that allegations contained in paragraph
6  153 of the FAC are conclusions of law, no response is required. To the extent a
7  response is deemed required, Defendant is without sufficient knowledge or
8  information to either admit or deny the remaining allegations contained in
9  paragraph 153 of the FAC, and therefore denies each and every allegation
10  contained in paragraph 153 of the FAC.

11                        *\*Knowledge of Falsities*\*

12      154.    Defendant denies it committed the acts ascribed to it as described
13  in paragraph 154 of the FAC.  Defendant is without knowledge or information
14  sufficient to form a belief as to the truth of the remaining allegations contained in
15  paragraph 154 of the FAC, and therefore denies each and every remaining
16  allegation contained in paragraph 154 of the FAC.

17      155.    Defendant denies it committed the acts ascribed to it as described in
18  paragraph 155 of the FAC.  Defendant is without knowledge or information
19  sufficient to form a belief as to the truth of the remaining allegations contained in
20  paragraph 155 of the FAC, and therefore denies each and every remaining
21  allegation contained in paragraph 155 of the FAC.

22      156.    Defendant denies it committed the acts ascribed to it as described
23  in paragraph 156 of the FAC.  Defendant is without knowledge or information
24  sufficient to form a belief as to the truth of the remaining allegations contained in
25  paragraph 156 of the FAC, and therefore denies each and every remaining
26  allegation contained in paragraph 156 of the FAC.

27                *\**Intent to Defraud a Class of Persons and the Public*\**

28

157.     The allegations contained in paragraph 157 of the FAC are conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 157 of the FAC, and therefore denies each and every allegation contained in paragraph 157 of the FAC.

158.     Defendant denies it committed the acts ascribed to it as described in paragraph 158 of the FAC.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 158 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 158 of the FAC.

*\*Justifiable Reliance\**

159.     Defendant denies it committed the acts ascribed to it as described in paragraph 159 of the FAC.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 159 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 159 of the FAC.

*\*Injury and Actual Damages\**

160.     Defendant denies it committed the acts ascribed to it as described in paragraph 160 of the FAC.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 160 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 160 of the FAC.

161.     Defendant denies it committed the acts ascribed to it as described in paragraph 161 of the FAC.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 161 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 161 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

162. Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 162 of the FAC, and therefore denies each and every allegation contained in paragraph 162 of the FAC.

163. Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 163 of the FAC, and therefore denies each and every allegation contained in paragraph 163 of the FAC.

164. Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 164 of the FAC, and therefore denies each and every allegation contained in paragraph 164 of the FAC.

165. Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 165 of the FAC, and therefore denies each and every allegation contained in paragraph 165 of the FAC.

*\*Fraudulent Inducement\**

166. The allegations contained in paragraph 166 of the FAC are conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies it committed the acts ascribed to it as described in paragraph 166 of the FAC. Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 166 of the FAC, and therefore denies each and every allegation contained in paragraph 166 of the FAC.

167. The allegations contained in paragraph 167 of the FAC are conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies it committed the acts ascribed to it as described in paragraph 167 of the FAC. Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 167 of the FAC, and therefore denies each and every allegation contained in paragraph 167 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

168.    The allegations contained in paragraph 168 of the FAC are conclusions of law, to which no response is required.  To the extent a response is deemed required, Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 168 of the FAC, and therefore denies each and every allegation contained in paragraph 168 of the FAC.

*\*\*Punitive Damages\*\**

169.    The allegations contained in paragraph 169 of the FAC are conclusions of law, to which no response is required.  To the extent a response is deemed required, Defendant denies it committed the acts ascribed to it as described in paragraph 169 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 169 of the FAC, and therefore denies each and every allegation contained in paragraph 169 of the FAC.

## [COUNT II]

## ALLEGATIONS OF FRAUD, DECEIT, AND SUPPRESSION OF FACTS AGAINST THE MEDIA DEFENDANTS

170.    Defendant repeats and restates its answers in Paragraphs 1 through 169 as if set forth fully herein.

171.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 171 of the FAC, and therefore denies each and every allegation contained in paragraph 171 of the FAC.

172.    Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 172 of the FAC, and therefore denies each and every allegation contained in paragraph 172 of the FAC.

173.    Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 173 of the FAC, and therefore denies each and every allegation contained in paragraph 173 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1     174.    Defendant is without knowledge or information sufficient to form

2 a belief as to the truth of the allegations contained in paragraph 174 of the FAC,

3 and therefore denies each and every allegation contained in paragraph 174 of the

4 FAC.

5     175.    Defendant is without knowledge or information sufficient to form a

6 belief as to the truth of the allegations contained in paragraph 175 of the FAC, and

7 therefore denies each and every allegation contained in paragraph 175 of the FAC.

8 *\*\*Material Statements of Fact and not Opinions*

9     176.    Defendant is without knowledge or information sufficient to form a

10 belief as to the truth of the allegations contained in paragraph 176 of the FAC, and

11 therefore denies each and every allegation contained in paragraph 176 of the FAC.

12     177.    Defendant is without knowledge or information sufficient to form a

13 belief as to the truth of the allegations contained in paragraph 177 of the FAC, and

14 therefore denies each and every allegation contained in paragraph 177 of the FAC.

15     178.    Defendant is without knowledge or information sufficient to form

16 a belief as to the truth of the allegations contained in paragraph 178 of the FAC,

17 and therefore denies each and every allegation contained in paragraph 178 of the

18 FAC.

19     179.    Defendant is without knowledge or information sufficient to form

20 a belief as to the truth of the allegations contained in paragraph 179 of the FAC,

21 and therefore denies each and every allegation contained in paragraph 179 of the

22 FAC.

23     180.    Defendant is without sufficient knowledge or information to either

24 admit or deny the allegations contained in paragraph 180 of the FAC, and therefore

25 denies each and every allegation contained in paragraph 180 of the FAC.

26     181.    Defendant is without sufficient knowledge or information to either

27 admit or deny the allegations contained in paragraph 181 of the FAC, and therefore

28 denies each and every allegation contained in paragraph 181 of the FAC.

*\*\*Fraud by Concealment and Omission of Material Facts\*\**

182.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 182 of the FAC, and therefore denies each and every allegation contained in paragraph 182 of the FAC.

183.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 183 of the FAC, and therefore denies each and every allegation contained in paragraph 183 of the FAC.

184.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 184 of the FAC, and therefore denies each and every allegation contained in paragraph 184 of the FAC.

185.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 185 of the FAC, and therefore denies each and every allegation contained in paragraph 185 of the FAC.

186.    Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 186 of the FAC, and therefore denies each and every allegation contained in paragraph 186 of the FAC.

*\*\*Knowledge of Falsities\*\**

187.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 187 of the FAC, and therefore denies each and every allegation contained in paragraph 187 of the FAC.

188.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 188 of the FAC,

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1  and therefore denies each and every allegation contained in paragraph 188 of the
2  FAC.

3                                  **\*\*Intent to Defraud and Intent to Induce Reliance\*\***

4        189.      Defendant is without knowledge or information sufficient to form
5  a belief as to the truth of the allegations contained in paragraph 189 of the FAC,
6  and therefore denies each and every allegation contained in paragraph 189 of the
7  FAC.

8        190.      Defendant is without knowledge or information sufficient to form
9  a belief as to the truth of the allegations contained in paragraph 190 of the FAC,
10  and therefore denies each and every allegation contained in paragraph 190 of the
11  FAC.

12                              **\*\*Intent to Defraud a Class of Persons and the Public\*\***

13        191.      Defendant is without sufficient knowledge or information to either
14  admit or deny the allegations contained in paragraph 191 of the FAC, and therefore
15  denies each and every allegation contained in paragraph 191 of the FAC.

16        192.      Defendant is without knowledge or information sufficient to form
17  a belief as to the truth of the allegations contained in paragraph 192 of the FAC,
18  and therefore denies each and every allegation contained in paragraph 192 of the
19  FAC.

20        193.      Defendant is without knowledge or information sufficient to form a
21  belief as to the truth of the allegations contained in paragraph 193 of the FAC, and
22  therefore denies each and every allegation contained in paragraph 193 of the FAC.

23                                      **\*\*Justifiable Reliance\*\***

24        194.      Defendant is without knowledge or information sufficient to form
25  a belief as to the truth of the allegations contained in paragraph 194 of the FAC,
26  and therefore denies each and every allegation contained in paragraph 194 of the
27  FAC.

28

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

195.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 195 of the FAC, and therefore denies each and every allegation contained in paragraph 195 of the FAC.

196.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 196 of the FAC, and therefore denies each and every allegation contained in paragraph 196 of the FAC.

*\*Injury and Actual Damages\**

197.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 197 of the FAC, and therefore denies each and every allegation contained in paragraph 197 of the FAC.

198.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 198 of the FAC, and therefore denies each and every allegation contained in paragraph 198 of the FAC.

199.     The allegations contained in paragraph 199 of the FAC are conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 199 of the FAC, and therefore denies each and every allegation contained in paragraph 199 of the FAC.

200.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 200 of the FAC, and therefore denies each and every allegation contained in paragraph 200 of the FAC.

201.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 201 of the FAC,

1    and therefore denies each and every allegation contained in paragraph 201 of the
2    FAC.

3         202.    Defendant is without sufficient knowledge or information to either
4    admit or deny the allegations contained in paragraph 202 of the FAC, and therefore
5    denies each and every allegation contained in paragraph 202 of the FAC.

6                        **Fraudulent Inducement**

7         203.    Defendant is without sufficient knowledge or information to either
8    admit or deny the allegations contained in paragraph 203 of the FAC, and therefore
9    denies each and every allegation contained in paragraph 203 of the FAC.

10        204.    Defendant is without sufficient knowledge or information to either
11   admit or deny the allegations contained in paragraph 204 of the FAC, and therefore
12   denies each and every allegation contained in paragraph 204 of the FAC.

13                            <u>**COUNT III**</u>

14              **CLAIM FOR NEGLIGENT MISREPRESENTATION**

15   **THE COMMON LAW OF ALL STATES AND CAL. CIV. CODE § 1710(2)**

16        205.    Defendant repeats and restates its answers in Paragraphs 1 through
17   204 as if set forth fully herein.

18        206.    The allegations contained in paragraph 206 of the FAC are
19   conclusions of law, to which no response is required. To the extent a response is
20   deemed required, Defendant denies it committed the acts ascribed to it as described
21   in paragraph 206 of the FAC.  Defendant is without sufficient knowledge or
22   information to either admit or deny the remaining allegations contained in
23   paragraph 206 of the FAC, and therefore denies each and every allegation
24   contained in paragraph 206 of the FAC.

25        207.    Defendant denies it committed the acts ascribed to it as described in
26   paragraph 207 of the FAC.  Defendant is without knowledge or information
27   sufficient to form a belief as to the truth of the remaining allegations contained in

28

1  paragraph 207 of the FAC, and therefore denies each and every remaining
2  allegation contained in paragraph 207 of the FAC.

3       208.    Defendant denies it committed the acts ascribed to it as described in
4  paragraph 208 of the FAC.  Defendant is without knowledge or information
5  sufficient to form a belief as to the truth of the remaining allegations contained in
6  paragraph 208 of the FAC, and therefore denies each and every remaining
7  allegation contained in paragraph 208 of the FAC.

8       209.    Defendant denies it committed the acts ascribed to it as described in
9  paragraph 209 of the FAC.  Defendant is without knowledge or information
10 sufficient to form a belief as to the truth of the remaining allegations contained in
11 paragraph 209 of the FAC, and therefore denies each and every remaining
12 allegation contained in paragraph 209 of the FAC.

13      210.    Defendant denies it committed the acts ascribed to it as described in
14 paragraph 210 of the FAC.  Defendant is without knowledge or information
15 sufficient to form a belief as to the truth of the remaining allegations contained in
16 paragraph 210 of the FAC, and therefore denies each and every remaining
17 allegation contained in paragraph 210 of the FAC.

18      211.    Defendant is without knowledge or information sufficient to form a
19 belief as to the truth of the allegations contained in paragraph 211 of the FAC, and
20 therefore denies each and every allegation contained in paragraph 211 of the FAC.

21 **COUNT IV**
22 **CLAIM FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW**
23 **CAL. BUS. & PROF. CODE §§ 17200, *et. seq.***

24      212.    Defendant repeats and restates its answers in Paragraphs 1 through
25 211 as if set forth fully herein.

26      213.    Defendant is without knowledge or information sufficient to form
27 a belief as to the truth of the allegations contained in paragraph 213 of the FAC,

28

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1  and therefore denies each and every allegation contained in paragraph 213 of the

2  FAC.

3       214.     The allegations contained in paragraph 214 of the FAC are

4  conclusions of law, to which no response is required. To the extent a response is

5  deemed required, Defendant denies it committed the acts ascribed to it as described

6  in paragraph 214 of the FAC.  Defendant is without sufficient knowledge or

7  information to either admit or deny the remaining allegations contained in

8  paragraph 214 of the FAC, and therefore denies each and every allegation

9  contained in paragraph 214 of the FAC

10       215.     The allegations contained in paragraph 215 of the FAC are

11  conclusions of law to which no response is required. To the extent a response is

12  deemed required, Defendant is without sufficient knowledge or information to

13  either admit or deny the allegations contained in paragraph 215 of the FAC, and

14  therefore denies each and every remaining allegation contained in paragraph 215 of

15  the FAC.

16  **\*\*Unlawful\*\***

17       216.     The allegations contained in paragraph 216 of the FAC are

18  conclusions of law, to which no response is required. To the extent a response is

19  deemed required, Defendant denies it committed the acts ascribed to it as described

20  in paragraph 216 of the FAC.  Defendant is without sufficient knowledge or

21  information to either admit or deny the remaining allegations contained in

22  paragraph 216 of the FAC, and therefore denies each and every allegation

23  contained in paragraph 216 of the FAC.

24       217.     Defendant denies it committed the acts ascribed to it as described in

25  paragraph 217 of the FAC.  Defendant is without knowledge or information

26  sufficient to form a belief as to the truth of the remaining allegations contained in

27  paragraph 217 of the FAC, and therefore denies each and every remaining

28  allegation contained in paragraph 217 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

218.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 218 of the FAC, and therefore denies each and every allegation contained in paragraph 218 of the FAC.

**\*\*Unfair\*\***

219.    The allegations contained in paragraph 219 of the FAC are conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 219 of the FAC, and therefore denies each and every allegation contained in paragraph 219 of the FAC.

220.    The allegations contained in paragraph 220 of the FAC are conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies it committed the acts ascribed to it as described in paragraph 220 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 220 of the FAC, and therefore denies each and every allegation contained in paragraph 220 of the FAC.

221.    The allegations contained in paragraph 221 of the FAC are conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies it committed the acts ascribed to it as described in paragraph 221 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 221 of the FAC, and therefore denies each and every allegation contained in paragraph 221 of the FAC.

222.    Defendant denies it committed the acts ascribed to it as described in paragraph 222 of the FAC.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in

paragraph 222 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 217 of the FAC.

**\*\*Fraudulent\*\***

223.    The allegations contained in paragraph 223 of the FAC are conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 223 of the FAC, and therefore denies each and every allegation contained in paragraph 223 of the FAC.

224.    The allegations contained in paragraph 224 of the FAC are conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies it committed the acts ascribed to it as described in paragraph 224 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 224 of the FAC, and therefore denies each and every allegation contained in paragraph 224 of the FAC.

225.    Defendant denies it committed the acts ascribed to it as described in paragraph 225 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 225 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 225 of the FAC.

226.    Defendant denies it committed the acts ascribed to it as described in paragraph 226 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 226 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 226 of the FAC.

227.    Defendant denies it committed the acts ascribed to it as described in paragraph 227 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

paragraph 227 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 227 of the FAC.

228.    Defendant denies it committed the acts ascribed to it as described in paragraph 228 of the FAC.   Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 228 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 228 of the FAC.

## COUNT V

## CLAIM FOR VIOLATIONS OF THE CLRA

## CAL. CIV. CODE §§ 1700, *et. seq.*

229.    Defendant repeats and restates its answers in Paragraphs 1 through 228 as if set forth fully herein.

230.    Defendant denies it committed the acts ascribed to it as described in paragraph 230 of the FAC.   Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 230 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 230 of the FAC.

231.    The allegations contained in paragraph 231 of the FAC are conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 231 of the FAC, and therefore denies each and every allegation contained in paragraph 231 of the FAC.

232.     The allegations contained in paragraph 232 of the FAC are conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 232 of the FAC, and therefore denies each and every allegation contained in paragraph 232 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

233.     The allegations contained in paragraph 233 of the FAC are conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies it committed the acts ascribed to it as described in paragraph 233 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 233 of the FAC, and therefore denies each and every allegation contained in paragraph 233 of the FAC.

234.     Defendant denies it committed the acts ascribed to it as described in paragraph 234 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 234 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 234 of the FAC.

235.     Defendant denies it committed the acts ascribed to it as described in paragraph 235 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 235 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 235 of the FAC.

236.     Defendant denies it committed the acts ascribed to it as described in paragraph 236 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 236 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 236 of the FAC.

237.     Defendant denies it committed the acts ascribed to it as described in paragraph 237 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 237 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 237 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

238.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 238 of the FAC, and therefore denies each and every allegation contained in paragraph 238 of the FAC.

239.     Defendant denies it committed the acts ascribed to it as described in paragraph 239 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 239 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 239 of the FAC.

240.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 240 of the FAC, and therefore denies each and every allegation contained in paragraph 240 of the FAC.

<u>COUNT VI</u>

**CLAIM FOR VIOLATIONS OF THE FALSE ADVERTISING LAW**

**CAL. BUS & PROF. CODE §§ 17500, *et. seq.***

241.     Defendant repeats and restates its answers in Paragraphs 1 through 240 as if set forth fully herein.

242.     Defendant denies it committed the acts ascribed to it as described in paragraph 242 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 242 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 242 of the FAC.

243.     The allegations contained in paragraph 243 of the FAC are conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies it committed the acts ascribed to it as described in paragraph 243 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 243 of the FAC, and therefore denies each and every allegation contained in paragraph 243 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

244.    The allegations contained in paragraph 244 of the FAC are conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies it committed the acts ascribed to it as described in paragraph 244 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 244 of the FAC, and therefore denies each and every allegation contained in paragraph 244 of the FAC.

245.    Defendant denies it committed the acts ascribed to it as described in paragraph 245 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 245 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 245 of the FAC.

246.    Defendant denies it committed the acts ascribed to it as described in paragraph 246 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 246 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 246 of the FAC.

247.    Defendant denies it committed the acts ascribed to it as described in paragraph 247 of the FAC.  Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 247 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 247 of the FAC.

## COUNT VII [IV]

## CLAIM FOR BREACH OF EXPRESS WARRANTY

248.    Defendant repeats and restates its answers in Paragraphs 1 through 247 as if set forth fully herein.

249.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 249 of the FAC, and therefore denies each and every allegation contained in paragraph 249 of the FAC.

250.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 250 of the FAC, and therefore denies each and every allegation contained in paragraph 250 of the FAC.

251.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 251 of the FAC, and therefore denies each and every allegation contained in paragraph 251 of the FAC.

252.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 252 of the FAC, and therefore denies each and every allegation contained in paragraph 252 of the FAC.

253.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 253 of the FAC, and therefore denies each and every allegation contained in paragraph 253 of the FAC.

254.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 254 of the FAC, and therefore denies each and every allegation contained in paragraph 254 of the FAC.

255.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 255 of the FAC, and therefore denies each and every allegation contained in paragraph 255 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

256.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 256 of the FAC, and therefore denies each and every allegation contained in paragraph 256 of the FAC.

## COUNT VIII [V]

## CLAIM FOR BREACH OF IMPLIED WARRANTY OF MERCHANTIBILITY

## CAL. COMM. CODE § 2314

257.    Defendant repeats and restates its answers in Paragraphs 1 through 256 as if set forth fully herein.

258.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 258 of the FAC, and therefore denies each and every allegation contained in paragraph 258 of the FAC.

259.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 259 of the FAC, and therefore denies each and every allegation contained in paragraph 259 of the FAC.

260.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 260 of the FAC, and therefore denies each and every allegation contained in paragraph 260 of the FAC.

261.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 261 of the FAC, and therefore denies each and every allegation contained in paragraph 261 of the FAC.

262.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 262 of the FAC,

1   and therefore denies each and every allegation contained in paragraph 262 of the

2   FAC.

3        263.    Defendant is without knowledge or information sufficient to form

4   a belief as to the truth of the allegations contained in paragraph 263 of the FAC,

5   and therefore denies each and every allegation contained in paragraph 263 of the

6   FAC.

7   **<u>COUNT IX [VI]</u>**

8   **CLAIM FOR BREACH OF EXPRESS WARRANTY**

9   **N.Y. U.C.C. § 2-313**

10        264.    Defendant repeats and restates its answers in Paragraphs 1 through

11   263 as if set forth fully herein.

12        265.    Defendant is without knowledge or information sufficient to form

13   a belief as to the truth of the allegations contained in paragraph 265 of the FAC,

14   and therefore denies each and every allegation contained in paragraph 265 of the

15   FAC.

16        266.    Defendant is without knowledge or information sufficient to form a

17   belief as to the truth of the allegations contained in paragraph 266 of the FAC, and

18   therefore denies each and every allegation contained in paragraph 266 of the FAC.

19        267.    Defendant is without knowledge or information sufficient to form a

20   belief as to the truth of the allegations contained in paragraph 267 of the FAC, and

21   therefore denies each and every allegation contained in paragraph 267 of the FAC.

22        268.    Defendant is without knowledge or information sufficient to form a

23   belief as to the truth of the allegations contained in paragraph 268 of the FAC, and

24   therefore denies each and every allegation contained in paragraph 268 of the FAC.

25   **<u>COUNT X [VIII]</u>**

26   **CLAIM FOR BREACH OF IMPLIED WARRANTY**

27   **N.Y. U.C.C. § 2-314**

28

269.     Defendant repeats and restates its answers in Paragraphs 1 through 268 as if set forth fully herein.

270.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 270 of the FAC, and therefore denies each and every allegation contained in paragraph 270 of the FAC.

271.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 271 of the FAC, and therefore denies each and every allegation contained in paragraph 271 of the FAC.

272.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 272 of the FAC, and therefore denies each and every allegation contained in paragraph 272 of the FAC.

## COUNT XI [IX]

## CLAIM FOR BREACH OF EXPRESS WARRANTIES TO INTENDED THIRD PARTY BENEFICIARIES

273.     Defendant repeats and restates its answers in Paragraphs 1 through 272 as if set forth fully herein.

274.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 274 of the FAC, and therefore denies each and every allegation contained in paragraph 274 of the FAC.

275.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 275 of the FAC, and therefore denies each and every allegation contained in paragraph 275 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

276.     Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 276 of the FAC, and therefore denies each and every allegation contained in paragraph 276 of the FAC.

277.     Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 277 of the FAC, and therefore denies each and every allegation contained in paragraph 277 of the FAC.

278.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 278 of the FAC, and therefore denies each and every allegation contained in paragraph 278 of the FAC.

279.     Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 279 of the FAC, and therefore denies each and every allegation contained in paragraph 279 of the FAC.

280.     Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 280 of the FAC, and therefore denies each and every allegation contained in paragraph 280 of the FAC.

281.     Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 281 of the FAC, and therefore denies each and every allegation contained in paragraph 281 of the FAC.

282.     Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 282 of the FAC, and therefore denies each and every allegation contained in paragraph 282 of the FAC.

283.     Defendant denies it committed the acts ascribed to it as described in paragraph 283 of the FAC.  To the extent that allegations contained in paragraph 283 of the FAC are conclusions of law, no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 283 of the FAC, and therefore denies each and every allegation contained in paragraph 283 of the FAC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

284.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 284 of the FAC, and therefore denies each and every allegation contained in paragraph 284 of the FAC.

## COUNT XII [X]

### VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT

### 15 U.S.C. §§ 2301, *et. seq.*

285.     Defendant repeats and restates its answers in Paragraphs 1 through 284 as if set forth fully herein.

286.     Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 286 of the FAC, and therefore denies each and every allegation contained in paragraph 286 of the FAC.

287.     The allegations contained in paragraph 287 of the FAC are conclusions of law to which no response is required. To the extent a response is deemed required, Defendant is without sufficient knowledge or information to either admit or deny the allegations contained in paragraph 287 of the FAC, and therefore denies each and every allegation contained in paragraph 287 of the FAC.

288.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 288 of the FAC, and therefore denies each and every allegation contained in paragraph 288 of the FAC.

289.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 289 of the FAC, and therefore denies each and every allegation contained in paragraph 289 of the FAC.

290.     The allegations contained in paragraph 290 of the FAC are conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies it committed the acts ascribed to it as described in paragraph 290 of the FAC.   Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

paragraph 290 of the FAC, and therefore denies each and every allegation contained in paragraph 290 of the FAC.

291. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 291 of the FAC, and therefore denies each and every allegation contained in paragraph 291 of the FAC.

292. The allegations contained in paragraph 292 of the FAC are conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies it committed the acts ascribed to it as described in paragraph 292 of the FAC. Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 292 of the FAC, and therefore denies each and every allegation contained in paragraph 292 of the FAC.

293. Defendant denies it committed the acts ascribed to it as described in paragraph 293 of the FAC. Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 293 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 293 of the FAC.

294. Defendant denies it committed the acts ascribed to it as described in paragraph 294 of the FAC. Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 294 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 294 of the FAC.

295. The allegations contained in paragraph 295 of the FAC are conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant denies it committed the acts ascribed to it as described in paragraph 295 of the FAC. Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1   paragraph 295 of the FAC, and therefore denies each and every allegation
2   contained in paragraph 295 of the FAC.

3       296.    Defendant is without knowledge or information sufficient to form a
4   belief as to the truth of the allegations contained in paragraph 296 of the FAC, and
5   therefore denies each and every allegation contained in paragraph 296 of the FAC.

6                              **COUNT XIII [XI]**

7                 **CLAIM FOR UNFAIR TRADE PRACTICES**

8                       **N.Y. BUS. LAW § 349**

9       297.    Defendant repeats and restates its answers in Paragraphs 1 through
10  296 as if set forth fully herein.

11      298.    Defendant is without knowledge or information sufficient to form
12  a belief as to the truth of the allegations contained in paragraph 298 of the FAC,
13  and therefore denies each and every allegation contained in paragraph 298 of the
14  FAC.

15      299.    The allegations contained in paragraph 299 of the FAC are
16  conclusions of law, to which no response is required. To the extent a response is
17  deemed required, Defendant denies it committed the acts ascribed to it as described
18  in paragraph 299 of the FAC.   Defendant is without sufficient knowledge or
19  information to either admit or deny the remaining allegations contained in
20  paragraph 299 of the FAC, and therefore denies each and every allegation
21  contained in paragraph 299 of the FAC.

22      300.    Defendant denies it committed the acts ascribed to it as described in
23  paragraph 300 of the FAC.   Defendant is without sufficient knowledge or
24  information to either admit or deny the remaining allegations contained in
25  paragraph 300 of the FAC, and therefore denies each and every remaining
26  allegation contained in paragraph 300 of the FAC.

27      301.    Defendant denies it committed the acts ascribed to it as described in
28  paragraph 301 of the FAC.   Defendant is without sufficient knowledge or

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1  information to either admit or deny the remaining allegations contained in

2  paragraph 301 of the FAC, and therefore denies each and every remaining

3  allegation contained in paragraph 301 of the FAC.

4      302.    Defendant is without knowledge or information sufficient to form a

5  belief as to the truth of the allegations contained in paragraph 302 of the FAC, and

6  therefore denies each and every allegation contained in paragraph 302 of the FAC.

7  <u>**COUNT XIV [XII]**</u>

8  **CLAIM FOR FALSE ADVERTISING**

9  **N.Y. BUS. LAW § 350**

10     303.    Defendant repeats and restates its answers in Paragraphs 1 through

11 302 as if set forth fully herein.

12     304.     Defendant is without knowledge or information sufficient to form

13 a belief as to the truth of the allegations contained in paragraph 304 of the FAC,

14 and therefore denies each and every allegation contained in paragraph 304 of the

15 FAC.

16     305.    Defendant denies it committed the acts ascribed to it as described in

17 paragraph 305 of the FAC.   Defendant is without sufficient knowledge or

18 information to either admit or deny the remaining allegations contained in

19 paragraph 305 of the FAC, and therefore denies each and every remaining

20 allegation contained in paragraph 305 of the FAC.

21     306.    Defendant denies it committed the acts ascribed to it as described in

22 paragraph 306 of the FAC.   Defendant is without sufficient knowledge or

23 information to either admit or deny the remaining allegations contained in

24 paragraph 306 of the FAC, and therefore denies each and every remaining

25 allegation contained in paragraph 306 of the FAC.

26     307.    Defendant denies it committed the acts ascribed to it as described in

27 paragraph 307 of the FAC.   Defendant is without sufficient knowledge or

28 information to either admit or deny the remaining allegations contained in

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

paragraph 307 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 307 of the FAC.

308.    Defendant denies it committed the acts ascribed to it as described in paragraph 308 of the FAC.   Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 308 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 308 of the FAC.

309.    Defendant denies it committed the acts ascribed to it as described in paragraph 309 of the FAC.   Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 309 of the FAC, and therefore denies each and every remaining allegation contained in paragraph 309 of the FAC.

310.    Defendant denies it committed the acts ascribed to it as described in paragraph 310 of the FAC.   Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 310 of the FAC, and therefore denies each and every allegation contained in paragraph 310 of the FAC.

311.    Defendant denies it committed the acts ascribed to it as described in paragraph 311 of the FAC.   Defendant is without sufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 311 of the FAC, and therefore denies each and every allegation contained in paragraph 311 of the FAC.

### AFFIRMATIVE DEFENSES

### First Separate Affirmative Defense

### (Failure to State a Claim)

The FAC, and each claim for relief purportedly alleged against Defendant, fail to allege facts sufficient to state a claim upon which relief may be granted against Defendant.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Second Separate Affirmative Defense

### (No Standing/No Case or Controversy)

No case or controversy exists as between Plaintiffs and Defendant, or alternatively, Plaintiffs have no standing to sue Defendant.

## Third Separate Affirmative Defense

### (Failure to Join an Indispensable Party)

The FAC, and each and every purported cause of action asserted against Defendant, is barred, in whole or in part, by Plaintiffs' failure to join indispensable parties.

## Fourth Separate Affirmative Defense

### (Failure to Satisfy Requirements of Fed. Rule of Civ. Proc. Rule 23(a))

The FAC, as a purported class action, fails to satisfy that requirements of FRCP Rule 23(a) in that the (1) the class is not so numerous that joinder of all members is impracticable; (2) there are not questions of law or fact common to the class; (3) the claims or defenses of the representative parties are not typical of the claims or defenses of the class; and/or (4) the representative parties will not fairly and adequately protect the interests of the class.

## Fifth Separate Affirmative Defense

### (No Involvement With Design, Manufacture, Labeling, Distribution of Subject Product)

Defendant did not design, manufacture, labeling and/or label the products identified in the FAC and allegedly purchased by the Plaintiffs.

## Sixth Separate Affirmative Defense

### (No Causation)

Plaintiffs' alleged injuries and damages, if any, were not caused legally, proximately, or in fact, by Defendant or any action or omission on the part of Defendant.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

## Seventh Separate Affirmative Defense

### (Bulk and/or Component Part Supplier)

Plaintiffs' claims are barred, in whole or in part, by the bulk and/or component part supplier doctrines. The raw materials which have allegedly caused injury to plaintiffs (which causal connection Defendant denies), were supplied, if at all, by a bulk or component supplier, and therefore, Defendant cannot be held legally responsible for any lack of information or misinformation provided to Plaintiffs by others.

## Eighth Separate Affirmative Defense

### (Sophisticated Intermediary)

Plaintiffs' claims are barred by the sophisticated user/intermediary doctrine and at all relevant times, Defendant was under no legal duty to warn Plaintiffs regarding the properties and/or use of products identified in the FAC.

## Ninth Separate Affirmative Defense

### (Product Modification)

If Plaintiffs were injured or damaged by the products at issue, which Defendant denies, the products were altered, modified, or misused by persons over whom Defendant had no control or right of control, without Defendant's knowledge, consent, or advice, following the date of initial manufacture and sale of the product, and such alteration, modification, or misuse caused or contributed to the events alleged in Plaintiffs' complaint.

## Tenth Separate Affirmative Defense

### (No Duty)

Plaintiffs' claims against Defendant are barred because Defendant neither owed nor breached any duty to Plaintiffs.

## Eleventh Separate Affirmative Defense

### (No Ratification)

Defendant avers that it did not participate in, authorize, ratify, or benefit

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

from the alleged wrongful acts that are asserted in the FAC.

## Twelfth Separate Affirmative Defense

### (No Joint or Secondary Liability)

Defendant is not liable under any theory of joint or secondary liability, including without limitation, liability for alleged aiding and abetting or "furnishing the means," agency or *respondeat superior*, alter ego or joint enterprise liability, and/or conspiracy.

## Thirteenth Separate Affirmative Defense

### (Economic Loss Doctrine)

Plaintiffs' claims are barred by the economic loss doctrine.

## Fourteenth Separate Affirmative Defense

### (Compliance with Regulations)

The FAC, and each and every purported cause of action asserted against Defendant, is barred, in whole or in part, because the products and/or product ingredients identified in the FAC and allegedly purchased by the Plaintiffs complied with all applicable federal and state regulatory and statutory requirements governing the design, manufacture and labeling of dietary supplements and/or dietary supplement ingredients.

## Fifteenth Separate Affirmative Defense

### (Commercial Speech Neither False Nor Misleading)

Plaintiffs' claims are barred in whole or in part by the applicable provisions of the United States Constitution, and/or the applicable Constitution of any other State or Commonwealth of the United States whose laws might be deemed controlling in this case.  These provisions include, but are not limited to, the First Amendment to the Constitution of the United States because Defendants' commercial speech regarding the product ingredients at issue in this action was neither false nor misleading.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

## Sixteenth Separate Affirmative Defense

### (Comparative Fault – Others)

Plaintiffs' alleged injuries and damages, if any, were caused or contributed to, directly and proximately, in whole or in part, by the negligence, fault, acts, breaches, omission, or other wrongful conduct of others, whether individual, corporate, associate, or otherwise, and whether or not parties to this action, which are not chargeable to or against Defendant, so that any recovery by Plaintiffs must be apportioned in direct proportion to such fault in accordance with applicable law.

## Seventeenth Separate Affirmative Defense

### (Contributory Negligence)

The alleged injuries to Plaintiffs were caused or contributed to, directly and proximately, by the contributory negligence of Plaintiffs or others that are attributable to them.   Defendant, therefore, pleads the doctrine of contributory negligence.

## Eighteenth Separate Affirmative Defense

### (Assumption of Risk)

All or some of Plaintiffs' claims may be barred by the doctrine of assumption of risk.

## Nineteenth Separate Affirmative Defense

### (Estoppel, Waiver, Laches, Unclean Hands)

The FAC, and each and every purported cause of action asserted therein, are barred, in whole or in part, by the doctrines of estoppel, waiver, laches, and unclean hands, and each of them, as a result of the acts, conduct, and omission of Plaintiffs or of others that are attributable to them.

## Twentieth Separate Affirmative Defense

### (Misuse, Abuse, Alteration of Product)

The injury, damage, or loss, if any, sustained by the Plaintiffs, was caused and/or contributed to by the actions or inactions of persons or entities other than

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

Defendant, over whom Defendant exercised no control, including without limitation, the Plaintiffs, such that the subject product was misused, abused, altered, and/or improperly maintained, and/or used in a manner other than it was intended to be used, and disregarded the warnings, instructions, and directions for its use. To the extent the alleged injuries, damages, or losses complained of by the Plaintiffs were caused by such misuse, abuse, alteration, improper use, or unintended use, such claims against the Defendant are barred.

### Twenty-first Separate Affirmative Defense

### (Intervening or Superseding Cause)

Plaintiffs' alleged injuries or damages, if any, resulted from an intervening or superseding cause and/or causes, and any action on the part of Defendant was not the proximate and/or competent cause of such alleged injuries.

### Twenty-second Separate Affirmative Defense

### (No Privity of Contract)

Defendant denies any warranty between Defendant and Plaintiffs, and, further, Plaintiffs' recovery may be barred since Plaintiffs were not in privity of contract with Defendant, were not third-party beneficiaries of any warranty given by Defendant, and did not rely upon any warranty given by Defendant. Plaintiffs failed to give timely notice of any alleged breach of warranty to Defendant; Plaintiffs did not reasonably rely upon any alleged warranty; Plaintiffs failed to satisfy all conditions precedent or subsequent to the enforcement of such warranty; and the warranty was appropriately disclaimed, excluded, or modified.

### Twenty-third Separate Affirmative Defense

### (Merchantable Quality and Fit for Intended Purpose)

Defendant denies that it manufactured, supplied and/or distributed any products used and/or purchased by plaintiffs. Nonetheless, Defendant asserts that the products used by Plaintiffs were neither dangerous nor defective, and were of merchantable quality and fit and safe for their intended use.

**Twenty-fourth Separate Affirmative Defense**

**(Spoliation)**

The subject product(s) and/or critical evidence related thereto were destroyed, altered, concealed and/or spoliated by parties other than the Defendant.

**Twenty-fifth Separate Affirmative Defense**

**(Lack of Reliance)**

Plaintiffs' claims are barred in whole or in part by Plaintiffs' lack of reliance on any of the alleged representations, misrepresentations, warranties or other statements identified in the FAC.

**Twenty-sixth Separate Affirmative Defense**

**(Preemption by Federal Law)**

Plaintiffs' claims are preempted and/or barred by federal law, in whole or in part, because the subject products complied with all requirements and regulations of the Food and Drug Administration.  Granting the relief requested by Plaintiffs would impermissibly infringe and conflict with federal laws, regulations and policies in violation of the Supremacy Clause of the United States Constitution.

**Twenty-seventh Separate Affirmative Defense**

**(No Private Right of Action)**

Plaintiffs' claims are bared in whole or in part because there is no private right of action concerning matters regulated by the Food and Drug Administration under applicable laws, regulations, and rules.

**Twenty-eighth Separate Affirmative Defense**

**(Statute of Limitations)**

The FAC and each and every purported cause of action asserted against Defendant, is barred, in whole or in part, by the applicable statutes of limitations, including without limitation, Cal. *Code of Civ. Proc*. §338, Cal. *Bus. & Prof. Code* § 17208, Cal. *Comm. Code* § 2725, and NY CPLR § 214.

1

## Twenty-ninth Separate Affirmative Defense

2

### (No Punitive Damages)

3      The imposition of punitive or exemplary damages against Defendant or that

4 are in any way imputed against the interests of Defendant would violate the ruling

5 in *State Farm Mut. Automobile Ins. Co. v. Campbell* (2003) 538 U.S. 408, and

6 Defendant's constitutional rights under:  the Due Process clauses in the Fifth and

7 Fourteenth Amendments to the Constitution of the United States; the Sixth

8 Amendment to the Constitution of the United States; the Double Jeopardy clause in

9 the Fifth Amendment to the Constitution of the United States; comparable

10 provisions contained within the California Constitution; the common law and

11 public policies of California; and applicable statutes and court rules, including but

12 not limited to, imposition of punitive damages and determination of such an award:

13      (a)   by a jury when the jury is: (i) not given standards of sufficient clarity for

14 determining the appropriateness, and the appropriate size, of a punitive damages

15 award; (ii) not adequately and clearly instructed on the limits on punitive damages

16 imposed by the principles of deterrence and punishment; (iii) not expressly

17 prohibited from awarding punitive damages, or determining the amount of such an

18 award, in whole or in part, on the basis of invidiously discriminatory

19 characteristics, including the corporate status, wealth, or state of residence of

20 Defendant; (iv) permitted to award punitive damages under a standard for

21 determining liability for such damages which is vague and arbitrary and does not

22 define with sufficient clarity the conduct or mental state which makes punitive

23 damages permissible; and (v) not subject to trial court and appellate judicial review

24 for reasonableness, the furtherance of legitimate purpose, and the basis of objective

25 standards;

26      (b)   where applicable law is impermissibly vague, imprecise, or inconsistent;

27      (c)   subject to no predetermined limit, such as a maximum multiple of

28 compensatory damages or a maximum amount; and

1    (d)   based upon anything other than Defendant's conduct, or in any other
2  way subjecting Defendant to impermissible multiple punishment for the same
3  alleged wrong.

### Thirtieth Separate Affirmative Defense

### (No Punitive Damages)

6    While continuing to deny any and all liability, Defendant states that if the
7  court determines that Plaintiffs are entitled to assert a claim for punitive damages,
8  such claim cannot be permitted to go forward until the trier of fact determines that
9  punitive damages should be considered, and, ultimately all issues regarding
10  punitive damages should be bifurcated at trial. Any award for punitive or
11  exemplary damage absent bifurcating trial as to issues of compensatory and
12  exemplary damages would be in violation of Defendant's rights to due process
13  under the Unites States Constitution and the correlative provisions of California
14  law.

### Thirty-first Separate Affirmative Defense

### (No Waiver of Affirmative Defenses)

17    Defendant has not knowingly or intentionally waived any applicable
18  affirmative defenses.  Defendant reserves the right to assert and to rely upon such
19  other defenses as may become available or apparent during further proceedings.
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

## PRAYER FOR RELIEF

Having completely and fully provided its Answer to the First Amended Complaint, this Defendant therefore also denies Plaintiffs' prayer for relief.

WHEREFORE, Defendant prays for relief as follows:

1. That Plaintiffs take nothing in this matter and that the First Amended Complaint against Defendant be dismissed with prejudice;

2. That Defendant be awarded such relief as the Court deems just and proper.

Respectfully submitted,

Dated:  August 28, 2017             **CLARK HILL LLP**

By: _/s/ *Matthew L. Marshall*_____
Matthew L. Marshall
Attorneys for Defendant
INTERHEALTH NUTRACEUTICALS, INC.

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

1

## **DEMAND FOR JURY TRIAL**

2

Defendant hereby respectfully makes a demand for trial by jury.

3

4

Respectfully submitted,

5

Dated:  August 28, 2017               **CLARK HILL LLP**

6

7

By:  _/s/ *Matthew L. Marshall*_____

8

Matthew L. Marshall
Attorneys for Defendant

9

INTERHEALTH NUTRACEUTICALS, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 1055 W. Seventh St., 24th Fl., Los Angeles, CA 90017.  On August 28, 2017 I served the following document(s);

**ANSWER OF INTERHEALTH NUTRACEUTICALS, INC. TO FIRST AMENDED COMPLAINT; AFFIRMATIVE DEFENSES; PRAYER FOR RELIEF AND JURY DEMAND**

on the following interested parties in this action:

| | |
|---|---|
| Ronald A. Marron<br>Skye Resendes<br>Michael T. Houchin<br>Law Offices of Ronald A. Marron<br>651 Arroyo Drive<br>San Diego, CA  92103<br>(619) 696-9006<br>(619) 564-6665 (fax)<br>ron@consumersadvocates.com<br>skye@consumersadvocates.com<br>mike@consumersadvocates.com | Attorneys for Plaintiff |
| Michael Allan Gold<br>Michael John Hassen<br>Jeffer Mangels Butler and Mithcell LLP<br>1900 Avenue of the Stars 7th Floor<br>Los Angeles CA  90067-5010<br>310-203-8080<br>310-203-0567 (fax)<br>mgold@jmbm.com<br>mjh@mbm.com | Attorneys for Defendant |
| Charles L. Babcock, IV<br>Jackson Walker LLP<br>1401 McKinney Street, Suite 1900<br>Houston, TX  77010<br>713-752-4200<br>713-752-4221 (fax)<br>cbabcock@jw.com | Attorneys for Defendant |
| William C. Haggerty<br>Katherine M. Harwood<br>Ford Walker Haggerty and Behar LLP<br>One World Trade Center 27th Floor<br>Long Beach, CA  90831-2700 | Attorneys for Defendant |

| | |
|---|---|
| 462-983-2500<br>562-590-3546 (fax)<br>bill@fwhb.com<br>kharwood@fwhb.com | |
| Edwin M. Buffmire<br>Jackson Walker LLP<br>2323 Ross Avenue Suite 600<br>Dallas, TX  75201<br>214-953-5939<br>214-953-5822 (fax)<br>ebuffmire@jw.com | Attorneys for Defendant |
| Valerie M. Goo<br>Raija J. Horstman<br>Orrick Herrington Sutcliffe<br>777 S Figueroa Street, Suite 3200<br>Los Angeles CA  90017<br>213-629-2020<br>213-612-2499 (fax)<br>vgoo@orrick.com<br>rhorstman@orrick.com | Attorneys for Defendant |
| Craig S. Hubble<br>Law Offices of Craig Hubble<br>1500 Rosecrans Avenue, Ste. PMB<br>464<br>Manhattan Beach, CA  92066<br>310-684-3027<br>310-446-2598<br>craig@craighubblelaw.com | Attorneys for Defendant |
| James G. Munesteri<br>Gardere Wynne Sewell LLP<br>1000 Louisiana Street, Ste. 2000<br>Houston TX  77002<br>713-276-5500<br>713-276-5555<br>jmunisteri@gardere.com | Attorneys for Defendant |

By placing true copies as follows:

☐   **BY PERSONAL SERVICE:**  I caused the foregoing document(s) to be personally delivered to the above addressee(s) by First Legal Network via a registered process server pursuant to C.C.P. § 1011.

☐   **BY U.S. MAIL:**  I enclosed the foregoing documents in a sealed envelope or package to the addressee(s) listed above and, under the firm's ordinary course of business, placed said envelope or package for pick up and mailing pursuant to C.C.P. § 1013. I am readily familiar with the firm's practice of collection and processing

**PROOF OF SERVICE**

correspondence for mailing.  Under that practice, outgoing mail is deposited for pickup by the U.S. Postal Service on the same day stated in the proof of service, with postage fully prepaid, at San Diego, California.

☐   **BY OVERNIGHT DELIVERY:**  I enclosed the foregoing documents in a sealed envelope or package to the addressee(s) listed above and placed said envelope or package for pick up for overnight delivery via FedEx under the firm's ordinary course of business.  I am familiar with the firm's practice of collecting and processing correspondence for overnight delivery via FedEx.  Under that practice, the envelope or package would be deposited for pick up by an authorized FedEx courier or driver that same day at San Diego, California and delivered to the addressee(s) the following business day pursuant to C.C.P. § 1013.

☐   **BY FACSIMILE:**  I caused the above-referenced document(s) to be transmitted via facsimile to the addressees as listed above pursuant to C.C.P. § 1013.

☒ **BY ELECTRONIC SERVICE/EMAIL:**  I electronically filed the document(s) with this Court using the Court's designated electronic filing service provider, which sent notification of that filing to the person(s) listed above to accept service by electronic transmission, and/or I caused the document(s) to be transmitted via electronic mail to the addressees as listed above pursuant to C.C.P. §§ 1010.6 and 1013(g), Cal. Rule of Court 2.251, and/or agreement or stipulation between the parties.

Executed on August 28, 2017, at San Diego, California

_____/s/_____
Barbara O'Camb

**PROOF OF SERVICE**