UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEDA WOODARD, TERESA RIZZO-MARINO, and DIANE MORRISON, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>LEE LABRADA; LABRADA BODYBUILDING NUTRITION, INC.; LABRADA NUTRITIONAL SYSTEMS, INC.; DR. MEHMET C. OZ, M.D.; ENTERTAINMENT MEDIA VENTURES, INC. D/B/A OZ MEDIA; ZOCO PRODUCTIONS, LLC; HARPO PRODUCTIONS, INC; SONY PICTURES TELEVISION, INC; NATUREX, INC.; AND INTERHEALTH NUTRACEUTICALS, INC.,<br><br>Defendants. | Case No. 5:16-cv-00189-JGB-SP<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT *EX PARTE* APPLICATION FOR TEMPORARY STAY OF ACTION** |

Before the Court is a Joint *Ex Parte* Application for a temporary stay of action pending continued settlement discussions and a potential partial class action settlement that was filed by Plaintiffs Veda Woodard, Teresa Rizzo-Marino, and Diane Morrison ("Plaintiffs") and Defendants Dr. Mehmet C. Oz, M.D., Zoco Productions, LLC, Harpo Productions, Inc., and Entertainment Media Ventures, Inc. (the "Media Defendants").

Having considered the Joint *Ex Parte* Application and for good cause appearing, the Court **GRANTS** the Joint *Ex Parte* Application and hereby **ORDERS** as follows:

1. All proceeding in this action are hereby **STAYED**.
2. Plaintiffs and the Media Defendants have until **June 15, 2018** to finalize discussions regarding a possible resolution to this matter and to file a Motion for Preliminary Approval and a Motion for Good Faith Determination with the Court.
3. The Court will set a scheduling conference if determination is made whether or not to approve a settlement, if reached between the parties.

**IT IS SO ORDERED.**

Dated: May 14, 2018

Hon. Jesus G. Bernal
United States District Court Judge