1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

14

VEDA WOODARD, TERESA
RIZZO-MARINO, and DIANE
MORRISON on behalf of themselves,
all others similarly situated, and the
general public,

       Plaintiff,

      vs.

LEE LABRADA, LABRADA
BODYBUILDING NUTRITION,
INC.; LABRADA NUTRITIONAL
SYSTEMS, INC.; DR. MEHMET C.
OZ, M.D.; ENTERTAINMENT
MEDIA VENTURES, INC., d/b/a OZ
MEDIA; ZOCO PRODUCTIONS
LLC; HARPO PRODUCTIONS,
INC.; SONY PICTURES
TELEVISION, INC.; NATUREX,
INC.; and INTERHEALTH
NUTRACEUTICALS, INC.,

      Defendants.

Case No. 5:16-cv-00189-JGB (SPx)

**ORDER**

27
28

1    **Good cause appearing**, the Court hereby ORDERS as follows:

2    1. The hearing on the pending JOINT MOTION FOR PRELIMINARY

3       APPROVAL OF CLASS ACTION SETTLEMENT WITH THE MEDIA

4       DEFENDANTS (Document No. 241) is moved from Monday July 16,

5       2018, at 9:00 a.m. to Monday July 23, 2018, at 9:00 a.m.

6    2. The briefing schedule for the JOINT MOTION FOR PRELIMINARY

7       APPROVAL OF CLASS ACTION SETTLEMENT WITH THE MEDIA

8       DEFENDANTS will correspond to the new hearing date of July 23, 2018.

9

10   **IT IS SO ORDERED**.

11

12   Dated:  June 22, 2018

13                                           Honorable Jesus G Bernal
                                             District Judge for the Central
14                                           District of California

15

16

17

18

19

20

21

22

23

24

25

26

27

28