1 │ William C. Haggerty, Esq., Bar No. 76652
bill@fwhb.com
2 │ Katherine M. Harwood, Esq., Bar No. 225202
kharwood@fwhb.com
3 │ **FORD, WALKER, HAGGERTY & BEHAR**
One World Trade Center, Twenty-Seventh Floor
4 │ Long Beach, California 90831-2700
Tel. (562) 983-2500; Fax (562) 590-3546
5 │ Charles L. Babcock, IV, Esq., Bar No. 01479500 (*Pro Hac Vice*)
cbabcock@jw.com
6 │ William A.I. McDonald, III (*Pro Hac Vice*)
Bar No. 2589983
7 │ wmcdonald@jw.com
**JACKSON WALKER, L.L.P.**
8 │ 1401 McKinney Avenue, Suite 1900
Houston, Texas 77010
9 │ Tel. (713) 752-4200; Fax (713) 752-4221
10 │
11 │ Attorneys for Defendants, DR. MEHMET C. OZ, M.D.; ZOCO PRODUCTIONS,
LLC; HARPO PRODUCTIONS, INC., and ENTERTAINMENT MEDIA
12 │ VENTURES, INC.

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VEDA WOODARD, TERESA RIZZO-MARINO, and DIANE MORRISON, on behalf of themselves, all others similarly situated, and the general public, | Case No. 5:16-cv-00189-JGB-SP<br><br>**CLASS ACTION** |
| Plaintiffs, | **ORDER GRANTING STIPULATION AND JOINT REQUEST TO RESCHEDULE HEARING DATE ON DETERMINATION OF GOOD FAITH SETTLEMENT AND JOINT MOTION FOR PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT WITH MEDIA DEFENDANTS** |
| vs. | |
| LEE LABRADA; LABRADA BODYBUILDING NUTRITION, INC.; LABRADA NUTRITIONAL SYSTEMS, INC.; DR. MEHMET C. OZ, M.D.; ENTERTAINMENT MEDIA VENTURES, INC. D/B/A OZ MEDIA; ZOCO PRODUCTIONS, LLC; HARPO PRODUCTIONS, INC; SONY PICTURES TELEVISION, INC; NATUREX, INC.; AND INTERHEALTH NUTRACEUTICALS, INC., | |
| Defendants. | |

---

ORDER GRANTING STIPULATION AND JOINT REQUEST TO RESCHEDULE HEARING DATE ON
DETERMINATION OF GOOD FAITH SETTLEMENT AND JOINT MOTION FOR PRELIMINARY
APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT WITH MEDIA DEFENDANTS
CASE NO. 5:16-CV-00189-JGB-SP

1    The Court, having considered the Stipulation of the Parties, and having
2 found good cause, HEREBY ORDERS, pursuant to the Stipulation, that:

3        1.    The hearing on the Motion for Preliminary Settlement Approval of
4 Partial Class Action Settlement With The Media Defendants [Doc. 241] and the
5 Motion For Good Faith Settlement Determination [Doc. 242] be continued from
6 September 10, 2018 to September 24, 2018, at 9:00 a.m.

7        2.    The deadline for submitting the supplemental briefing on whether the
8 Court can grant the Motions under *Mazza* and *Hyundai* be continued from August
9 27, 2018 to September 10, 2018.

10 **IT IS SO ORDERED.**

11

12 Dated:  August 27, 2018

13                                        Hon. Jesus G. Bernal
                                          United States District Court Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATION AND JOINT REQUEST TO RESCHEDULE HEARING DATE ON
DETERMINATION OF GOOD FAITH SETTLEMENT AND JOINT MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT WITH MEDIA DEFENDANTS – CASE NO. 5:16-
CV-00189-JGB-SP

21365634v.1