**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
(SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN
(SBN 305541)
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Counsel for Plaintiffs and the Proposed Class*

**COHELAN KHOURY & SINGER**
TIMOTHY D. COHELAN (SBN 60827)
*TCohelan@CKSLaw.com*
ISAM C. KHOURY (SBN 58759)
*IKhoury@CKSLaw.com*
MICHAEL D. SINGER (SBN 115301)
*msinger@ckslaw.com*
J. JASON HILL (SBN 179630)
*JHill@CKSLaw.com*
605 C Street, Suite 200
San Diego, California 92101
Telephone: (619) 239-8148
Facsimile: (619) 595-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEDA WOODARD, TERESA RIZZO-MARINO, and DIANE MORRISON, on behalf of themselves, all others similarly situated, and the general public,<br><br>                Plaintiffs,<br>vs.<br><br>LEE LABRADA; LABRADA BODYBUILDING NUTRITION, INC.; LABRADA NUTRITIONAL SYSTEMS, INC.; DR. MEHMET C. OZ, M.D.; ENTERTAINMENT MEDIA VENTURES, INC. d/b/a OZ MEDIA; ZOCO PRODUCTIONS, LLC; HARPO PRODUCTIONS, INC; SONY PICTURES TELEVISION, INC; NATUREX, INC.; and INTERHEALTH NUTRACEUTICALS, INC.,<br><br>                Defendants. | CASE NO. 5:16-cv-00189-JGB-SP<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH NATUREX, INC.**<br><br>Date: March 18, 2019<br>Time: 9:00 a.m.<br>Ctrm: 1<br>Judge: Hon. Jesus G. Bernal |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on March 18, 2019 at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 1 of the United States District Court for the Central District of California, Eastern Division, 3470 Twelfth Street Riverside, California 92501, before the Honorable Jesus G. Bernal, presiding, Plaintiffs Veda Woodard, Teresa Rizzo-Marino, and Diane Morrison ("Plaintiffs") will and hereby do move the Court for an Order for preliminary approval of a class action settlement with Naturex, Inc. ("Naturex").

This motion is based on this Notice of Motion, the concurrently-filed Memorandum of Points and Authorities, the concurrently-filed Declaration of Ronald A. Marron and Exhibits 1 through 3 attached thereto, the concurrently-filed Declaration of Timothy D. Cohelan and Exhibit A attached thereto, the concurrently-filed Proposed Order Granting Joint Motion for Preliminary Approval, all prior pleading and proceedings in this matter, and all other evidence and written and oral argument that will be submitted in support of the Motion.

DATED:   February 15, 2019        */s/ Ronald A. Marron*
                                  RONALD A. MARRON

                                  **LAW OFFICES OF**
                                  **RONALD A. MARRON**
                                  RONALD A. MARRON
                                  *ron@consumersadvocates.com*
                                  Michael T. Houchin
                                  *mike@consumersadvocates.com*
                                  651 Arroyo Drive
                                  San Diego, California 92103
                                  Telephone: (619) 696-9006
                                  Facsimile: (619) 564-6665

                                  **COHELAN KHOURY & SINGER**
                                  TIMOTHY D. COHELAN
                                  *TCohelan@CKSLaw.com*
                                  ISAM C. KHOURY

1

*Woodard et al. v. Labrada et al.*, No. 5:16-cv-00189-JGB-SP
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH NATUREX, INC.

1
2
3
4
5
6
7
8

*IKhoury@CKSLaw.com*
MICHAEL D. SINGER
*msinger@ckslaw.com*
JAMES J. HILL
*JHill@CKSLaw.com*
605 C St #200
San Diego, California 92101
Telephone:   (619) 239-8148
Facsimile:    (619) 595-3000
**Counsel for Plaintiffs and the Proposed Class**

2

*Woodard et al. v. Labrada et al.*, No. 5:16-cv-00189-JGB-SP
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH NATUREX, INC.