| | |
|---|---|
| **LAW OFFICES OF RONALD A. MARRON**<br>RONALD A. MARRON (SBN 175650)<br>*ron@consumersadvocates.com*<br>MICHAEL T. HOUCHIN (SBN 305541)<br>*mike@consumersadvocates.com*<br>651 Arroyo Drive<br>San Diego, California 92103<br>Telephone:  (619) 696-9006<br>Facsimile:   (619) 564-6665<br>*Counsel for Plaintiffs and the Proposed Class* | **COHELAN KHOURY & SINGER**<br>TIMOTHY D. COHELAN (SBN 60827)<br>*TCohelan@CKSLaw.com*<br>ISAM C. KHOURY (SBN 58759)<br>*IKhoury@CKSLaw.com*<br>MICHAEL D. SINGER (SBN 115301)<br>*msinger@ckslaw.com*<br>J. JASON HILL (SBN 179630)<br>*JHill@CKSLaw.com*<br>605 C Street, Suite 200<br>San Diego, California 92101<br>Telephone:  (619) 239-8148<br>Facsimile:   (619) 595-3000 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEDA WOODARD, TERESA RIZZO-MARINO, and DIANE MORRISON, on behalf of themselves, all others similarly situated, and the general public,<br><br>　　　　　　　　　　Plaintiffs,<br>　　vs.<br><br>LEE LABRADA; LABRADA BODYBUILDING NUTRITION, INC.; LABRADA NUTRITIONAL SYSTEMS, INC.; DR. MEHMET C. OZ, M.D.; ENTERTAINMENT MEDIA VENTURES, INC. d/b/a OZ MEDIA; ZOCO PRODUCTIONS, LLC; HARPO PRODUCTIONS, INC; SONY PICTURES TELEVISION, INC; NATUREX, INC.; and INTERHEALTH NUTRACEUTICALS, INC.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 5:16-cv-00189-JGB-SP<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS**<br><br>Date:　October 7, 2019<br>Time:　9:00 a.m.<br>Ctrm:　1<br>Judge:　Hon. Jesus G. Bernal |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on October 7, 2019 at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 1 of the United States District Court for the Central District of California, Eastern Division, 3470 Twelfth Street Riverside, California 92501, before the Honorable Jesus G. Bernal, presiding, Plaintiffs Veda Woodard, Teresa Rizzo-Marino, and Diane Morrison ("Plaintiffs") will and hereby do move the Court, pursuant to Federal Rule of Civil Procedure 23(h), for an Order awarding Plaintiffs attorneys' fees, costs, and incentive awards in connection with their partial class action settlement with Defendant Naturex, Inc. ("Naturex"). Plaintiffs respectfully request attorneys' fees in the amount of $325,000, costs in the amount of $61,321.56, an incentive award to Plaintiff Veda Woodard in the amount of $5,000.00, an incentive award to Plaintiff Diane Morrison in the amount of $5,000.00, and an incentive award to Plaintiff Teresa Rizzo-Marino in the amount of $7,500.00.

This motion is based on this Notice of Motion, the concurrently-filed Memorandum of Points and Authorities, the concurrently-filed Declaration of Ronald A. Marron and Exhibits A through C attached thereto, the concurrently-filed Declaration of Timothy D. Cohelan and Exhibits 1 through 5 attached thereto, the concurrently-filed Proposed Order Granting Plaintiffs' Motion for Attorneys' Fees, Costs, and Incentive Awards, all prior pleading and proceedings in this matter, and all other evidence and written and oral argument that will be submitted in support of the Motion.

DATED:   August 16, 2019        */s/ Ronald A. Marron*
                                RONALD A. MARRON

                                **LAW OFFICES OF
                                RONALD A. MARRON**

1

*Woodard et al. v. Labrada et al.*, No. 5:16-cv-00189-JGB-SP
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS

RONALD A. MARRON
*ron@consumersadvocates.com*
Michael T. Houchin
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**COHELAN KHOURY & SINGER**
TIMOTHY D. COHELAN
*TCohelan@CKSLaw.com*
ISAM C. KHOURY
*IKhoury@CKSLaw.com*
MICHAEL D. SINGER
*msinger@ckslaw.com*
JAMES J. HILL
*JHill@CKSLaw.com*
605 C St #200
San Diego, California 92101
Telephone:  (619) 239-8148
Facsimile:    (619) 595-3000
***Counsel for Plaintiffs and the Proposed Class***