| | |
|---|---|
| **LAW OFFICES OF RONALD A. MARRON**<br>RONALD A. MARRON (SBN 175650)<br>*ron@consumersadvocates.com*<br>MICHAEL T. HOUCHIN (SBN 305541)<br>*mike@consumersadvocates.com*<br>651 Arroyo Drive<br>San Diego, California 92103<br>Telephone:  (619) 696-9006<br>Facsimile:   (619) 564-6665<br>*Counsel for Plaintiffs and the Proposed Class* | **COHELAN KHOURY & SINGER**<br>TIMOTHY D. COHELAN (SBN 60827)<br>*TCohelan@CKSLaw.com*<br>ISAM C. KHOURY (SBN 58759)<br>*IKhoury@CKSLaw.com*<br>MICHAEL D. SINGER (SBN 115301)<br>*msinger@ckslaw.com*<br>J. JASON HILL (SBN 179630)<br>*JHill@CKSLaw.com*<br>605 C Street, Suite 200<br>San Diego, California 92101<br>Telephone:  (619) 239-8148<br>Facsimile:   (619) 595-3000 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEDA WOODARD, TERESA RIZZO-MARINO, and DIANE MORRISON, on behalf of themselves, all others similarly situated, and the general public,<br><br>                    Plaintiffs,<br>       vs.<br><br>LEE LABRADA; LABRADA BODYBUILDING NUTRITION, INC.; LABRADA NUTRITIONAL SYSTEMS, INC.; DR. MEHMET C. OZ, M.D.; ENTERTAINMENT MEDIA VENTURES, INC. d/b/a OZ MEDIA; ZOCO PRODUCTIONS, LLC; HARPO PRODUCTIONS, INC; SONY PICTURES TELEVISION, INC; NATUREX, INC.; and INTERHEALTH NUTRACEUTICALS, INC.,<br><br>                    Defendants. | CASE NO. 5:16-cv-00189-JGB-SP<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH NATUREX, INC.**<br><br>Date:     October 7, 2019<br>Time:    9:00 a.m.<br>Ctrm:    1<br>Judge:   Hon. Jesus G. Bernal |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on October 7, 2019 at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 1 of the United States District Court for the Central District of California, Eastern Division, 3470 Twelfth Street Riverside, California 92501, before the Honorable Jesus G. Bernal, presiding, Plaintiffs Veda Woodard, Teresa Rizzo-Marino, and Diane Morrison ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 23(e)(2), will and hereby do move the Court for an Order for final approval of a class action settlement with Naturex, Inc. ("Naturex").

This motion is based on this Notice of Motion, the concurrently-filed Memorandum of Points and Authorities, the concurrently-filed Declaration of Ronald A. Marron and Exhibits 1 through 2 attached thereto, the concurrently-filed Declaration of Timothy D. Cohelan and Exhibit 3 attached thereto, the concurrently-filed Declaration of Gajan Retnasaba and Exhibits A through E attached thereto, the concurrently-filed Declaration of Veda Woodard, the concurrently-filed Declaration of Diane Morrison, the concurrently-filed Declaration of Teresa Rizzo-Marino, the concurrently-filed [Proposed] Judgement and Order (1.) Approving Class Action Settlement, (2.) Awarding Class Counsel Fees and Expenses, (3.) Awarding Class Representatives Incentive Awards, and (4.) Dismissing Claims Against Defendant Naturex, Inc. with Prejudice, all prior pleading and proceedings in this matter, and all other evidence and written and oral argument that will be submitted in support of the Motion.

DATED:   September 9, 2019     Respectfully submitted,

*/s/ Ronald A. Marron*
RONALD A. MARRON

1

*Woodard et al. v. Labrada et al.*, No. 5:16-cv-00189-JGB-SP
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH NATUREX, INC.

|   |   |
|---|---|
| 1 | |
| 2 | **LAW OFFICES OF** |
| 3 | **RONALD A. MARRON** |
|   | RONALD A. MARRON |
| 4 | *ron@consumersadvocates.com* |
|   | Michael T. Houchin |
| 5 | *mike@consumersadvocates.com* |
| 6 | 651 Arroyo Drive |
|   | San Diego, California 92103 |
| 7 | Telephone: (619) 696-9006 |
| 8 | Facsimile: (619) 564-6665 |
| 9 | **COHELAN KHOURY & SINGER** |
| 10 | TIMOTHY D. COHELAN |
| 11 | *TCohelan@CKSLaw.com* |
|   | ISAM C. KHOURY |
| 12 | *IKhoury@CKSLaw.com* |
| 13 | MICHAEL D. SINGER |
|   | *msinger@ckslaw.com* |
| 14 | JAMES J. HILL |
| 15 | *JHill@CKSLaw.com* |
| 16 | 605 C St #200 |
|   | San Diego, California 92101 |
| 17 | Telephone:   (619) 239-8148 |
| 18 | Facsimile:   (619) 595-3000 |
|   | ***Counsel for Plaintiffs and the Proposed*** |
| 19 | ***Class*** |

2

*Woodard et al. v. Labrada et al.*, No. 5:16-cv-00189-JGB-SP
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH NATUREX, INC.