| | |
|---|---|
| 1 | Matthew L. Marshall, Esq.  SBN: 168013 |
| 2 | Adam P. O'Connor, Esq. SBN: 261685 |
| | **CLARK HILL LLP** |
| 3 | 600 West Broadway, Suite 500 |
| 4 | San Diego, California 92101-3554 |
| | Telephone:      (619) 557-0404 |
| 5 | Facsimile:       (619) 557-0460 |
| 6 | mmarshall@clarkhill.com |
| | aoconnor@clarkhill.com |
| 7 | |
| 8 | Attorneys for Defendant, |
| | INTERHEALTH NUTRACEUTICALS, INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEDA WOODARD, TERESA RIZZO-MARINO, and DIANE MORRISON on behalf of themselves, all others similarly situated, and the general public, | Case No. 5:16-cv-00189-JGB (SPx) |
| | **JUDGMENT FOLLOWING ORDER GRANTING DEFENDANT INTERHEALTH NUTRACEUTICALS, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | |
| vs. | Crtrm:    1 |
| LEE LABRADA, LABRADA BODYBUILDING NUTRITION, INC.; LABRADA NUTRITIONAL SYSTEMS, INC.; DR. MEHMET C. OZ, M.D.; ENTERTAINMENT MEDIA VENTURES, INC., d/b/a OZ MEDIA; ZOCO PRODUCTIONS LLC; HARPO PRODUCTIONS, INC.; SONY PICTURES TELEVISION, INC.; NATUREX, INC.; and INTERHEALTH NUTRACEUTICALS, INC., | Judge:    Hon. Jesus G. Bernal |
| Defendants. | |

1     On August 31, 2021, the Court entered an Order GRANTING Defendant InterHealth Nutraceuticals, Inc.'s Motion for Summary Judgment and DISMISSING WITH PREJUDICE all claims alleged by Plaintiffs against InterHealth Nutraceuticals, Inc., and ordering that InterHealth Nutraceuticals, Inc. be dismissed as a party and judgment shall be entered in its favor. [Doc. 444].

    Judgment is accordingly entered in favor of Defendant InterHealth Nutraceuticals, Inc., and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: September 30, 2021

_____
Hon. Jesus G. Bernal
Judge, United States District Court

264119611.v1