| | |
|---|---|
| **LAW OFFICES OF RONALD A. MARRON**<br>RONALD A. MARRON (SBN 175650)<br>ron@consumersadvocates.com<br>MICHAEL T. HOUCHIN (SBN 305541)<br>mike@consumersadvocates.com<br>651 Arroyo Drive<br>San Diego, California 92103<br>Telephone:  (619) 696-9006<br>Facsimile:   (619) 564-6665<br>*Counsel for Plaintiffs and the Proposed Classes* | **COHELAN KHOURY & SINGER**<br>TIMOTHY D. COHELAN (SBN 60827)<br>*TCohelan@CKSLaw.com*<br>ISAM C. KHOURY (SBN 58759)<br>*IKhoury@CKSLaw.com*<br>MICHAEL D. SINGER (SBN 115301)<br>*msinger@ckslaw.com*<br>J. JASON HILL (SBN 179630)<br>*JHill@CKSLaw.com*<br>605 C Street, Suite 200<br>San Diego, California 92101<br>Telephone:  (619) 239-8148<br>Facsimile:   (619) 595-3000 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEDA WOODARD, TERESA RIZZO-MARINO, and DIANE MORRISON, on behalf of themselves, all others similarly situated, and the general public,<br><br>　　　　　　　　Plaintiffs,<br>　　vs.<br><br>LEE LABRADA; LABRADA BODYBUILDING NUTRITION, INC.; LABRADA NUTRITIONAL SYSTEMS, INC.; DR. MEHMET C. OZ, M.D.; ENTERTAINMENT MEDIA VENTURES, INC. d/b/a OZ MEDIA; ZOCO PRODUCTIONS, LLC; HARPO PRODUCTIONS, INC; SONY PICTURES TELEVISION, INC; NATUREX, INC.; and INTERHEALTH NUTRACEUTICALS, INC.,<br><br>　　　　　　　　Defendants. | CASE NO. 5:16-cv-00189-JGB-SPx<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT STIPULATION TO SET FURTHER CASE DEADLINES**<br><br>Judge:   Hon. Jesus G. Bernal |

1  Before the Court is the Parties' Joint Stipulation to Set Further Case
2  Deadlines. For good cause shown, the Court hereby **GRANTS** the Parties' Joint
3  Stipulation. Accordingly, Plaintiff shall file a motion for preliminary approval of the
4  proposed class action settlement by no later than **May 27, 2022**.

7  **IT IS SO ORDERED.**

10  Dated: May 4, 2022

_____
HON. JESUS G. BERNAL
United States District Judge

1

*Woodard et al. v. Labrada et al.*, No. 5:16-cv-00189-JGB-SP
ORDER GRANTING JOINT STIPULATION TO SET FURTHER CASE DEADLINES