**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VEDA WOODARD, TERESA RIZZO-MARINO, and DIANE MORRISON, on behalf of themselves, all others similarly situated, and the general public,<br><br>　　　　　　　　　　Plaintiffs,<br>　　vs.<br><br>LEE LABRADA; LABRADA BODYBUILDING NUTRITION, INC.; LABRADA NUTRITIONAL SYSTEMS, INC.; DR. MEHMET C. OZ, M.D.; ENTERTAINMENT MEDIA VENTURES, INC. d/b/a OZ MEDIA; ZOCO PRODUCTIONS, LLC; HARPO PRODUCTIONS, INC; SONY PICTURES TELEVISION, INC; NATUREX, INC.; and INTERHEALTH NUTRACEUTICALS, INC.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 5:16-cv-00189-JGB-SP<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

This matter having been submitted to the Court by Plaintiff Veda Woodard, on her own behalf and on behalf of the Class defined below (hereafter referred to as "Plaintiff" or "Class Representative") and Law Offices of Ronald A. Marron, APLC and Cohelan, Khoury, and Singer (together, "Class Counsel") on behalf of the Plaintiff and by Defendant Labrada Bodybuilding Nutrition, Inc. ("Labrada" or "Defendant") through its Counsel, by way of Plaintiff's motion for preliminary approval of the proposed settlement in the above captioned action;

WHEREAS, the Court having reviewed and considered the Plaintiff's motion for preliminary approval and supporting materials filed by Class Counsel; and

WHEREAS, this Court has fully considered the record and the requirements of law; and good cause appearing;

**IT IS THIS \_\_\_\_ DAY OF _____, 2022**

**ORDERED** that the settlement (including all terms of the Settlement Agreement and exhibits thereto) is hereby **PRELIMINARILY APPROVED**. The Court further finds and orders as follows:

1. The Court has subject matter jurisdiction under 28 U.S.C. § 1331 and venue is proper in this district.

2. The Court has personal jurisdiction over the Class Representative, Settlement Class Members, and the Defendant.

3. The settlement is the product of arm's length bargaining conducted by experienced legal counsel after extensive discovery and with the assistance of an impartial mediator. The Settlement Agreement is not the result of collusion.

4. The proceedings that occurred before the parties reached the Settlement Agreement gave counsel and the parties an opportunity to adequately assess the strengths and weaknesses of their respective positions in this case, and, thus, to structure the settlement in a way that adequately accounts for those strengths and weaknesses.

1

*Woodard et al. v. Labrada et al.*, No. 5:16-cv-00189-JGB-SP
[Proposed] Order Granting Motion for Preliminary Approval of Class Action Settlement

5. The settlement falls within the range of reason and has no obvious deficiencies.

6. Because the settlement meets the standards for preliminary approval, the Court preliminarily approves all terms of the settlement, including the Settlement Agreement and all of its exhibits.

7. The Court has reviewed the content of the notice plan and the Claim Form and finds that they satisfy the requirements of Federal Rule of Civil Procedure 23(c)(2), Federal Rule of Civil Procedure 23(e)(1), and due process. Accordingly, the Court approves the Notice and the Claim Form.

8. The Court further approves the methods for giving notice of the settlement to the members of the Settlement Class, as reflected in the Settlement Agreement and proposed in the motion for preliminary approval. In addition to the Class Notice, the Court has also reviewed the notice procedures and finds that the members of the Settlement Class will, thereby, receive the best notice practicable under the circumstances. The Court also approves payment of the costs of notice as provided in the settlement. The Court finds that the notice procedures, carried out with reasonable diligence, will constitute the best notice practicable under the circumstances and will satisfy the requirements of Federal Rule of Civil Procedure 23(c)(2), Federal Rule of Civil Procedure 23(e)(1), and due process.

9. The Court further approves the appointment of Classaura LLC, or an equivalent class action administrator identified by the parties to administer and oversee, among other things, the processing, handling, reviewing, and approving of claims made by Claimants; communicating with Claimants; and distributing payments to qualified Claimants.

10. The Court directs that pursuant to Federal Rule of Civil Procedure 23(e)(2) a hearing will be held on [_____], 2022, to consider final approval of the settlement (the "Final Approval Hearing" or "Fairness Hearing") including, but not limited to, the following issues: (a) whether the Settlement Class should be

2

*Woodard et al. v. Labrada et al.*, No. 5:16-cv-00189-JGB-SP
[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

finally certified for settlement purposes only; (b) the fairness, reasonableness, and adequacy of the settlement; (c) Class Counsel's application for an award of attorneys' fees and costs; and (d) approval of an award of service payments to the Class Representative. The Final Approval Hearing may be adjourned by the Court and the Court may address the matters set out above, including final approval of the Settlement, without further notice to the Settlement Class other than notice that may be posted at the Court and on the Settlement Website.

11. Any member of the Settlement Class wishing to object (an "Objector") to the proposed settlement and/or be heard at the Fairness Hearing shall comply with the following procedures:

    a. To object, a member of the Settlement Class, individually or through counsel, must file a written objection with the Court, with a copy delivered to Class Counsel and the Defendant's Counsel at the addresses set forth below:

Ronald A. Marron
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, CA 92103
Telephone: (619) 696-9006
Email: ron@consumersadvocates.com

Jay Munisteri
**FOLEY & LARDNER LLP**
1000 Louisiana Street, Suite 2000
 Houston, TX 77002
Telephone: 713.276.5752
Email: jmunisteri@foley.com*m*

    b. A written objection filed with the Court regarding or related to the settlement shall contain a reference to this litigation, *Veda Woodard et al. v. Lee Labrada, et al.*, Case No. 5:16-cv-00189-JGB-Sp and must be accompanied by any

3

*Woodard et al. v. Labrada et al.*, No. 5:16-cv-00189-JGB-SP
[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

documentary or other evidence and any factual or legal arguments that the objecting Class Member intends to rely upon in making the objection.

   c. Any member of the Settlement Class who files and serves a timely written objection in accordance with this Order may also appear at the Fairness Hearing, to the extent permitted by the Court, either in person or through an attorney hired at the Settlement Class member's expense, to object to the fairness, reasonableness or adequacy of the proposed settlement.

  12. Members of the Settlement Class who elect not to participate in the settlement (i.e., "opt-out") must submit a written request for exclusion that is postmarked no later than [_____], 2022.

  13. Any member of the Settlement Class who fails to timely submit a Request for Exclusion shall be bound by all subsequent proceedings, orders, and the Final Judgment, even if he or she has a pending lawsuit, arbitration, or any other proceeding against Labrada, or subsequently initiates litigation, arbitration, or any other proceeding against Labrada relating to the Class Released Claims.

  14. In order to participate in the settlement and receive a cash payment from the Settlement Fund, members of the Settlement Class must properly complete a Claim Form (online or in paper format) and submit it to the Claims Administrator. To be effective, any such Claim Form must be postmarked no later than [_____], 2022 and must otherwise comply with the procedures and instructions set forth in the Claim Form.

  15. The deadlines for key events are as follows:

| EVENT | DEADLINE |
| --- | --- |
| Deadline for publishing Notice | |
| Filing of papers in support of Final Approval and Class Counsel's Application for Attorneys' Fees and Expenses | |

4

*Woodard et al. v. Labrada et al.*, No. 5:16-cv-00189-JGB-SP
[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

| | |
|---|---|
| For filing an objection with the Court, or submitting a Request for Exclusion to the Settlement Administrator | |
| Filing of response to objections | |
| Final Approval Hearing | |
| Deadline for submitting claims forms | |

**IT IS SO ORDERED.**


DATED: _____, 2022     _____
                                   HON. JESUS G. BERNAL
                                   United States District Judge

5

*Woodard et al. v. Labrada et al.*, No. 5:16-cv-00189-JGB-SP
[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT