1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEDA WOODARD, TERESA RIZZO-MARINO, and DIANE MORRISON, on behalf of themselves, all others similarly situated, and the general public,<br><br>       Plaintiffs,<br>vs.<br><br>LEE LABRADA; LABRADA BODYBUILDING NUTRITION, INC.; LABRADA NUTRITIONAL SYSTEMS, INC.; DR. MEHMET C. OZ, M.D.; ENTERTAINMENT MEDIA VENTURES, INC. d/b/a OZ MEDIA; ZOCO PRODUCTIONS, LLC; HARPO PRODUCTIONS, INC; SONY PICTURES TELEVISION, INC; NATUREX, INC.; and INTERHEALTH NUTRACEUTICALS, INC.,<br><br>       Defendants. | CASE NO. 5:16-cv-00189-JGB-SPx<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE DOCUMENT UNDER SEAL** |

The Court, having considered the Application of Plaintiff Veda Woodard ("Plaintiff") to file under seal and the Declaration of Michael T. Houchin in support thereof, **HEREBY ORDERS** that the application is **GRANTED**. Accordingly, Plaintiff is hereby granted leave to file under seal the Unredacted Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement.

**IT IS SO ORDERED.**

DATED: June 7, 2022

_____
HON. JESUS G. BERNAL
United States District Judge

1

*Woodard et al. v. Labrada et al.*, No. 5:16-cv-00189-JGB-SPx
ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE DOCUMENT UNDER SEAL