**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
ron@consumersadvocates.com
MICHAEL T. HOUCHIN (SBN 305541)
mike@consumersadvocates.com
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Class Counsel*

**COHELAN KHOURY & SINGER**
TIMOTHY D. COHELAN (SBN 60827)
*TCohelan@CKSLaw.com*
ISAM C. KHOURY (SBN 58759)
*IKhoury@CKSLaw.com*
MICHAEL D. SINGER (SBN 115301)
*msinger@ckslaw.com*
J. JASON HILL (SBN 179630)
*JHill@CKSLaw.com*
605 C Street, Suite 200
San Diego, California 92101
Telephone: (619) 239-8148
Facsimile: (619) 595-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEDA WOODARD, TERESA RIZZO-MARINO, and DIANE MORRISON, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>LEE LABRADA; LABRADA BODYBUILDING NUTRITION, INC.; LABRADA NUTRITIONAL SYSTEMS, INC.; DR. MEHMET C. OZ, M.D.; ENTERTAINMENT MEDIA VENTURES, INC. d/b/a OZ MEDIA; ZOCO PRODUCTIONS, LLC; HARPO PRODUCTIONS, INC; SONY PICTURES TELEVISION, INC; NATUREX, INC.; and INTERHEALTH NUTRACEUTICALS, INC.,<br><br>Defendants. | CASE NO. 5:16-cv-00189-JGB-SP<br><br>CLASS ACTION<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: December 19, 2022<br>Time: 9:00 a.m.<br>Ctrm: 1<br>Judge: Hon. Jesus G. Bernal |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, on December 19, 2022 at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 1 of the United States District Court for the Central District of California, Eastern Division, 3470 Twelfth Street Riverside, California 92501, before the Honorable Jesus G. Bernal, presiding, Plaintiff Veda Woodard ("Plaintiff") will, and hereby does, move the Court for an Order for final approval of a class action settlement with Defendant Labrada Bodybuilding Nutrition, Inc. ("Labrada").

This motion is based on this Notice of Motion, the concurrently-filed Memorandum of Points and Authorities, the concurrently-filed Declaration of Gajan Retnasaba and Exhibits A through E attached thereto, the concurrently-filed Proposed Order Granting Plaintiff's Motion for Final Approval, all prior pleading and proceedings in this matter, and all other evidence and written and oral argument that will be submitted in support of the Motion.

DATED: November 21, 2022        */s/ Ronald A. Marron*
RONALD A. MARRON

**LAW OFFICES OF**
**RONALD A. MARRON**
RONALD A. MARRON
*ron@consumersadvocates.com*
Michael T. Houchin
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**COHELAN KHOURY & SINGER**
TIMOTHY D. COHELAN
*TCohelan@CKSLaw.com*
ISAM C. KHOURY

1

*Woodard et al. v. Labrada et al.*, No. 5:16-cv-00189-JGB-SP
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

| | |
|---|---|
| 1 | *IKhoury@CKSLaw.com* |
| 2 | MICHAEL D. SINGER |
| | *msinger@ckslaw.com* |
| 3 | JAMES J. HILL |
| 4 | *JHill@CKSLaw.com* |
| | 605 C St #200 |
| 5 | San Diego, California 92101 |
| 6 | Telephone:   (619) 239-8148 |
| | Facsimile:    (619) 595-3000 |
| 7 | ***Class Counsel*** |

2

*Woodard et al. v. Labrada et al.*, No. 5:16-cv-00189-JGB-SP
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT